|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICA SANTANA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>23ANDME, INC.,<br><br>                Defendant. | Case No. 23-CV-5147-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS RICHARD ROE AND JOHN Q. PUBLIC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Plaintiffs Richard Roe and John Q. Public's ("Plaintiffs") Administrative Motion to Consider Whether Cases Should Be Related (the "Motion") has come before the Court. Having considered the papers submitted in support, and in opposition, if any, and for GOOD CAUSE shown, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. *Roe et al. v. 23andMe, Inc.*, Case No. 3:24-cv-02319 (N.D. Cal.). is deemed related to the above-captioned action and assigned to the undersigned Honorable Edward M. Chen, and is hereby transferred into the pending MDL *In re: 23andMe, Inc., Customer Data Security Breach Litigation*, 3:24-md-3098-EMC (N.D. Cal.).

**IT IS SO ORDERED**

Date: April 22, 2024

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER GRANTING
MOT. TO RELATE CASES