Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Tyson Redenbarger (SBN 294424)
Gia Jung (SBN 340160)
jcotchett@cpmlegal.com
mmolumphy@cpmlegal.com
tredenbarger@cpmlegal.com
gjung@cpmlegal.com
**COTCHETT, PITRE &
  MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

Francis Bottini (SBN 175783)
Anne B. Beste (SBN 326881)
Albert Y. Chang (SBN 296065)
*fbottini@bottinilaw.com*
*abeste@bottinilaw.com*
*achang@bottinilaw.com*
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff Rudy K. Thompson*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 3:24-md-03098-EMC<br><br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

On April 19, 2024, Plaintiff Rudy K. Thompson in the case captioned *Thompson v. 23ANDME, Inc.*, Case No. 3:24-cv-01418-AGT (filed March 8, 2024), filed an administrative motion to consider whether the *Thompson* Action should be related pursuant to Civil Local Rule 3-12.

The Court finds that the cases are related pursuant to Civil Local Rule 3-12. The Clerk of Court is directed to reassign the *Thompson* Action to the undersigned judge.

**IT IS SO ORDERED.**

Dated:  April 22, 2024  .

_____
Hon. Edward M. Chen
United States District Judge

[Proposed] Order Granting Administrative Motion To Consider Whether Cases Should Be Related Pursuant To Civil Local Rules 3-12 And 7-11

- 1 -

Case No. 3:24-md-03098-EMC