# Exhibit C

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIG.**<br><br>This Document Relates to:<br>*Melvin et al. v. 23andMe, Inc.*, Case No. 24-cv-00487-EMC | Case No. 24-md-03098-EMC<br><br>**PROOF OF SERVICE VIA ELECTRONIC MAIL OF MOTION TO APPOINT INTERIM LEADERSHIP OF CLASS ACTION** |

I, Austin Prather, declare and state as follows:

I am employed by the law firm of Edelson PC, located at 150 California Street, 18th Floor, San Francisco, CA 94111. My email address is aprather@edelson.com. I am over the age of 18 and am not a party to this action.

On April 18, 2024, the following documents described below were filed and served via CM/ECF, and also served via email:

1) Motion to Appoint Interim Leadership of Class Action;

2) Exhibit 1 to the Motion to Appoint Interim Leadership of Class Action

3) Exhibit 2 to the Motion to Appoint Interim Leadership of Class Action

4) [Proposed] Order Granting Plaintiffs' Motion to Appoint Interim Leadership of Class Action;

    5) Declaration of Rafey S. Balabanian in Support of Motion to Appoint Interim Leadership of Class Action;

    6) Exhibit A to the Declaration of Rafey S. Balabanian in Support of Motion to Appoint Interim Leadership of Class Action;

upon the following parties, at the electronic addresses so indicated:

| | |
|---|---|
| Scott Edelsberg<br>EDELSBERG LAW, P.A.<br>scott@edelsberglaw.com<br><br>Andrew J. Shamis<br>SHAMIS & GENTILE, P.A.<br>ashamis@shamisgentile.com<br><br>Attorneys for Plaintiffs Santana and Kleynburd<br>*Santana, et al. v. 23andMe, Inc.*, No. 3:23-cv-05147-EMC (N.D. Cal.) | Daniel Srourian<br>SROURIAN LAW FIRM, P.C.<br>daniel@slfla.com<br><br>Attorney for Plaintiff Andrizzi<br>*Andrizzi v. 23andMe, Inc.*, No. 3:23-cv-05198-EMC (N.D. Cal.) |
| Michael R. Reese<br>George V. Granade<br>Charles D. Moore<br>REESE LLP<br>mreese@reesellp.com<br>ggranade@reesellp.com<br>cmoore@reesellp.com<br><br>Kevin Laukaitis<br>LAUKAITIS LAW LLC<br>klaukaitis@laukaitislaw.com<br><br>Attorneys for Plaintiff Lamons<br>*Lamons v. 23andMe, Inc.*, No. 3:23-cv-05178-EMC (N.D. Cal.) | John J. Nelson<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>jnelson@milberg.com<br><br>Jeff Ostrow<br>KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT<br>ostrow@kolawyers.com<br><br>Attorney for Plaintiff Greenberg<br>*Greenberg v. 23andMe, Inc.*, No. 3:23-cv-05302-EMC (N.D. Cal.) |
| Nicholas A. Migliaccio<br>Jason S. Rathod<br>Matthew Smith<br>MIGLIACCIO & RATHOD LLP<br>nmigliaccio@classlawdc.com<br>jrathod@classlawdc.com<br>msmith@classlawdc.com | Melissa Emert<br>Gary S. Graifman<br>KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.<br>memert@kgglaw.com<br>ggraifman@kgglaw.com<br><br>David S. Casey |

| | |
|---|---|
| Dennis Stewart<br>GUSTAFSON GLUEK PLLC<br>dstewart@gustafsongluek.com<br><br>Attorney for Plaintiff Smith<br>*Smith v. 23andMe, Inc.*, No. 3:23-cv-05548-EMC (N.D. Cal.) | Gary S. Graifman<br>Melissa R. Emert<br>Gayle M. Blatt<br>P. Camille Guerra<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP<br>dcasey@cglaw.com<br>gmb@cglaw.com<br>camille@cglaw.com<br>ggraifman@kgglaw.com<br>memert@kgglaw.com<br><br>Attorneys for Plaintiffs Eden, Pinho, Seawright, and Zager-Maya<br>*Eden et al. v. 23andMe, Inc.*, No. 3:23-cv-05200-HSG (N.D. Cal.) |
| Sharon J. Zinns<br>ZINNS LAW, LLC<br>sharon@zinnslaw.com<br><br>Maureen M. Brady<br>Lucy McShane<br>McSHANE & BRADY, LLC<br>mbrady@mcshanebradylaw.com<br>lmcshane@mcshanebradylaw.com<br><br>John J. Nelson<br>Milberg Coleman Bryson Phillips Grossman PLLC<br>jnelson@milberg.com<br><br>Attorneys for Plaintiffs J.S., J.T., and A.L.<br>*J.S. et al. v. 23andMe, Inc.*, No. 3:23-cv-05234-EMC (N.D. Cal.) | Seyed Abbas Kazerounian<br>Mona Amini<br>KAZEROUNI LAW GROUP, APC<br>ak@kazlg.com<br>mona@kazlg.com<br><br>Attorney for Plaintiff Mirza<br>*Mirza v. 23andMe, Inc.*, No. 3:23-cv-05259-EMC (N.D. Cal.) |

| | |
|---|---|
| John J. Nelson<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>jnelson@milberg.com<br><br>Marc E. Dann<br>Brian D. Flick<br>DANNLAW<br>notices@dannlaw.com<br><br>Thomas A. Zimmerman, Jr.<br>ZIMMERMAN LAW OFFICES, P.C.<br>tom@attorneyzim.com<br><br>Attorneys for Plaintiffs Hoffman and Klawaitter<br>*Hoffman et al v. 23andMe, Inc.*, No. 3:23-cv-05332-EMC (N.D. Cal.) | Ben F. Pierce Gore<br>PIERCE GORE LAW FIRM, PC<br>piercegore@gmail.com<br><br>Charles J. LaDuca<br>Brendan Thompson<br>CUNEO GILBERT & LADUCA, LLP<br>charles@cuneolaw.com<br>brendant@cuneolaw.com<br><br>Charles Barrett<br>Daniella Bhadare-Valente<br>Morgan L. Burkett<br>NEAL & HARWELL, PLC<br>cbarrett@nealharwell.com<br>dbhadare-valente@nealharwell.com<br>mburkett@nealharwell.com<br><br>Attorneys for Plaintiff Seikel<br>*Seikel v. 23andMe, Inc.*, No. 5:23-cv-05419-EMC (N.D. Cal.) |
| Scott Edward Cole<br>Laura Grace Van Note<br>COLE & VAN NOTE<br>sec@colevannote.com<br>lvn@colevannote.com<br><br>Attorneys for Plaintiffs Navarro and Blackwell<br>*Navarro v. 23andMe, Inc.*, No. 3:23-cv-05281-EMC (N.D. Cal.) | Kaveh S. Elihu<br>Saima Ali Gipson<br>EMPLOYEE JUSTICE LEGAL GROUP, PC<br>kelihu@ejlglaw.com<br>sali@ejlglaw.com<br><br>Attorneys for Plaintiffs Friend, Parra, and Rajamin<br>*Friend v. 23andMe, Inc.*, No. 3:23-cv-05323-EMC (N.D. Cal.) |
| Ryan J. Clarkson<br>Yana Hart<br>Tiara Avaness<br>Valter Malkhasyan<br>Glenn A. Danas<br>CLARKSON LAW FIRM, P.C.<br>rclarkson@clarksonlawfirm.com<br>yhart@clarksonlawfirm.com<br>tavaness@clarksonlawfirm.com<br>vmalkhasyan@clarksonlawfirm.com<br>gdanas@clarksonlawfirm.com | Matthew Smith<br>MIGLIACCIO & RATHOD LLP<br>msmith@classlawdc.com<br><br>Daniel E. Gustafson<br>David A. Goodwin<br>Matt Jacobs<br>Dennis Stewart<br>GUSTAFSON GLUEK PLLC<br>dgustafson@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br>mjacobs@gustafsongluek.com<br>dstewart@gustafsongluek.com |

| | |
|---|---|
| Attorneys for Plaintiffs Alperstein and Shoaee<br>*Alperstein et al. v. 23andMe, Inc.*, No. 3:23-cv-05541-EMC (N.D. Cal.) | Attorneys for Plaintiff Furia<br>*Furia v. 23andMe, Inc.*, No. 3:23-cv-05565-EMC (N.D. Cal.) |
| Mark N. Todzo<br>Patrick R. Carey<br>Meredyth L. Merrow<br>LEXINGTON LAW GROUP<br>mtodzo@lexlawgroup.com<br><br>Joseph P. Guglielmo<br>Carey Alexander<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br><br>Attorneys for Plaintiff Morgenstern<br>*Morgenstern vs. 23andMe Holding Co. et al.*, No. CGC-23-610816 (SF Sup. Ct.) | Mark Potter<br>Barry Walker<br>Jim Treglio<br>Christina Carson<br>Tehniat Zaman<br>POTTER HANDY LLP<br>23andMeIL@potterhandy.com<br><br>Attorneys for Plaintiffs Wilkus<br>*Wilkus et al. v 23andMe, Inc.*, No. 24CV429673 (Santa Clara Sup. Ct.) |
| M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack<br>CLAYEO C. ARNOLD<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br>bjack@justice4you.com<br><br>Benjamin H. Kleine<br>KLEINE PC<br>ben@kleinepc.com<br><br>Attorneys for Plantiff Farmer<br>*Farmer v. 23andMe, Inc.*, No. 3:23-cv-05341-EMC (N.D. Cal.) | Ross M. Good<br>LOFTUS & EISENBERG, LTD.<br>ross@loftusandeisenberg.com<br><br>William Aron<br>ARON LAW FIRM<br>bill@aronlawfirm.com<br><br>Attorneys for Plaintiffs Berman, Hawkins, Jones, Leifer, and Canfield Loftus<br>*Berman et al. v. 23andMe, Inc.*, No. 3:23-cv-05345-EMC (N.D. Cal.) |
| Karen Hanson Riebel<br>Kate Baxter-Kauf<br>Maureen Kane Berg<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com<br>mkberg@locklaw.com<br><br>Gayle M. Blatt | Michael R. Reese<br>George V. Granade<br>Charles D. Moore<br>REESE LLP<br>mreese@reesellp.com<br>ggranade@reesellp.com<br>cmoore@reesellp.com<br><br>Courtney L. Weiner<br>LAW OFFICE OF COURTNEY WEINER |

| | |
|---|---|
| P. Camille Guerra<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP<br>gmb@cglaw.com<br>camille@cglaw.com<br><br>Gary F. Lynch<br>LYNCH CARPENTER, LLP<br>gary@lcllp.com<br><br>Attorneys for Plaintiff Velez<br>*Velez v. 23andMe, Inc.*, No. 3:23-cv-05464-EMC (N.D. Cal.) | PLLC<br>cw@courtneyweinerlaw.com<br><br>Attorneys for Plaintiff Tulchinsky<br>*Tulchinsky v. 23andMe, Inc.*, No. 3:23-cv-05369-EMC (N.D. Cal.) |
| Eric M. Poulin<br>Blake G. Abbott<br>Paul J. Doolittle<br>POULIN WILLEY ANASTOPOULO, LLC<br>eric.poulin@poulinwilley.com<br>eric@akimlawfirm.com<br>blake.abbott@poulinwilley.com<br>paul.doolittle@poulinwilley.com<br><br>John Christian Bohren<br>BOHREN LAW, APC<br>yanni@bohrenlaw.com<br><br>Attorneys for Plaintiff Fralix<br>*Fralix v. 23andMe, Inc.*, No. 3:23-cv-05439-EMC (N.D. Cal.) | Rachele R. Byrd<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>byrd@whafh.com<br><br>Jon Tostrud<br>TOSTRUD LAW GROUP, PC<br>jtostrud@tostrudlaw.com<br><br>Erik H. Langeland<br>ERIK H. LANGELAND, P.C.<br>elangeland@langelandlaw.com<br><br>James Woods<br>WOODS LONERGAN<br>jwoods@woodslaw.com<br><br>Attorneys for Plaintiff Vickery<br>*Vickery v. 23andMe, Inc.*, No. 3:23-cv-5635-EMC (N.D. Cal.) |
| M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack<br>CLAYEO C. ARNOLD<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br>bjack@justice4you.com<br><br>William B. Federman<br>FEDERMAN & SHERWOOD<br>wbf@federmanlaw.com<br><br>Attorneys for Plaintiff Sorensen | Mark N. Todzo<br>Meredyth Lynn Merrow<br>Patrick R. Carey<br>mtodzo@lexlawgroup.com<br>mmerrow@lexlawgroup.com<br>pcarey@lexlawgroup.com<br><br>LEXINGTON LAW GROUP, LLP<br><br>Carey Alexander<br>Joseph P. Guglielmo<br>Victoria L Burke<br>vburke@scott-scott.com |

| | |
|---|---|
| *Sorensen v. 23andMe, Inc.*, No. 5:23-cv-05677-EMC (N.D. Cal.) | jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br>SCOTT+SCOTT ATTORNEYS AT LAW, LLP<br><br>Attorneys for Plaintiff Scott<br>*Scott et al. v. 23andMe Holding Co. et al.*, No. 3:23-cv-05980-EMC (N.D. Cal.) |
| Gregory Bradley Linkh<br>Marc Lawrence Godino<br>GLANCY PRONGAY & MURRAY LLP<br>glinkh@glancylaw.com<br>mgodino@glancylaw.com<br><br>Attorneys for Plaintiff Ryan<br>*Ryan v. 23andMe, Inc.*, No. 3:23-cv-05968-EMC (N.D. Cal.) | Daniel E. Barenbaum<br>Christina Sarraf<br>Patrick Thomas Egan<br>Steven J. Buttacavoli<br>BERMAN TOBACCO<br>dbarenbaum@bermantabacco.com<br>csarraf@bermantabacco.com<br>pegan@bermantabacco.com<br>sbuttacavoli@bermantabacco.com<br><br>Attorneys for Plaintiff Molina<br>*Molina v. 23andMe, Inc.*, No. 3:23-cv-05779-EMC (N.D. Cal.) |
| Charles E. Schaffer<br>LEVIN SEDRAN & BERMAN<br>cschaffer@lfsblaw.com<br><br><br>John J. Nelson<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC<br>jnelson@milberg.com<br><br>Attorneys for Plaintiff Dube<br>*Dube v. 23andMe, Inc.*, No. 3:23-cv-05768-EMC (N.D. Cal.) | Dorothy P. Antullis<br>Nicolle B. Brito<br>Alexander Charles Cohen<br>Lindsey Taylor<br>Stuart Andrew Davidson<br>Taeva Cantor Shefler<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>dantullis@rgrdlaw.com<br>Nbrito@rgrdlaw.com<br>acohen@rgrdlaw.com<br>ltaylor@rgrdlaw.com<br>sdavidson@rgrdlaw.com<br>Tshefler@rgrdlaw.com<br><br>Howard Theodore Longman<br>STULL, STULL, AND BRODY<br>hlongman@longman.law<br><br>Attorneys for Plaintiff Doe<br>*Doe v. 23andMe, Inc.*, No. 3:23-cv-05717-EMC (N.D. Cal.) |

| | |
|---|---|
| PROOF OF SERVICE VIA ELECTRONIC MAIL | CASE NO. 3:24-MD-03098-EMC |

7

| | |
|---|---|
| Laurence D. King<br>Blair Elizabeth Reed<br>Matthew B. George<br>KAPLAN, FOX, & KILSHEIMER LLP<br>mgeorge@kaplanfox.com<br>breed@kaplanfox.com<br>mgeorge@kaplanfox.com<br><br>Anthony Lee Parkhill<br>Ben Barnow<br>BARNOW AND ASSOCIATES, P.C.<br>aparkhill@barnowlaw.com<br>b.barnow@barnowlaw.com<br><br>Attorneys for Plaintiff Schutz<br>*Schutz et al. v. 23andMe, Inc.*, No. 3:23-cv-05579-EMC (N.D. Cal.) | Amber Love Schubert<br>SCHUBERT, JONCKHEER, KOLBE LLP<br>aschubert@sjk.law<br><br>Attorneys for Plaintiff Ioffe<br>*Ioffe v. 23andMe, Inc.*, No. 3:23-cv-06205-EMC (N.D. Cal.) |
| Blair Elizabeth Reed<br>Matthew B. George<br>Laurence D. King<br>KAPLAN FOX & KILSHEIMER LLP<br>breed@kaplanfox.com<br>mgeorge@kaplanfox.com<br>lking@kaplanfox.com<br><br>Brandi S. Spates<br>Norman E. Siegel<br>STUEVE SIEGEL HANSON LLP<br>spates@stuevesiegel.com<br>siegel@stuevesiegel.com<br><br>Attorneys for Plaintiff Paddy<br>*Paddy et al. v. 23andMe, Inc.*, No. 3:23-cv-06698-EMC (N.D. Cal.) | Christopher Londergan Springer<br>Cari Campen Laufenberg<br>KELLER ROHRBACK L.L.P.<br>cspringer@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br><br>Attorneys for Plaintiff Picha<br>*Picha v. 23andMe, Inc.*, No. 3:23-cv-06719-EMC (N.D. Cal.) |
| Azra Z. Mehdi<br>THE MEDHI FIRM, PC<br>azram@themehdifirm.com<br><br>John C. Herman<br>Candace N. Smith<br>HERMAN JONES LLP<br>jherman@hermanjones.com<br>csmith@hermanjones.com<br><br>Attorneys for Plaintiffs Rivers et al.<br>*Rivers et al. v. 23andMe, Inc. et al.*, No. | Jason M. Wucetich<br>Dimitrios V. Korovilas<br>WUCETICH & KOROVILAS LLP<br>jason@wukolaw.com<br>dimitri@wukolaw.com<br><br>Attorneys for Plaintiff Vasquez<br>*Kathy Vasquez vs. 23andMe, Inc.*, No. 23CV424996 (Santa Clara Sup. Ct.) |

| | |
|---|---|
| 3:23-cv-06481-EMC (N.D. Cal.) | |
| Michael R. Reese<br>George V. Granade<br>REESE LLP<br>mreese@reesellp.com<br>ggranade@reesellp.com<br><br>Kevin Laukaitis<br>LAUKAITIS LAW LLC<br>klaukaitis@laukaitislaw.com<br><br>Attorneys for Plaintiff Gill<br>*Gill v. 23andMe, Inc.*, No. 8:23-cv-02387-FWS-DFM (C.D. Cal.) | Katrina Carroll<br>LYNCH CARPENTER, LLP<br>katrina@lcllp.com<br><br>Jonathan M. Jagher<br>Michael E. Moskovitz<br>Nia-Imara Barberousse Binns<br>FREED KANNER LONDON<br>& MILLEN LLC<br>jjagher@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br>nbinns@fklmlaw.com<br><br>Attorneys for Plaintiff Hu<br>*Hu v. 23andMe, Inc.*, No. 1:23-cv-17079 (N.D. Ill.) |
| Andrea Gold<br>Hassan A. Zavareei<br>Glenn E. Chappell<br>David W. Lawler<br>Leora N. Friedman<br>TYCKO & ZAVAREEI LLP<br>agold@tzlegal.com<br>hzavareei@tzlegal.com<br>gchappell@tzlegal.com<br>dlawler@tzlegal.com<br>lfriedman@tzlegal.com<br><br>Attorneys for Plaintiff Bacus<br>*Bacus v. 23andMe, Inc.*, No. 23-cv-16828 (N.D. Ill.) | Kiley Lynn Grombacher<br>Marcus Bradley<br>BRADLEY GROMBACHER, LLP<br>kgrombacher@bradleygrombacher.com<br>mbradley@bradleygrombacher.com<br><br>Sin-Ting Mary Liu<br>Bryan F. Aylstock<br>E. Samuel Geisler<br>AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC<br>mliu@awkolaw.com<br>baylstock@awkolaw.com<br>sgeisler@awkolaw.com<br><br>Attorneys for Plaintiff Stanford<br>*Stanford v. 23andMe, Inc.*, No. 24-cv-603-EMC (N.D. Cal.) |
| Francis A. Bottini, Jr.<br>Anne B. Beste<br>Albert Y. Chang<br>BOTTINI & BOTTINI, INC.<br>fbottini@bottinilaw.com<br>abeste@bottinilaw.com<br>achang@bottinilaw.com<br><br>Gia Jung<br>Joseph W. Cotchett<br>Mark C. Molumphy | Michael R. Reese<br>REESE LLP<br>mreese@reesellp.com<br><br>Kevin Laukaitis<br>LAUKAITIS LAW LLC<br>klaukaitis@laukaitislaw.com<br><br>Attorneys for Plaintiff Brown<br>*Brown v. 23andMe, Inc.*, No. 5:24-cv-1662-SVK (N.D. Cal.) |

| | |
|---|---|
| Tyson C. Redenbarger<br>COTCHETT, PITRE & MCCARTHY, LLP<br>gjung@cpmlegal.com<br>jcotchett@cpmlegal.com<br>mmolumphy@cpmlegal.com<br>tredenbarger@cpmlegal.com<br><br>Attorneys for Plaintiff Thompson<br>*Thompson v. 23andMe, Inc.*, No. 24-cv-1418-AGT (N.D. Cal.) | |
| Laurence D. King<br>Blair Elizabeth Reed<br>Matthew B. George<br>Clarissa R. Olivares<br>KAPLAN, FOX, & KILSHEIMER LLP<br>mgeorge@kaplanfox.com<br>breed@kaplanfox.com<br>mgeorge@kaplanfox.com<br>colivares@kaplanfox.com<br><br>Benjamin Jesse Eichel<br>BONI, ZACK & SNYDER LLC<br>BEichel@bonizack.com<br>Attorneys for Plaintiff MacMillan,<br>*MacMillan v. 23andMe, Inc.*, No. 24-cv-555-EMC (N.D. Cal.) | Francis A. Citera<br>Kevin J. Quilty<br>Ian C. Ballon<br>Adam Korn<br>Rebekah Guyon<br>GREENBERG TRAURIG, LLP<br>citeraf@gtlaw.com<br>quiltyk@gtlaw.com<br>Adam.Korn@gtlaw.com<br>Rebekah.Guyon@gtlaw.com<br>ballon@gtlaw.com<br><br>Attorneys for Defendant 23andMe, Inc.<br>*See matters above* |

Any emails I received a bounce back on were checked for correction and I resent a copy of the service email to a corrected email by end of day April 18, 2024.

Executed this 22nd day of April, 2024, at San Francisco, California.

/s/ Austin Prather
Austin Prather

### **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, J. Eli Wade-Scott attest that concurrence in the filing of this document has been obtained from the other signatories.

/s/ J. Eli Wade-Scott

---

PROOF OF SERVICE VIA ELECTRONIC MAIL             CASE NO. 3:24-MD-03098-EMC

10