Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Tyson Redenbarger (SBN 294424)
Gia Jung (SBN 340160)
jcotchett@cpmlegal.com
mmolumphy@cpmlegal.com
tredenbarger@cpmlegal.com
gjung@cpmlegal.com
**COTCHETT, PITRE &
    MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

Francis Bottini (SBN 175783)
Anne B. Beste (SBN 326881)
Albert Y. Chang (SBN 296065)
*fbottini@bottinilaw.com*
*abeste@bottinilaw.com*
*achang@bottinilaw.com*
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff Rudy K. Thompson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 3:24-md-03098-EMC<br><br>**JOINT DECLARATION OF MARK C. MOLUMPHY AND FRANCIS A. BOTTINI, JR. IN SUPPORT OF MOTION TO APPOINT THE COTCHETT-BOTTINI TEAM AS INTERIM CO-LEAD COUNSEL**<br><br>**Date:** June 13, 2024<br>**Time:** 1:30 p.m.<br>**Judge:** Hon. Edward M. Chen<br>**Place:** Courtroom 5, 17th Floor<br><br>**Or as set by the Court** |

Joint Declaration of Mark C. Molumphy and Francis A. Bottini, Jr. In
Support of Motion to Appoint the Cotchett-Bottini Team as Interim
Co-Lead Counsel; Case No. 3:24-md-03098-EMC

We, Mark C. Molumphy and Francis A. Bottini Jr., declare as follows:

1. I, Mark C. Molumphy, am a member of the bar of the State of California and am duly licensed to practice before all courts of the State of California. I am a partner with the law firm of Cotchett, Pitre & McCarthy, LLP and counsel of record for Plaintiff Rudy K. Thompson.

2. I, Francis A. Bottini Jr., am a member of the bar of the State of California and am duly licensed to practice before all courts of the State of California. I am a partner with the law firm of Bottini & Bottini, Inc. and counsel of record for the Plaintiff Rudy K. Thompson.

3. Cotchett and Bottini have substantial experience in the prosecution of consumer class actions and privacy class actions and possess the necessary resources to efficiently conduct this litigation.  Cotchett and Bottini have served as lead or co-lead counsel in many consumer class actions and privacy class actions and recovered hundreds of millions of dollars for consumers, as reflected by the firms' resumes, attached hereto as Exhibit 1 and Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of April, at Burlingame, California.

Dated: April 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark C. Molumphy
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mark C. Molumphy

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of April, at La Jolla, California.

Dated: April 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Francis A. Bottini, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Francis A. Bottini, Jr.

Joint Declaration of Mark C. Molumphy and Francis A. Bottini, Jr.
In Support of Motion to Appoint the Cotchett-Bottini Team as
Interim Co-Lead Counsel; Case No. 3:24-md-03098-EMC

- 1 -

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Declaration of Mark C. Molumphy and Francis A. Bottini, Jr., In Support of Motion to Appoint the Cotchett-Bottini Team as Interim Co-Lead Counsel.  Pursuant to L.R 5-1(i)(3) regarding signatures, I, Mark C. Molumphy attest that concurrence in the filing of this document has been obtained.

DATED: April 18, 2023

                                                */s/Mark C. Molumphy*
                                                Mark C. Molumphy

Joint Declaration of Mark C. Molumphy and Francis A. Bottini, Jr.
In Support of Motion to Appoint the Cotchett-Bottini Team as
Interim Co-Lead Counsel; Case No. 3:24-md-03098-EMC
- 2 -