Carey Alexander (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
calexander@scott-scott.com

*Attorney for Plaintiffs Scott, DaVeiga, and Beale*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION*<br><br>This Document Relates To: All Actions | Case No. 3:24-md-03098-EMC<br><br>**DECLARATION OF CAREY ALEXANDER IN SUPPORT OF MOTION TO APPOINT CAREY ALEXANDER AS STATE/FEDERAL LIAISON COUNSEL** |

I, Carey Alexander, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am a partner at the law firm of Scott+Scott Attorneys at Law LLP and admitted to practice before this Court *pro hac vice*. I submit this Declaration in Support of Plaintiffs' Motion to Appoint Carey Alexander as State/Federal Liaison Counsel. I have personal knowledge of the facts set forth herein and could testify competently to them if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the firm resume of Scott+Scott Attorneys at Law LLP.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on the 18th day of April, 2024, in New York, New York.

Dated: April 18, 2024          */s/ Carey Alexander*
                                Carey Alexander

1

Declaration of Carey Alexander in Support of
Motion to Appoint Carey Alexander as State/Federal Liaison Counsel          Case No. 3:24-md-03098-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

       */s/ Carey Alexander*
       Carey Alexander

2

Declaration of Carey Alexander in Support of
Motion to Appoint Carey Alexander as State/Federal Liaison Counsel     Case No. 3:24-md-03098-EMC