# EXHIBIT B

PROPOSED INTERIM CO-LEAD CLASS COUNSEL'S CASE PLAN

| EVENT | DUE DATE |
|---|---|
| Consolidated Complaint Filed with Court | Forty-five (45) days after the Court appoints Interim Co-Lead Class Counsel |
| Case Management Conference | Sixty (60) days or more, as fits the Court's schedule, after the Court appoints Interim Co-Lead Class Counsel |
| Defendant's Responsive Pleading to the Consolidated Complaint | Thirty (30) days following the Case Management Conference |
| Plaintiffs' Opposition to any Motions to Dismiss or Motions to Compel Arbitration filed in response to the Consolidated Complaint | Forty-five (45) days following Defendant's Filing of any such motion |
| Defendant's Reply Memoranda(s) | Twenty-one (21) days following Plaintiffs' Opposition |
| The Parties' Rule 26(f) Conference | Within seven (7) days following the filing of Defendant's Reply Memoranda(s) |
| Initial Disclosures | Fourteen (14) days after the Parties' Rule 26(f) Conference |
| Close of Fact Discovery | Two-Hundred and Seventy (270) days after Initial Disclosures |
| Expert Disclosures and Reports | Sixty (60) days after Close of Fact Discovery |
| Rebuttal Expert Reports | Thirty (30) days after Expert Disclosures |
| Plaintiffs' Class Certification Motion | Forty-five (45) days after Rebuttal Expert Reports |
| Defendant's Opposition to Class Certification | Forty-five (45) days after Class Certification Motion |
| Plaintiff's Reply Memorandum | Thirty (30) days after Defendant's Opposition |
| Close of Additional Discovery after Class Certification | Sixty (60) days after the Court's Order on Class Certification |
| Summary Judgment Motions | Ninety (90) days after the Court's Order on Class Certification |
| Case Management Conference for Trial Scheduling | Fourteen (14) days or more, as fits the Court's schedule, after the Court's Order on any Summary Judgment Motion(s) |