Robert C. Schubert (No. 62684)
Amber L. Schubert (No. 278696)
**Schubert Jonckheer & Kolbe LLP**
2001 Union St Ste 200
San Francisco, CA 94123
Ph: 415.788.4220
Fx: 415.788.0161
rschubert@sjk.law
aschubert@sjk.law

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: 23andMe, Inc. Customer Data Security Breach Litigation** | Case No. 3:24-md-3098-EMC<br><br>**Plaintiff Ioffe's Response in Support of Appointment of SSL Slate as Interim Co-Lead Counsel** |

Pursuant to Pretrial Order No. 1, plaintiff Paulina Ioffe in *Ioffe v. 23andMe, Inc.*, No. 3:23-cv-06205 (N.D. Cal.) submits this response in support of the appointment of Norman E. Siegel, Sabita S. Soneji, and Cari Campen Laufenberg ("the SSL Slate") as Interim Co-Lead Counsel. For the reasons stated in their Joint Response Memorandum (ECF 23), counsel for plaintiff Ioffe believes that the the SSL Slate is best suited to lead this important litigation.[1]

Since the filing of plaintiff Ioffe's complaint last November, plaintiff's counsel has kept apprised of developments in this litigation, attended the first mediation via Zoom, and has regularly kept in contact with many of the other plaintiffs' counsel regarding the progress of

---

[1] Neither Plaintiff Ioffe or her counsel has been offered or promised anything by the SSL Slate or its members in exchange for her support. She simply believes they would best represent the class.

settlement negotiations. However, plaintiff's counsel decided not to submit an application for leadership herself. Rather, in light of the efforts made toward resolution of this litigation, plaintiff Ioffe believes this case needs a small, cohesive, and exceptionally well-qualified group of data-breach attorneys to steer the ship. That is the SSL Slate.

In particular, plaintiff's counsel has worked collaboratively with Ms. Soneji in many other data-breach cases, including *In re LastPass Data Security Incident Litigation*, No. 22-cv-12047-PBS (D. Mass.) (breach of 33 million users' password vaults), and *Skurauskis v. NationsBenefits Holdings, LLC*, No. 23-cv-60830- RAR (S.D. Fla.) (breach of 3 million health-insurance subscribers' records as part of larger *Fortra* MDL). Ms. Soneji in extraordinarily smart and strategic and consistently delivers excellent results for data-breach victims. She also works well with everyone. Additionally, Mr. Siegel is a tenacious negotiator who is perfectly suited to maximize any class recovery as Settlement Counsel. They complement each other well.[2]

Importantly, the appointment of the SSL Slate reflects the diversity of the Bar and the putative classes, including across age, gender, racial background, and experience. As the Duke Guidelines note, there is a substantial benefit in increasing opportunities for qualified diverse and younger attorneys in class action litigation, as it "will improve the likelihood of consideration of diverse ideas and perspectives." Bolch Judicial Institute, Duke Law School, *Guidelines and Best Practices for Large and Mass Tort MDLs*, at 45 (Best Practice 4H) (2d ed., Sept. 2018), available at https://scholarship.law.duke.edu/bolch/5/; *see also In re Robinhood Outage Litig.*, 2020 WL 7330596 (N.D. Cal. July 14, 2020) (rejecting proposed lead counsel team consisting only of men, given its "concern[] about a lack of diversity"); *Sayce v. Forescout Techs.*, Inc., 2020 WL 6802469 (N.D. Cal. Nov. 19, 2020) (noting the "apparent lack of diversity, including by female lawyers" among co-lead counsel and "strongly urg[ing]" all parties to give meaningful opportunities to "lawyers from groups that have been historically underrepresented in the legal profession").

For these reasons, plaintiff Ioffe supports the appointment of Mr. Siegel, Ms. Soneji, and Ms. Laufenberg as Interim Co-Lead Counsel.

---

[2] Although plaintiff's counsel has not yet had the opportunity to work with Ms. Laufenberg, her record in privacy and data-breach litigation speaks for itself.

| | | |
|---|---|---|
| 1 | DATED: April 25, 2024 | **SCHUBERT JONCKHEER & KOLBE LLP** |
| 2 | | /s/ Amber L. Schubert |
| 3 | | Robert C. Schubert (No. 62684) |
| 4 | | Amber L. Schubert (No. 278696) <br> **Schubert Jonckheer & Kolbe LLP** |
| 5 | | 2001 Union St Ste 200 <br> San Francisco, CA 94123 |
| 6 | | Ph: 415.788.4220 <br> Fx: 415.788.0161 |
| 7 | | rschubert@sjk.law <br> aschubert@sjk.law |
| 8 | | |
| 9 | | *Counsel for Plaintiff Ioffe* |

PLAINTIFF IOFFE'S RESPONSE IN SUPPORT OF APPOINTMENT OF
SSL SLATE AS INTERIM CO-LEAD COUNSEL (No. 3:24-md-3098-EMC)