Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiffs David Melvin, J.L., and Putative Class*

Jay Edelson (admitted *pro hac vice*)
jedelson@edelson.com
Ari Scharg (admitted *pro hac vice*)
ascharg@edelson.com
J. Eli Wade-Scott (admitted *pro hac vice*)
ewadescott@edelson.com
Michael Ovca (admitted *pro hac vice*)
movca@edelson.com
Emily Penkowski Perez (admitted *pro hac vice*)
epenkowski@edelson.com
Hannah Hilligoss (admitted *pro hac vice*)
hhilligoss@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIG.**<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 24-md-03098-EMC<br><br>**SUPPLEMENTAL DECLARATION OF RAFEY S. BALABANIAN IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT INTERIM LEADERSHIP OF CLASS ACTION**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to 18 U.S.C. § 1746, I, Rafey S. Balabanian, hereby declare and state as follows:

1. I am an attorney admitted to practice law before this Court. I am over the age of 18 and fully competent to make this Declaration. I have personal knowledge of the facts set forth herein and if called upon to testify as a witness, I could and would competently testify hereto.

2. I am the Managing Partner and Director of Nationwide Litigation of Edelson PC. My firm represents Plaintiffs David Melvin and J.L. in the above-captioned case. I submit this Supplemental Declaration in Support of Plaintiffs' Motion to Appoint Interim Leadership of Class Action.

3. One of Edelson's chief value-adds is our demonstrable record at responding to new kinds of harms, particularly in privacy. We've mentioned (plenty) that we were the first to file suit under the Illinois Biometric Information Privacy Act ("BIPA"), and the exceptional result we achieved in that case. But we also consistently secured the decisions—from the trial court to the Illinois Supreme Court—that paved the way to the hundreds of millions of additional dollars we've recovered for consumers. *E.g.*, *Sekura v. Krishna Schaumburg Tan, Inc.*, 2018 IL App. (1st) 180175, ¶ 84 (pre-Rosenbach, holding violation of statute sufficient for plaintiff to be "aggrieved"); *Rottner v. Palm Beach Tan, Inc.*, 2019 IL App. (1st) 180691-U, ¶ 12 (violation of statute sufficient to claim liquidated damages); *McDonald v. Symphony Bronzeville Park, LLC*, 2022 IL 126511, ¶ 50 (holding that the Illinois Workers' Compensation Act does not preempt BIPA claims against employers).

4. We did the same with the Telephone Consumer Protection Act ("TCPA") prior to the $76 million result in *Birchmeier v. Caribbean Cruise Line, Inc.*, No. 12-cv-04069 (N.D. Ill.), obtaining the first appellate ruling holding that the TCPA applied to text messages and the first settlements on that theory. *See Satterfield v. Simon & Schuster, Inc.*, 569 F.3d 946, 951-54 (9th Cir. 2009).

5. We secured the first-ever adversarial class certification under the Illinois Right of Publicity Act against websites offering individuals' identities for sale, leading to the highest settlement in those cases to date (with more to come). *See Fischer v. Instant Checkmate LLC*, No. 19-cv-04892, dkts. 192, 283 at 1 (N.D. Ill.) ($10.1 million settlement).

6.      We obtained the first settlements under Michigan's Personal Information Protection Act, resulting in millions in settlements prior to the amendment of the law. *See Halaburda v. Bauer Publ'g Co.*, No. 12-cv-12831, dkt. 68 (E.D. Mich. Jan. 6, 2015).

7.      We secured a game-changing appellate victory in *Kater v. Churchill Downs Inc.*, which has led to $651 million in settlements so far. *See* 886 F.3d 784 (9th Cir. 2018).

8.      And most importantly to the class here, we are doing the same in the novel landscape of genetic privacy, where we've achieved the first-ever adversarial class certification. *Melvin v. Sequencing, Inc.*, 344 F.R.D. 231, 233 (N.D. Ill. 2023).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of April 2024, at San Rafael, California.

/s/ Rafey S. Balabanian
Rafey S. Balabanian