**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650-328-8500

Rebekah S. Guyon (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

Kristin O'Carroll (SBN 312902)
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415-655-1300

*Attorneys for Defendants 23andMe, Inc.,
23andMe Pharmacy Holdings, Inc., 23andMe Holding Co.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 24-md-03098-EMC<br><br>**CERTIFICATE OF SERVICE OF PRETRIAL ORDER NO. 1: INITIAL CONFERENCE AND HEARING ON MOTIONS TO APPOINT** |

In compliance with Pretrial Order No. 1 regarding the Initial Conference and Hearing on Motions to Appoint (ECF No. 11), I hereby certify that copies of the Pretrial Order No. 1 (ECF No. 11) were served on all counsel for plaintiffs in the tag-along cases, as indicated below, on April 30, 2024.

**Counsel for Parties Served via Email:**

| *Hu v. 23andMe, Inc.* <br> (Case No. 1:23-cv-17079) <br> **Northern District of Illinois** <br><br> Katrina Carroll <br> LYNCH CARPENTER, LLP <br> 111 W. Washington St. Suite 1240 <br> Chicago IL 60602 <br> 312.750.1265 <br> *katrina@lcllp.com* <br><br> Jonathan M. Jagher <br> FREED KANNER LONDON & MILLEN LLC <br> 923 Fayette Street <br> Conshohocken, PA 19428 <br> 610.234.6486 <br> *jjagher@fklmlaw.com* <br> Michael E. Moskovitz <br> Nia-Imara Barberousse Binns <br> 100 Tri-State International Suite 128 <br> Lincolnshire, IL 60069 <br> 224.632.4506 <br> *mmoskovitz@fklmlaw.com* <br> *nbinns@fklmlaw.com* <br><br> **Attorneys for Plaintiff Alyson Hu** | *Picha v. 23andMe, Inc.* <br> (Case No. 3:23-cv-06719-EMC) <br> **Northern District of California** <br><br> Christopher L. Springer <br> Cari Campen Laufenberg <br> Gretchen Freeman Cappio <br> KELLER ROHRBACK L.L.P <br> 801 Garden Street, Suite 301 <br> Santa Barbara, CA 93101 <br> *cspringer@kellerrohrback.com* <br> *claufenberg@kellerrohrback.com* <br> *gcappio@kellerrohrback.com* <br> (805) 456-1496 <br><br> **Attorneys for Plaintiff Cami Picha** |
|---|---|
| *Paddy et al v. 23andMe, Inc.* <br> (Case No. 3:23-cv-06698-EMC) <br> **Northern District of California** <br><br> Laurence D. King <br> Matthew B. George <br> Blair E. Reed <br> KAPLAN FOX & KILSHEIMER LLP | *Melvin et al. v. 23andMe, Inc.* <br> (Case No. 3:24-cv-00487) <br> **Northern District of California** <br><br> EDELSON PC <br> Rafey S. Balabanian <br> *rbalabanian@edelson.com* <br> 150 California Street, 18th Floor |

| | |
|---|---|
| 1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>*lking@kaplanfox.com*<br>*mgeorge@kaplanfox.com*<br>*breed@kaplanfox.com*<br><br>Norman E. Siegel<br>J. Austin Moore<br>Brandi S. Spates<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Tel: 816-714-7100<br>*siegel@stuevesiegel.com*<br>*moore@stuevesiegel.com*<br>*spates@stuevesiegel.com*<br><br>**Attorneys for Plaintiffs Claire Paddy and Neil Haven** | San Francisco, California 94111<br>Tel: 415.212.9300<br><br>Jay Edelson<br>*jedelson@edelson.com*<br>J. Eli Wade-Scott<br>*ewadescott@edelson.com*<br>Michael Ovca<br>*movca@edelson.com*<br>Emily Penkowski Perez<br>*epenkowski@edelson.com*<br>Hannah P. Hilligoss<br>*hhilligoss@edelson.com*<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Telephone: 312.589.6370<br><br>**Attorneys for Plaintiffs David Melvin, J.L., and the Putative Classes** |
| *MacMillan v. 23andMe, Inc.*<br>(Case No. 4:24-cv-00555)<br>**Northern District of California**<br><br>Laurence D. King<br>*lking@kaplanfox.com*<br>Matthew B. George<br>*mgeorge@kaplanfox.com*<br>Blair E. Reed<br>*breed@kaplanfox.com*<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>KAPLAN FOX & KILSHEIMER LLP<br><br>**Attorneys for Plaintiff Julie MacMillan** | *Stanford v. 23andMe, Inc.*<br>(Case No. 5:24-cv-00603)<br>**Northern District of California**<br><br>Kiley Lynn Grombacher<br>*kgrombacher@bradleygrombacher.com*<br>Marcus Bradley<br>*mbradley@bradleygrombacher.com*<br>31365 Oak Crest Drive, Suite 240<br>Westlake Village, CA 91361<br>(805) 270-7100<br>BRADLEY GROMBACHER, LLP<br><br>Sin−Ting Mary Liu<br>*mliu@awkolaw.com*<br>17 East Main Street, Suite 200<br>Pensacola, FL 32502<br>(850) 202-1010<br>AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC<br><br>**Attorneys for Plaintiff Erik Stanford** |
| *Thompson v. 23andMe, Inc.*<br>(Case No. 3:24-cv-01418)<br>**Northern District of California**<br><br>Gia Jung<br>*gjung@cpmlegal.com* | *Brown v. 23andMe, Inc.*<br>(Case No. 3:24-cv-01662)<br>**Northern District of California**<br><br>REESE LLP |

| | |
|---|---|
| Joseph W. Cotchett<br>*jcotchett@cpmlegal.com*<br>Mark C. Molumphy<br>*mmolumphy@cpmlegal.com*<br>Tyson C. Redenbarger<br>*tredenbarger@cpmlegal.com*<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel.: (650) 697-6000<br>COTCHETT, PITRE & MCCARTHY, LLP<br><br>Francis A. Bottini, Jr.<br>*fbottini@bottinilaw.com*<br>Anne B. Beste<br>*abeste@bottinilaw.com*<br>Albert Y. Chang<br>*achang@bottinilaw.com*<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel.: (858) 914-2001<br>BOTTINI & BOTTINI, INC.<br><br>**Attorneys for Plaintiff Rudy K. Thompson** | Michael R. Reese<br>*mreese@reesellp.com*<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>Kevin Laukaitis LAUKAITIS LAW LLC<br>*klaukaitis@laukaitis.com*<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, Puerto Rico 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Tyrell Brown** |
| *Roe v. 23andMe, Inc.*<br>(Case No. 3:24-cv-02319)<br>**Northern District of California**<br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Dorothy P. Antullis<br>Stuart A. Davidson<br>Lindsey H. Taylor<br>Nicolle B. Brito<br>Alexander C. Cohen<br>Nicolle B. Brito<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>Telephone: 561-750-3000<br>561/750-3364 (fax)<br>*DAntullis@rgrdlaw.com*<br>*NBrito@rgrdlaw.com*<br>*LTaylor@rgrdlaw.com*<br>*ACohen@rgrdlaw.com*<br>*SDavidson@rgrdlaw.com*<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP | |

Elizabeth J. Cabraser (SBN 83151)
*ecabraser@lchb.com*
Michael W. Sobol (SBN 194857)
*msobol@lchb.com*
Melissa A. Gardner (SBN 289096)
*mgardner@lchb.com*
Jallé Dafa (SBN 290637)
*jdafa@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

**Attorneys for Plaintiffs Richard Roe and John Q. Public**

Respectfully submitted,

Dated: April 30, 2024

By: ___/s/ Ian C. Ballon___
Ian C. Ballon
GREENBERG TRAURIG, LLP
Ballon@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Tel: 650-289-7881; Fax: 650-462-7881
*Attorneys for Defendants 23andMe, Inc., 23andMe Pharmacy Holdings, Inc., 23andMe Holding Co.*