**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707
Email: *lking@kaplanfox.com*
         *mgeorge@kaplanfox.com*
         *breed@kaplanfox.com*
         *colivares@kaplanfox.com*

**BONI, ZACK & SNYDER LLC**
Michael J. Boni
Joshua D. Snyder (to be admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice*)
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206
Email: *mboni@bonizack.com*
         *jsnyder@bonizack.com*
         *beichel@bonizack.com*

*Attorneys for Plaintiff Julie MacMillan, and the
Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, Inc. Customer Data Security Breach Litigation<br><br>This Document Relates To:<br><br>*MacMillan v. 23andMe, Inc.,*<br>Case No. 3:23-cv-00555-EMC | Case No. 3:24-md-03098-EMC<br><br>**PROOF OF SERVICE VIA UNITED STATES FIRST CLASS MAIL** |

The undersigned certifies that a copy of the "Notice of Appearance of Laurence D. King," was filed on this date, along with this Proof of Service via the Court's CM/ECF system, which gives notice of such filing to all parties registered for electronic service in the action.

In addition, the following parties have been served via United States *first class mail,* at the addresses as indicated:

> Ryan J. Clarkson (SBN 257074)
> Yana Hart (SBN 306499)
> Tiara Avaness (SBN 343928)
> Valter Malkhasyan (SBN 348491)
> CLARKSON LAW FIRM, P.C.
> 22525 Pacific Coast Highway
> Malibu, CA 90265

*Counsel for Plaintiffs Max Alperstein and Arya Shoaee,* 5:23-cv-05541-EMC

I am readily familiar with my firm's practice for the processing of United States first class mail and that process is that documents are placed in sealed envelopes, with postage prepaid thereon, addressed as indicated, and deposited with the United States Postal Service in the ordinary course of business on the same date as this Proof of Service.

Respectfully submitted,

DATED:  May 2, 2024

**KAPLAN FOX & KILSHEIMER LLP**

By:  /s/ *Laurence D. King*
            Laurence D. King

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707
Email: *lking@kaplanfox.com*
          *mgeorge@kaplanfox.com*
          *breed@kaplanfox.com*

**BONI, ZACK & SNYDER LLC**
Michael J. Boni
Joshua D. Snyder (to be admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice*)
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200

Facsimile: (610) 822-0206
Email: *mboni@bonizack.com*
           *jsnyder@bonizack.com*
           *beichel@bonizack.com*

*Attorneys for Plaintiff Julie MacMillan, and the Proposed Class*