**BONI, ZACK & SNYDER LLC**
Michael J. Boni
Joshua D. Snyder (to be admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice*)
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206
Email: *mboni@bonizack.com*
           *jsnyder@bonizack.com*
           *beichel@bonizack.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707
Email: *lking@kaplanfox.com*
           *mgeorge@kaplanfox.com*
           *breed@kaplanfox.com*
           *colivares@kaplanfox.com*

*Attorneys for Plaintiff Julie MacMillan and the*
*Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, Inc. Customer Data Security Breach Litigation | Case No. 3:24-md-03098-EMC |
| This Document Relates To: | **NOTICE OF APPEARANCE OF BENJAMIN J. EICHEL ON BEHALF OF PLAINTIFF JULIE MACMILLAN** |
| *MacMillan v. 23andMe, Inc.,*  Case No. 3:23-cv-00555-EMC | |

**TO:  THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Benjamin J. Eichel, admitted *pro hac* vice in the matter *MacMillan v. 23andMe, Inc.*, 3:24-cv-00555-EMC, hereby appears as counsel for Plaintiff Julie MacMillan, and requests that a copy of all pleadings, notices, filings, discovery, correspondence and other papers relating to this action be served upon him at the address below:

**BONI, ZACK & SNYDER LLC**
Benjamin J. Eichel (admitted *pro hac vice*)
15 St. Asaphs Road
Bala Cynwyd, PA  19004
Telephone:  610-822-0200
Facsimile:  610-822-0206
Email: *beichel@bonizack.com*

Respectfully submitted,

DATED:  May 14, 2024      **BONI, ZACK & SNYDER LLC**

By:  /s/ *Benjamin J. Eichel*
        Benjamin J. Eichel

Michael J. Boni
Joshua D. Snyder (to be admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice)*
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: 610-822-0200
Facsimile: 610-822-0206
Email: *mboni@bonizack.com*
         *jsnyder@bonizack.com*
         *beichel@bonizack.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707
Email: *lking@kaplanfox.com*
         *mgeorge@kaplanfox.com*
         *breed@kaplanfox.com*

*Attorneys for Plaintiff Julie MacMillan and the Proposed Class*