**BONI, ZACK & SNYDER LLC**
Michael J. Boni
Joshua D. Snyder (to be admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice*)
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206
Email: *mboni@bonizack.com*
   *jsnyder@bonizack.com*
   *beichel@bonizack.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Email: *lking@kaplanfox.com*
   *mgeorge@kaplanfox.com*
   *breed@kaplanfox.com*
   *colivares@kaplanfox.com*

*Attorneys for Plaintiff Julie MacMillan and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: 23ANDME, Inc. Customer Data Security Breach Litigation | Case No. 3:24-md-03098-EMC |
| This Document Relates To: *MacMillan v. 23andMe, Inc.,* Case No. 3:23-cv-00555-EMC | **NOTICE OF APPEARANCE OF MICHAEL J. BONI ON BEHALF OF PLAINTIFF JULIE MACMILLAN** |

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Michael J. Boni, a member in good standing of this Court, hereby appears as counsel for Plaintiff Julie MacMillan, and requests that a copy of all pleadings, notices, filings, discovery, correspondence and other papers relating to this action be served upon him at the address below:

**BONI, ZACK & SNYDER LLC**
Michael J. Boni
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: 610-822-0200
Facsimile: 610-822-0206
Email: *mboni@bonizack.com*

Respectfully submitted,

DATED: May 14, 2024          **BONI, ZACK & SNYDER LLC**

By:  /s/ *Michael J. Boni*
         Michael J. Boni

Michael J. Boni
Joshua D. Snyder (to be admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice)*
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: 610-822-0200
Facsimile: 610-822-0206
Email: *mboni@bonizack.com*
         *jsnyder@bonizack.com*
         *beichel@bonizack.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
         *mgeorge@kaplanfox.com*
         *breed@kaplanfox.com*

*Attorneys for Plaintiff Julie MacMillan and the Proposed Class*