|  |  |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| In re 23andMe, Inc. Customer Data Security Breach Litigation | Case No. 3:24-md-03098-EMC |
|---|---|
| | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| | This Document Relates to: ALL ACTIONS |

I, <u>Sean Adam Petterson</u>, an active member in good standing of the bar of <u>New York</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Plaintiffs Richard Roe and John Q. Public</u> in the above-entitled action. My local co-counsel in this case is <u>Melissa Gardner</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>289096</u>.

| <u>250 Hudson Street, 8th Floor, New York, NY  10013</u> | <u>275 Battery Street, 29th Floor, San Francisco, CA  94111</u> |
|---|---|
| MY ADDRESS OF RECORD | LOCAL COUNSEL'S ADDRESS OF RECORD |
| <u>(212) 355-9500</u> | <u>(415) 956-1000</u> |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| <u>spetterson@lchb.com</u> | <u>mgardner@lchb.com</u> |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>5412663</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court <u>one</u> times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2024                                           Sean Adam Petterson
                                                                                  APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Sean Adam Petterson   is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 16, 2024

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE