Hassan A. Zavareei (State Bar No. 181547)
hzavareei@tzlegal.com
Glenn E. Chappell (application for *pro hac vice* admission forthcoming)
gchappell@tzlegal.com
David W. Lawler (application for *pro hac vice* admission forthcoming)
dlawler@tzlegal.com
Leora N. Friedman (application for *pro hac vice* admission forthcoming)
lfriedman@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave. NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Sabita J. Soneji (State Bar No. 224262)
ssoneji@tzlegal.com
Em F. Cooper (State Bar No. 352951)
ecooper@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

*Counsel for Plaintiff Michele Bacus and the proposed class*

Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900

Christopher L. Springer (SBN 291180)
cspringer@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

*Attorneys for Plaintiff Camie Picha and the proposed class*

Norman E. Siegel (MO 44378) (*pro hac vice*)
siegel@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101

*Counsel for Plaintiffs Claire Paddy and Neil Haven and the proposed class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to: ALL ACTIONS | No. 3:24-md-03098-EMC<br><br>**SUGGESTIONS IN SUPPORT OF SPECIAL SETTLEMENT MASTER** |

In response to Pretrial Order No. 1, Plaintiffs Michele Bacus, Claire Paddy, Neil Haven, and Camie Picha recommend Randy Wulff, Esq. of Wulff Quinby Sochynsky (who has mediated the matter to date), Cathy Yanni, Esq. of JAMS, Tom J. Perrelli, Esq. of Jenner & Block LLP, or any other settlement master designated by the Court.

RESPECTFULLY SUBMITTED this 20th day of May, 2024.

<u>/s/ *Cari Campen Laufenberg*</u>
Cari Campen Laufenberg (*pro hac vice*)
*claufenberg@kellerrohrback.com*
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900

Christopher L. Springer (SBN 291180)
*cspringer@kellerrohrback.com*
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

*Attorneys for Plaintiff Camie Picha and the proposed class*

<u>/s/ *Norman E. Siegel*</u>
Norman E. Siegel (MO 44378) (*pro hac vice*)
*siegel@stuevesiegel.com*
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101

*Counsel for Plaintiffs Claire Paddy and Neil Haven and the proposed class*

<u>/s/ *Sabita J. Soneji*</u>
Sabita J. Soneji (State Bar No. 224262)
*ssoneji@tzlegal.com*
Em F. Cooper (State Bar No. 352951)
*ecooper@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

Hassan A. Zavareei (State Bar No. 181547)
*hzavareei@tzlegal.com*
Glenn E. Chappell (application for *pro hac vice* admission forthcoming)
*gchappell@tzlegal.com*
David W. Lawler (application for *pro hac vice* admission forthcoming)
*dlawler@tzlegal.com*
Leora N. Friedman (application for *pro hac vice*

admission forthcoming)
*lfriedman@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW
Suite 1010
Washington, D.C. 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

*Counsel for Plaintiff Michele Bacus and the proposed class*