**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650-328-8500

Rebekah S. Guyon (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

Kristin O'Carroll (SBN 312902)
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415-655-1300

*Attorneys for Defendants 23andMe, Inc.,*
*23andMe Pharmacy Holdings, Inc., 23andMe Holding Co.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 24-md-03098-EMC<br><br>**23ANDME'S RECOMMENDATION FOR SPECIAL SETTLEMENT MASTER PURSUANT TO PRETRIAL ORDER NO. 1** |

In accordance with the Court's First Pretrial Order (ECF No. 11), Defendants 23andMe, Inc., 23andMe Holding Co., and 23andMe Pharmacy Holdings, Inc. (collectively, "Defendants" or "23andMe") submit for the Court's consideration the appointment of Randall W. Wulff as Special Settlement Master.

Randall W. Wulff has over 30 years of experience resolving complex, multi-party disputes and has been selected as a mediator in over two thousand diverse cases, settling most of those cases. Mr. Wulff's current biography page is attached as Exhibit A.

Mr. Wulff has been engaged in mediation between the parties since January 2024 and is familiar

with the key issues in the litigation. 23andMe has already participated in two mediations with plaintiffs' counsel before Mr. Wulff. On January 31, 2024, over 35 plaintiffs' lawyers as well as counsel for 23andMe participated in person or by Zoom in a mediation hosted by Mr. Wulff. All plaintiffs were invited to the first mediation, and, to 23andMe's knowledge, only the Edelson firm declined to participate. On March 20, 2023, the parties engaged in a second day-long mediation session under the direction of Randall Wulff. 23andMe did not select the participants for the second mediation but deferred to plaintiffs' counsel to self-organize. Since the mediations, 23andMe has continued to engage in settlement discussions with plaintiffs' counsel. Appointment of someone else at this juncture would likely increase the costs and complexity of the negotiations and could make reaching an agreement more difficult. 23andMe believes appointment of Mr. Wulff as Special Settlement Master would facilitate the parties' ability to complete the current process and hopefully reach agreement.

For the foregoing reasons, and without waiving any defenses, 23andMe respectfully recommends that the Court appoint Randall W. Wulff as Special Settlement Master.

Respectfully submitted,

Dated:  May 20, 2024

By: /s/ Ian C. Ballon
Ian C. Ballon
GREENBERG TAURIG, LLP
Ballon@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Tel: 650-289-7881; Fax: 650-462-7881
*Attorneys for Defendants 23andMe, Inc., 23andMe Pharmacy Holdings, Inc., 23andMe Holding Co.*