IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 3098<br><br>Master Case No. 23-cv-05147<br><br>Judge Edward M. Chen |
| ALL ACTIONS | | |

## SUGGESTION IN SUPPORT OF SPECIAL SETTLEMENT MASTER

In response to Pretrial Order No. 1, Plaintiffs J.S, J.T., and A.L. recommend Miles Ruthberg of Phillips ADR as special settlement master, or any other settlement master designated by the Court.

Dated: May 20, 2024

Respectfully submitted,

ZINNS LAW, LLC

/s/ *Sharon J. Zinns*
Sharon J. Zinns
CA Bar No. 241476
4243 Dunwoody Club Dr.
Suite 104
Atlanta, GA 30350
Ph: (404) 882-9002
Email: sharon@zinnslaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2024, of the forgoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Sharon J. Zinns*
Sharon J. Zinns
