David S. Casey, Jr., SBN 060768
*dcasey@cglaw.com*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
P. Camille Guerra, SBN 326546
*camille@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone:  (619) 238-1811
Facsimile:   (619) 544-9232

M. Anderson Berry, SBN 262879
*aberry@justice4you.com*
Gregory Haroutunian, SBN 330263
*gharoutunian@justice4you.com*
Michelle Zhu, SBN 347741
*mzhu@justice4you.com*
**CLAYEO C. ARNOLD,
A PROFESSIONAL CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel.: 916.239.4778
Fax: 916.924.1829

*Proposed Interim Class Counsel*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document relates to ALL ACTIONS | Case No.: 3:24-md-03098-EMC<br><br>MDL No. 3098<br><br>Hon. Edward M. Chen<br><br>**SUGGESTIONS IN SUPPORT OF SPECIAL SETTLEMENT MASTER** |

1

CASE NO. 24-MD-03098-EMC
SUGGESTIONS IN SUPPORT OF SPECIAL SETTLEMENT MASTER

Case 3:24-md-03098-EMC   Document 51   Filed 05/20/24   Page 2 of 3

Pursuant to the Court's Pretrial Order No. 1 (ECF 11), Plaintiffs Monica Santana, Paula Kleynburd, Bonnie Eden, Daniel Pinho, Thomas Seawright, Pamela Zager-Maya, Adriane Farmer, Harold Velez, and Brianna Sorenson suggest that the Court might proceed in any of the following ways:

1. Randall Wulff, Esq[1]. has been actively involved in the mediation efforts to date.  We recommend the Court permit Mr. Wulff to continue his efforts in the near term.
2. If a proposed resolution is not reached within sixty to ninety days through Mr. Wulff's efforts, we recommend the Court consider appointing Chief Magistrate Judge Donna M. Ryu or Magistrate Judge Laurel Beeler (who both have familiarity with this matter) as Special Settlement Master.  The Court is well aware of their qualifications, and they are well versed in the Northern District of California's expectations and requirements as they relate to class action settlements presented for approval.
3. As a further alternative, we suggest that the Hon. Diane M. Welsh (Ret.)[2] of JAMS would be an excellent Special Settlement Master for this particular case.  Judge Welsh has substantial experience in mediating privacy and data breach cases, as well as other large and complex matters.  Her success as a mediator has earned her the respect of the parties who come before her in substantial and often contentious litigation cases.

---

[1] https://www.wqsadr.com/about/randall-wulff/
[2] https://www.jamsadr.com/welsh/?tab=bio

Dated: May 20, 2024        Respectfully submitted,

By:   */s/ Gayle M. Blatt*
Gayle M. Blatt
*gmb@cglaw.com*
David S. Casey, Jr
*dcasey@cglaw.com*
P. Camille Guerra
*camille@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone:      (619) 238-1811
Facsimile:       (619) 544-9232

*/s/ M. Anderson Berry*
M. Anderson Berry, SBN 262879
Gregory Haroutunian, SBN 330263
Brandon P. Jack, SBN 325584
Michelle Zhu, SBN 347741
**CLAYEO C. ARNOLD, A PROFESSIONAL CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel.: 916.239.4778
Fax: 916.924.1829
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com
mzhu@justice4you.com

Maureen Kane Berg (*Pro Hac Vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: 612.339.6900; Fax: 612.339.0981
mkberg@locklaw.com

Melissa R. Emert (*Pro Hac Vice*)
**Kantrowitz, Goldhamer & Graifman, P.C.**
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel.: 845.356.2570; Fax: 845.356.4335
memert@kgglaw.com

*Attorneys for Plaintiffs Santana, Kleynburd, Eden, Pinho, Seawright, Zager-Maya, Sorensen, Farmer, and Velez and the Proposed Class*