## Exhibit A

- *Santana v. 23andMe, Inc.,* 3:23-cv-05147 (N.D. Cal. filed Oct. 9, 2023)
- *Lamons v. 23andMe, Inc.*, 3:23-cv-05178 (N.D. Cal. filed Oct. 10. 2023)
- *Andrizzi v. 23andMe, Inc.*, 3:23-cv-5198 (N.D. Cal. filed Oct. 10, 2023)
- *Eden v. 23andMe, Inc.,* 3:23-cv-05200 (N.D. Cal. filed Oct. 11, 2023)
- *J.S. v. 23andMe, Inc. et al*, 3:23-cv-05234 (N.D. Cal. filed Oct. 13, 2023)
- *Navarro v. 23andMe, Inc.*, 3:23-cv-05281 (N.D. Cal. filed Oct. 16, 2023)
- *Friend v. 23andme Inc.,* 3:23-cv-5323 (N.D. Cal. filed Oct. 17, 2023)
- *Greenberg v.23andMe Inc*. 3:23-cv-5302 (N.D. Cal. filed Oct. 17, 2023)
- *Friend v. 23andMe Holding Co*, 3:23-cv-5302 (N.D. Cal. filed Oct. 17, 2023)
- *Hoffman v. 23andMe Inc.,* 5:23-cv-5332 (N.D. Cal. filed Oct. 19, 2023)
- *Berman v. 23andMe Inc.,* 3:23-cv-5345 (N.D. Cal. filed Oct. 19, 2023)
- *Farmer v. 23andMe Inc.,* 3:23-cv-5341 (N.D. Cal. filed Oct. 19, 2023)
- *Tulchinsky v. 23andMe Inc.,* 3:23-cv-05369 (N.D. filed Cal. Oct. 19, 2023)
- *Seikel v. 23andMe, Inc.,* 3:23-cv-05419 (N.D. Cal. filed Oct. 23, 2023)
- *Fralix v. 23andMe, Inc.,* 3:23-cv-05439 (N.D. Cal. filed Oct. 23, 2023)
- *Gill v. 23andMe, Inc.,* 8:23−cv−02387 (C.D. Cal. filed Oct. 25, 2023)
- *Velez v. 23andMe, Inc.,* 3:23-cv-05464 (N.D. Cal. filed Oct. 24, 2023)
- *Alperstein v. 23andMe, Inc.,* 3:23-cv-5541 (N.D. Cal. filed Oct. 26, 2023)
- *Smith v. 23andMe, Inc.,* 3:23-cv-05548 (N.D. Cal. filed Oct. 27, 2023)
- *Furia v. 23andMe Inc*.,  3:23-cv-05565 (N.D. Cal. filed Oct. 27, 2023)
- *Schutz v. 23andMe Inc*., 3:23-cv-05579 (N.D. Cal. filed Oct. 30, 2023)
- *Vasquez v. 23andMe Inc.,* 23-cv-424996 (California Superior Court, Santa Clara County, filed Oct. 31, 2023)
- *Vickery v. 23andMe, Inc.,* 3:23-cv-05635 (N.D. Cal. filed Oct. 31, 2023)
- *Sorensen v. 23andMe, Inc.,* 5:23cv5677 (N.D. Cal. filed Nov. 3, 2023)
- *Doe v. 23andMe, Inc.,* 3:23-cv-05717 (N.D. Cal. filed Nov. 6, 2023)

**Exhibit A**

- *Molina v. 23andMe, Inc.*, 3:23-cv-05779 (N.D. Cal. filed Nov. 9, 2023)
- *Dube v. 23andMe, Inc.,* 3:23-cv-05768 (N.D. Cal. filed Nov. 9, 2023)
- *Bacus v. 23andMe, Inc.,* 1:23-cv-16828 (N.D. Ill. filed Nov. 13, 2023)
- *Ryan v. 23andMe, Inc.,* 3:23-cv-5968 (N.D. Cal. filed Nov. 17, 2023)
- *Scott v. 23andMe Holding Co., 23andMe, Inc.*, 3:23-cv-5980 (N.D. Cal. filed Nov. 17, 2023)
- *Ioffe v. 23andMe, Inc.,* 3:23-cv-06205 (N.D. Cal. filed Nov. 30, 2023)
- *Morgenstern v. 23andMe, Inc.*, T-23-1490 (San Francisco County Superior Court, filed Dec. 4, 2023)
- *Rivers v. 23andMe, Inc., 23Andme Holding Co.*, 3:23-cv-06481 (N.D. Cal. filed Dec. 15, 2023)
- *Hu v. 23andMe, Inc.*, 1:23-cv-17079 (N.D. Ill. filed Dec. 26, 2023)
- *Paddy, et al. v. 23andMe, Inc.,* 3:23-cv-06698 (N.D. Cal. filed Dec. 29, 2023)
- *Picha v. 23andMe, Inc.,* 3:23-cv-06719 (N.D. Cal. filed Dec. 29, 2023)
- *Wilkus et al v. 23andMe, Inc.,* TC24-185-0 (California Superior Court, Santa Clara County, filed Jan. 23, 2023)
- *Melvin, J.L. v. 23andMe, Inc.,* 3:24-cv-00487 (N.D. Cal. filed Jan. 26, 2023)
- *MacMillan v. 23andMe, Inc.,* 3:24-cv-00555 (N.D. Cal. filed Jan. 30, 2023)
- *Stanford v. 23andMe, Inc.,* 5:24-cv-00603 (N.D. Cal. filed Jan. 31, 2023)
- *Thompson v. 23andMe, Inc.,* 3:24-cv-01418 (N.D. Cal. filed Mar. 8, 2024)
- *Brown v. 23andMe, Inc.,* 3:24-cv-1662 (N.D. Cal. filed Mar. 18, 2024)
- *Roe, Public v. 23andMe, Inc.,* 3:24-cv-02319 (N.D. Cal. filed Apr. 18, 2024)