David S. Casey, Jr., SBN 060768
*dcasey@cglaw.com*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
P. Camille Guerra, SBN 326546
*camille@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA**
**BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone: (619) 238-1811
Facsimile:  (619) 544-9232

M. Anderson Berry, SBN 262879
*aberry@justice4you.com*
Gregory Haroutunian, SBN 330263
*gharoutunian@justice4you.com*
Michelle Zhu, SBN 347741
*mzhu@justice4you.com*
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel.: 916.239.4778
Fax: 916.924.1829

*Attorneys for Plaintiffs*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANSCICO DIVSION**

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to ALL ACTIONS | Case No. 3:24-md-03098-EMC<br><br>MDL No. 3098<br><br>Hon. Edward M. Chen<br><br>**NOTICE OF APPEARANCE OF MAUREEN KANE BERG ON BEHALF OF PLANTIFFS SANTANA, KLEYNBURD, EDEN, PINHO, SEAWRIGHT, ZAGER-MAYA, SORENSEN, FARMER, AND VELEZ AND THE PROPOSED CLASS** |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel, admitted *Pro Hac Vice* in this Court and a member in good standing of the Courts of Minnesota and Illinois, hereby appears as counsel for Plaintiffs Monica Santana, Paula Kleynburd, Bonnie Eden, Daniel Pinho, Thomas Seawright, Pamela Zager-Maya, Adriane Farmer, Harold Velez and Brianna Sorenson. Counsel requests that a copy of all pleadings, notices, filings, discovery, correspondence, and other papers relating to this action be served upon the undersigned counsel at the address below:

> Maureen Kane Berg *(admitted pro hac vice)*
> **LOCKIDGE GRINDAL NAUEN PLLP**
> 100 Washington Avenue South, Suite 2200
> Minneapolis, MN 55401
> Telephone: (612) 339-6900
> mkberg@locklaw.com

Dated: May 24, 2024                    Respectfully submitted,

By: /s/ *Maureen Kane Berg*
       Maureen Kane Berg

1

Case No. 3:24-md-03098-EMC
NOTICE OF APPEARANCE OF MAUREEN KANE BERG

1  David S. Casey, Jr.
*dcasey@cglaw.com*
2  Gayle M. Blatt
*gmb@cglaw.com*
3  P. Camille Guerra
*camille@cglaw.com*
4  **CASEY GERRY SCHENK FRANCAVILLA**
5  **BLATT & PENFIELD, LLP**
110 Laurel Street
6  San Diego, CA  92101
Telephone: (619) 238-1811
7

8  M. Anderson Berry, SBN 262879
Gregory Haroutunian, SBN 330263
9  Brandon P. Jack, SBN 325584
Michelle Zhu, SBN 347741
10  **CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
11  865 Howe Avenue
Sacramento, CA 95825
12  Tel.: (916) 239-4778
13  *aberry@justice4you.com*
*gharoutunian@justice4you.com*
14  *bjack@justice4you.com*
*mzhu@justice4you.com*
15

16  Melissa R. Emert (Pro Hac Vice)
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
17  135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
18  Tel.: (845) 356-2570
19  *memert@kgglaw.com*

20  Maureen Kane Berg (Pro Hac Vice)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
21  100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
22  Tel.: (612) 339-6900
23  *mkberg@locklaw.com*

24  *Attorneys for Plaintiffs Santana, Kleynburd, Eden,*
*Pinho, Seawright, Zager-Maya, Sorensen,*
25  *Farmer, and Velez and the Proposed Class*

26

27

28

2