Carey Alexander (*pro hac vice*)
Joseph P. Guglielmo (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
calexander@scott-scott.com
jguglielmo@scott-scott.com

*Attorneys for Plaintiffs Scott, DaVeiga, and Beale*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re: 23andMe, Inc., Customer Data Security Breach Litigation* | Case No. 3:24-md-03098-EMC<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO APPOINT CAREY ALEXANDER AS STATE/FEDERAL LIAISON COUNSEL**<br><br>Hon. Edward M. Chen<br><br>DATE:  June 3, 2024<br>TIME:  9:00 am<br>COURTROOM: 5, 17th Fl. |

|   |   |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that Plaintiffs Tracy Scott, Anna DaVeiga, and Emily Beale hereby withdraw the Motion to Appoint Carey Alexander as State/Federal Liaison Counsel, filed as ECF No. 15. |

Dated:  May 30, 2024

Respectfully Submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s Carey Alexander
Carey Alexander (*pro hac vice*)
Joseph P. Guglielmo (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
calexander@scott-scott.com
jguglielmo@scott-scott.com

Mark N. Todzo (Bar No. 168389)
Patrick R. Carey (Bar No. 308623)
Meredyth L. Merrow (Bar No. 328337)
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com

*Attorneys for Plaintiffs Scott, DaVeiga, and Beale*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

    /s  Carey Alexander
Carey Alexander