LOFTUS & EISENBERG, LTD.
ROSS M. GOOD, ESQ.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 772-5396
ross@loftusandeisenberg.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to ALL ACTIONS | Case No. 3:24-md-03098-EMC<br><br>MDL No. 3098<br><br>**NOTICE OF APPEARANCE OF ROSS M. GOOD ON BEHALF OF PLAINTIFFS MELANIE BERMAN, JULIA HAWKINS, LISA JONES, LYON LEIFER, AND KATHLEEN CANFIELD LOFTUS, AND THE PROPOSED CLASSES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel, admitted Pro Hac Vice in this Court in the matter of *Berman et. al. v. 23andMe* (Case No. 3:23-cv-05345-EMC, Doc. 5) and a member in good standing of the Courts of Illinois and Florida, hereby appears as counsel for Plaintiffs MELANIE BERMAN, JULIA HAWKINS, LISA JONES, LYON LEIFER, AND KATHLEEN CANFIELD LOFTUS. Counsel requests that a copy of all pleadings, notices, filings, discovery, correspondence, and other papers relating to this action be served upon the undersigned counsel at the address below:

Ross M. Good, Esq.<br>
LOFTUS & EISENBERG, LTD.<br>
161 N. Clark, Suite 1600<br>
Chicago, Illinois 60601<br>
T:  (312) 889-6625<br>
ross@loftusandeisenberg.com

Dated:  May 30, 2024                                           Respectfully submitted,

                                                           **LOFTUS & EISENBERG, LTD.**

                                                           By:     /s/*Ross M. Good*
                                                                Ross M. Good
                                                                Attorney for Plaintiffs

Ross M. Good, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T:  (312) 889-6625
ross@loftusandeisenberg.com
*Attorney for Plaintiffs*

NOTICE OF APPEARANCE OF ROSS M. GOOD



1