Kate M. Baxter-Kauf (Pro Hac Vice)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
*kmbaxter-kauf@locklaw.com*

*Attorney for Plaintiff Harold Velez*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSCICO DIVSION**

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to ALL ACTIONS | Case No. 3:24-md-03098-EMC<br><br>MDL No. 3098<br><br>Hon. Edward M. Chen<br><br>**NOTICE OF APPEARANCE OF KATE M. BAXTER-KAUF ON BEHALF OF PLANTIFF HAROLD VELEZ AND THE PROPOSED CLASS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel, admitted *Pro Hac Vice* in this Court and a member in good standing of the Court of Minnesota, hereby appears as counsel for Plaintiff Harold Velez. Counsel requests that a copy of all pleadings, notices, filings, discovery, correspondence, and other papers relating to this action be served upon the undersigned counsel at the address below:

>Kate M. Baxter-Kauf *(admitted pro hac vice)*
>**LOCKIDGE GRINDAL NAUEN PLLP**
>100 Washington Avenue South, Suite 2200
>Minneapolis, MN 55401
>Telephone: (612) 339-6900
>kmbaxter-kauf@locklaw.com

Dated: May 31, 2024             Respectfully submitted,

By: /s/ *Kate M. Baxter-Kauf*
     Kate M. Baxter-Kauf

Kate M. Baxter-Kauf (Pro Hac Vice)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
*kmbaxter-kauf@locklaw.com*

*Attorney for Plaintiff Harold Velez
and the Proposed Class*

1

Case No. 3:24-md-03098-EMC
NOTICE OF APPEARANCE OF KATE M. BAXTER-KAUF