# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 3, 2024  **Time:** 9:09-11:15  **Judge:** EDWARD M. CHEN
2 Hours, 6 minutes

**Case No.**: 24-md-03098-EMC  **Case Name:** IN RE: 23andMe, Inc., Customer Data Security Breach Litigation

**Attorneys for Plaintiffs:** Cari Laufenberg, Sabita Soneji, Norman Siegel, Michael Reese, Ryan Clarkson, Laura Van Note, Amber Schubert, Rafey Balabanian, J. Eli Wade-Scott, Mark Molumphy, Gia Jung, Anthony Parkhill, Patrick Carey, Maureen Brady, Sharon Zinns, M. Anderson Berry, Ross Good, Gayle Blatt, Melissa Emert, Maureen Berg, David Casey, Melissa Gardner, Dorothy Antullis, Elizabeth Cabraser

**Attorneys for Defendants:** Ian Ballon, Rebecca Guyon,

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** Ruth Ekhaus

## PROCEEDINGS

Motion to Appoint Lead Counsel - held (In-Person)

## SUMMARY

Parties stated appearances.  Oral argument presented.  Matter taken under submission.