# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

ETHAN SAMUEL BINDER, Bar # 5769823

was duly admitted to practice in the Court on

October 11, 2022

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.  New York, New York   On April 22, 2024

Ruby J. Krajick
Clerk of Court

By   s/ R. Juliano
Deputy Clerk