# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) ss. |
| **WESTERN DISTRICT OF MISSOURI** | ) |

I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri, DO HEREBY CERTIFY that

*Jillian R. Dent*

was duly admitted to practice in said Court on

*October 4, 2019*

and is currently an active member who has not been disciplined by this Court.

Dated at Jefferson City, Missouri      *Paige Wymore-Wynn*

on December 26, 2023      Paige Wymore-Wynn, Clerk of Court

By:  *C. Berner*
Crystal Berner, Deputy Clerk