Cari Campen Laufenberg (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
claufenberg@kellerrohrback.com

Gayle Meryl Blatt (SBN 122048)
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
gmb@cglaw.com

Norman E. Siegel (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
Tel: 816 714-7100
siegel@stuevesiegel.com

*Co-Lead Counsel*

Ian Ballon (SBN 141819)
Greenberg Traurig LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
(650) 328-8500
Fax: (650) 328-8508
Email: ballon@gtlaw.com

Rebekah S. Guyon (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

Kristin O'Carroll (SBN 312902)
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415-655-1300

*Attorneys for Defendants 23andMe, Inc., 23andMe Pharmacy Holdings, Inc., 23andMe Holding Co.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to: ALL ACTIONS | No. 3:24-md-03098-EMC<br><br>**STIPULATION REGARDING HEARING TRANSCRIPT PROTOCOL** |

WHEREAS, the Court appointed Plaintiffs' Co-Lead Counsel on June 5, 2024 in Pretrial Order Number 2 ("PTO 2") (Dkt. 62);

WHEREAS, in PTO 2, the Court appointed Gayle M. Blatt, Cari Campen Laufenberg and Norman E. Siegel as Co-Lead Counsel (Dkt. 62 at p. 1);

WHEREAS, the Court ordered Co-Lead Counsel to meet and confer with Defense Counsel regarding the adoption of a hearing transcript protocol, and to file a stipulation and proposed order on the hearing transcript protocol by June 19, 2024 (*Id*. at p. 4);

IT IS THEREFORE STIPULATED AND AGREED by the Parties, subject to the Court's

approval, as follows:

1. Following each court proceeding at which a court reporter is present, Plaintiffs' Co-Lead Counsel shall file an order at the "daily" rate for one (1) original and eight (8) copies of the transcript for that proceeding. Plaintiffs and Defendants shall bear the costs of that order.

2. Transcripts shall, as soon as practicable, be posted on the case website: https://23andmedatabreach.com/.

**SO STIPULATED.**

Dated June 19, 2024

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 9f8101
Tel: (206) 623-1900
claufenberg@kellerrohrback.com

Christopher L. Springer (SBN 291180)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
cspringer@kellerrohrback.com

Dated June 19, 2024

*/s/ Gayle M. Blatt*
Gayle Meryl Blatt (SBN 122048)
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
gmb@cglaw.com

Dated June 19, 2024

*/s/ Norman E. Siegel*
Norman E. Siegel (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
Tel: 816 714-7100
siegel@stuevesiegel.com

*Co-Lead Counsel*

1

2  Dated June 19, 2024

3

*/s/ Ian Ballon*
Ian Ballon
Greenberg Traurig LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
(650) 328-8500
Fax: (650) 328-8508
Email: ballon@gtlaw.com

*Attorneys for Defendants 23andMe, Inc., 23andMe Pharmacy Holdings, Inc., 23andMe Holding Co.*

## **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: June 19, 2024.                                        *Cari Campen Laufenberg*
                                                                            Cari Campen Laufenberg