UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to: ALL ACTIONS | No. 3:24-md-03098-EMC<br><br>**[PROPOSED] ORDER REGARDING HEARING TRANSCRIPTS PROTOCOL** |

    The United States District Court for the Northern District of California's General Order No. 59 provides that "[f]or the first 90 days after the transcript is electronically filed, access to the transcript in CM/ECF will be restricted to . . . (d) other persons as directed by the court."

    In accordance with General Order No. 59, the Court ORDERS transcripts for all proceedings in the above-captioned matter to be made available on the case website, located at https://23andmedatabreach.com/. Following each court proceeding at which a court reporter is present, Plaintiffs' Lead Counsel shall file an order at the "daily" rate for one (1) original and eight (8) copies of the transcript for that proceeding. Plaintiffs and Defendants shall bear the costs of that order.

    Transcripts shall, as soon as practicable, be posted on the case website.

    IT IS SO ORDERED.


Dated _____

                                                                    _____
                                                                    EDWARD M. CHEN
                                                                    United States District Judge