Daniel Srourian, Esq.
SROURIAN LAW FIRM, P.C.
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

Attorney for Plaintiff
MICHELLE ANDRIZZI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 3:24-MD-3098-EMC<br>Relates to Case No.: 5:23-cv-5198<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), **ONLY** Plaintiff MICHELLE ANDRIZZI hereby voluntarily dismisses Respondent 23ANDME, INC., ("23ANDME") without prejudice, with each side bearing its own costs and attorney's fees. 23ANDME has not served an answer nor a motion for summary judgment.

1

Dated: June 20, 2024

By:      */s/ Daniel Srourian*

Daniel Srourian, Esq.
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, California 90010
Telephone:   (213) 474-3800
Facsimile:    (213) 471-4160
Email:         daniel@slfla.com

*Counsel for Representative Plaintiff*

3

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Voluntary Dismissal without Prejudice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on June 20, 2024.

/s/ Daniel Srourian