Gayle M. Blatt, SBN 122048
gmb@cglaw.com
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811
Facsimile: 619.544.9232

Cari Campen Laufenberg
claufenberg@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206.623.1900
Facsimile: 206.623.3384

Norman E. Siegel (MO 44378) (*pro hac vice*)
siegel@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816.714.7100
Facsimile: 816.714.7101

*Interim Co-Lead Class Counsel*

Ian Ballon (SBN 141819)
**GREENBERG TRAURIG LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
(650) 328-8500
Fax: (650) 328-8508
ballon@gtlaw.com

Rebekah S. Guyon (SBN 291037)
guyonr@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

Kristin O'Carroll (SBN 312902)
ocarrollk@gtlaw.com
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415-655-1300

*Attorneys for Defendants 23andMe, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 24-md-03098-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: July 16, 2024<br>Time: 1:00 p.m.<br><br>The Honorable Edward M. Chen |

In Pretrial Order No. 2 (Dkt. No. 62), the Court appointed Plaintiffs' Co-Lead Counsel and directed Plaintiffs' Co-Lead Counsel and Defense Counsel to immediately meet and confer and arrange for further mediation with Randall W. Wulff, designated by the Court as mediator in this case. (Dkt. No. 62)

The Court also scheduled a Case Management Conference to be held on July 16, 2024 at

1:00 p.m. for the purpose of updating the Court on continued mediation efforts and ordered the Parties to file a Joint Case Management Conference Statement be filed seven days before the conference. (Dkt. No. 62)

I. **Update on Settlement Efforts**

On June 26, 2024, the Parties attended an in-person full day mediation with Mr. Randall Wulff.  The Parties were unable to reach resolution on that date, however Mr. Wulff has provided the Parties with a Mediator's proposal, which is being considered by both sides. The deadline for response to Mr. Wulff is currently July 12, 2024.  As such, the Parties will be in a position to provide the Court with updated information at the hearing on July 16, 2024, or earlier, if the Court would prefer.

In light of the Parties' settlement efforts, the Parties have stipulated to extend 23andMe's deadline to respond to the Consolidated Complaint up to and including August 20, 2024, to conserve the Parties' and judicial resources while the Parties to continue to work towards a settlement. The Parties' stipulation confirming this extension will be filed today.

II. **Update on Items Accomplished in Accordance with PTO No. 2 (Dkt. No. 62)**

a. On June 13, 2024, the Plaintiffs filed Plaintiffs' Proposed Protocol for Common Benefit Work and Expenses (Dkt. No. 69); Ordered as modified on June 14, 2024 (Dkt. No. 72).

b. On June 19, 2024, the Parties filed their Stipulation Regarding Hearing Transcript Protocol (Dkt. No. 74); Order thereon entered by Court on June 20, 2024 (Dkt. No. 75).

c. On June 24, 2024, the case website at which hearing transcripts will be posted was created and the initial hearing transcript in has been posted. (www.23andMeDataBreach.com).

d. On June 26, 2024, the Plaintiffs filed Plaintiffs' Consolidated Class Action Complaint. (Dkt. No. 78).

e. The Parties have met and conferred regarding the Preservation Order and expect the Stipulation regarding preservation will be filed this week for the

Court's consideration.

| | |
|---|---|
| Dated: July 9, 2024 | CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD, LLP |

By: /s/ *Gayle M. Blatt*
Gayle M. Blatt
110 Laurel Street
San Diego, California 92101
Telephone: 619.238.1811
Facsimile: 619.544.9232
*gmb@cglaw.com*

Dated: July 9, 2024    KELLER ROHRBACK L.L.P.

By: /s/ *Cari Campen Laufenberg*
Cari Campen Laufenberg
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206.623.1900
Facsimile: 206.623.3384
*claufenberg@kellerrohrback.com*

Dated: July 9, 2024    STUEVE SIEGEL HANSON LLP

By: /s/ *Norman E. Siegel*
Norman E. Siegel (MO 44378) (pro hac vice)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816.714.7100
Facsimile: 816.714.7101
*siegel@stuevesiegel.com*

*Interim Co-Lead Class Counsel*

| | | |
|---|---|---|
| 1 | Dated July 9, 2024 | */s/ Ian Ballon* |
| 2 | | Ian Ballon |
| | | *ballon@gtlaw.com* |
| 3 | | Rebekah Guyon |
| | | *Rebekah.Guyon@gtlaw.com* |
| 4 | | Greenberg Traurig LLP |
| | | 1900 University Avenue, 5th Floor |
| 5 | | East Palo Alto, CA 94303 |
| | | (650) 328-8500 |
| 6 | | Fax: (650) 328-8508 |

*Attorneys for Defendants 23andMe, Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 9, 2024, I filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

/s/ _____