| | |
|---|---|
| Cari Campen Laufenberg (*pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900<br>*claufenberg@kellerrohrback.com*<br>Gayle Meryl Blatt (SBN 122048)<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel: (619) 238-1811<br>*gmb@cglaw.com*<br><br>Norman E. Siegel (*pro hac vice*)<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road<br>Suite 200<br>Kansas City, MO 64112<br>Tel: 816 714-7100<br>*siegel@stuevesiegel.com*<br><br>*Co-Lead Counsel for Plaintiffs* | Ian Ballon (SBN 141819)<br>Greenberg Traurig LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>(650) 328-8500<br>Fax: (650) 328-8508<br>*ballon@gtlaw.com*<br><br>Rebekah S. Guyon (SBN 291037)<br>*guyonr@gtlaw.com*<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Telephone: 310-586-7700<br><br>Kristin O'Carroll (SBN 312902)<br>*ocarrollk@gtlaw.com*<br>101 Second Street, Suite 2200<br>San Francisco, California 94105-3668<br>Telephone: 415-655-1300<br><br>*Attorneys for Defendant 23andMe, Inc..* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 24-md-03098-EMC<br><br>**STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO CONSOLIDATED COMPLAINT** |

WHEREAS, the Court appointed Gayle M. Blatt, Cari Campen Laufenberg, and Norman E. Siegel as Plaintiffs' Co-Lead Counsel on June 5, 2024 in Pretrial Order Number 2 ("PTO 2") (ECF No. 62 at p. 1);

WHEREAS, in PTO 2, the Court ordered Plaintiffs' Lead Counsel to file a consolidated amended complaint by June 26, 2024 (*Id.* at p. 4);

WHEREAS, in PTO 2, the Court designated Randall Wulff as mediator and ordered the Parties to confer and arrange a mediation with Randall Wulff immediately upon appointment (*Id.*);

WHEREAS, the Parties attended a mediation with Randall Wulff on June 26, 2024, in which Randall Wulff provided a mediator's proposal requiring the Parties to respond by July 12, 2024;

WHEREAS, Plaintiffs' Co-Lead Counsel filed the Consolidated Amended Complaint on June 26, 2024 (ECF No. 78) (the "Consolidated Complaint");

WHEREAS, in PTO 2, the Court ordered 23andMe, Inc. ("Defendant" or "23andMe") to file a response to the Consolidated Complaint by July 31, 2024 (ECF No. 62 at p. 4);

WHEREAS, in PTO 2, the Court ordered a case management conference to occur by Zoom on July 16, 2024 between Plaintiffs and 23andMe (collectively, the "Parties") solely to discuss the status of settlement (*Id.*);

WHEREAS, in light of the deadline for the Parties to respond to the mediator's proposal set for July 12, 2024, counsel for Defendant met and conferred with Plaintiffs' Co-Lead Counsel, and the Parties jointly agreed to stipulate to continue Defendant's deadline to respond to the Consolidated Complaint to August 20, 2024, to allow the Parties to focus on settlement efforts, which is also in the interests of judicial economy and the preservation of the Court's and Parties' resources.

WHEREAS, Northern District of California Local Rule 6-1(a) provides that the extension of time to respond to a complaint is effective without Court approval;

WHEREAS, pursuant to Local Rule 6-1(a), the Parties' stipulation will not alter the date of any event or any deadline already fixed by Court order;

IT IS THEREFORE STIPULATED AND AGREED by the Parties that the deadline for Defendant to file its respective responsive pleading to the Consolidated Complaint is continued from July 31, 2024, up to and including August 20, 2024.

1    **IT IS SO STIPULATED.**

2

3   DATED:  July 10, 2024                By:  /s/ Rebekah S. Guyon
                                         Rebekah S. Guyon (SBN 291037)
4                                        Greenberg Traurig LLP
                                         1840 Century Park East, Suite 1900
5                                        Los Angeles, California 90067
                                         Tel: 310-586-7700
6                                        guyonr@gtlaw.com

7                                        *Attorneys for Defendant, 23andMe, Inc.*

8

9   DATED:  July 10, 2024                By:  /s/ Cari Campen Laufenberg
                                         Cari Campen Laufenberg (pro hac vice)
10                                       KELLER ROHRBACK L.L.P.
                                         1201 Third Avenue, Suite 3200
11                                       Seattle, WA 9f8101
                                         Tel: (206) 623-1900
12                                       claufenberg@kellerrohrback.com

13
                                         Christopher L. Springer (SBN 291180)
14                                       KELLER ROHRBACK L.L.P.
                                         801 Garden Street, Suite 301 Santa Barbara, CA 93101
15                                       Tel: (805) 456-1496
                                         cspringer@kellerrohrback.com
16

17  DATED:  July 10, 2024                By:  /s/ Gayle Meryl Blatt
                                         Gayle Meryl Blatt (SBN 122048)
18                                       CASEY GERRY SCHENK FRANCAVILLA BLATT &
                                         PENFIELD LLP
19                                       110 Laurel Street
                                         San Diego, CA 92101
20                                       Tel: (619) 238-1811
                                         gmb@cglaw.com
21

22

23  DATED:  July 10, 2024                By:  /s/ Norman E. Siegel
                                         Norman E. Siegel (pro hac vice)
24                                       STUEVE SIEGEL HANSON LLP
                                         460 Nichols Road
25                                       Suite 200
                                         Kansas City, MO 64112
26                                       Tel: 816 714-7100
                                         siegel@stuevesiegel.com
27

28                                       *Co-Lead Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3):**

I, Rebekah S. Guyon, counsel for Defendant, attest that all Signatories have concurred in the filing of the document.

DATED: July 10, 2024　　　　　　　　　GREENBERG TRAURIG, LLP

　　　　　　　　　　　　　　By:　*/s/ Rebekah S. Guyon*
　　　　　　　　　　　　　　　　　Rebekah S. Guyon
　　　　　　　　　　　　　　　　　Attorneys for Defendant, 23andMe, Inc.