LOFTUS & EISENBERG, LTD.
ALEXANDER LOFTUS, ESQ.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 899-6625
alex@loftusandeisenberg.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to ALL ACTIONS | Case No. 3:24-md-03098-EMC<br><br>MDL No. 3098<br><br>**NOTICE OF APPEARANCE OF ALEXANDER LOFTUS ON BEHALF OF PLAINTIFFS MELANIE BERMAN, JULIA HAWKINS, LISA JONES, LYON LEIFER, AND KATHLEEN CANFIELD LOFTUS, AND THE PROPOSED CLASSES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel, a member in good standing of the Courts of Illinois, hereby appears as counsel for Plaintiffs MELANIE BERMAN, JULIA HAWKINS, LISA JONES, LYON LEIFER, AND KATHLEEN CANFIELD LOFTUS. Counsel requests that a copy of all pleadings, notices, filings, discovery, correspondence, and other papers relating to this action be served upon the undersigned counsel at the address below:

> Alexander N. Loftus, Esq.
> LOFTUS & EISENBERG, LTD.
> 161 N. Clark, Suite 1600
> Chicago, Illinois 60601
> T: (312) 889-6625
> alex@loftusandeisenberg.com

Dated: July 16, 2024                         Respectfully submitted,

                                             **LOFTUS & EISENBERG, LTD.**

                                             By:   /s/*Alexander N. Loftus*
                                                    Attorney for Plaintiffs

Alexander N. Loftus, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 889-6625
alex@loftusandeisenberg.com
*Attorney for Plaintiffs*

NOTICE OF APPEARANCE OF ALEXANDER LOFTUS



1