**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** July 16, 2024     **Time:** 1:00-1:08     **Judge:** EDWARD M. CHEN
                                             8 minutes

**Case No.:** 3:24-md-03098-EMC     **Case Name:** IN RE: 23ANDME, Inc., Customer Data Security Breach Litigation

**Attorneys for Plaintiff:** Gayle M. Blatt, Cari Laufenberg, Norm Siegel
**Attorneys for Defendant:** Ian Ballon, Rebekah S. Guyon

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Kendra Steppler

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Initial Case Management Conference – Held.

**SUMMARY**

Parties stated appearances.

Settlement: Parties met in-person for a full-day mediation on June 26. Parties did not reach an agreement but accepted a proposal from the mediator on July 12. The Parties have reached an agreement in principle which requires working on a term sheet.

Court set for a Status Conference at 1:00 PM on **7/30/2024**, to check-in with the parties regarding the status of the term sheet. Parties plan to file a motion for preliminary approval within 30 to 45 days.

CASE CONTINUED TO: **7/30/2024, at 1:00 PM for a Further Case Management Conference via Zoom.** Joint case management statement due by 7/23/2024.