| | |
|---|---|
| Cari Campen Laufenberg (*pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900<br>*claufenberg@kellerrohrback.com*<br><br>Gayle Meryl Blatt (SBN 122048)<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel: (619) 238-1811<br>*gmb@cglaw.com*<br><br>Norman E. Siegel (*pro hac vice*)<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road<br>Suite 200<br>Kansas City, MO 64112<br>Tel: 816 714-7100<br>*siegel@stuevesiegel.com*<br><br>*Interim Co-Lead Counsel for Plaintiffs* | Ian Ballon (SBN 141819)<br>GREENBERG TRAURIG LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>(650) 328-8500<br>Fax: (650) 328-8508<br>*ballon@gtlaw.com*<br><br>Rebekah S. Guyon (SBN 291037)<br>*guyonr@gtlaw.com*<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Telephone: 310-586-7700<br><br>Kristin O'Carroll (SBN 312902)<br>*ocarrollk@gtlaw.com*<br>101 Second Street, Suite 2200<br>San Francisco, California 94105-3668<br>Telephone: 415-655-1300<br><br>*Attorneys for Defendant 23andMe, Inc..* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 24-md-03098-EMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: July 30, 2024<br>Time: 1:00 p.m.<br><br>The Honorable Edward M. Chen |

On July 16, 2024 at 1:00 p.m., the Court held a Case Management Conference for the purpose of updating the Court on continued mediation efforts. Plaintiffs' Co-Lead Counsel and Defense Counsel advised the Court that, following a full-day mediation on June 26, 2024, the Parties have reached an agreement in principle, which requires working on a term sheet.

On July 16, 2024, the Court also scheduled a Case Management Conference to be held on July 30, 2024 at 1:00 p.m. for the purpose of checking in with the Parties regarding the status of the term sheet and ordered the Parties to file a Joint Case Management Statement seven days before the status conference. (ECF No. 85).

The Parties have met and conferred regarding settlement terms and are close to resolving the term sheet. The Parties expect to have a fully executed settlement agreement shortly. As such, the Parties should be in a position to provide the Court with updated information at or before the July 30, 2024 status conference.

DATED:  July 23, 2024        By:  /s/ Ian C. Ballon
                             Ian C. Ballon
                             ballon@gtlaw.com
                             Rebekah S. Guyon
                             Rebekah.Guyon@gtlaw.com
                             Greenberg Traurig LLP
                             1900 University Avenue, 5th Floor
                             East Palo Alto, CA 94303
                             (650) 328-8500
                             Fax: (650) 328-8508

                             *Attorneys for Defendant 23andMe, Inc.*

DATED:  July 23, 2024        By:  /s/ Cari Campen Laufenberg
                             Cari Campen Laufenberg (pro hac vice)
                             KELLER ROHRBACK L.L.P.
                             1201 Third Avenue, Suite 3200
                             Seattle, WA 9f8101
                             Tel: (206) 623-1900
                             claufenberg@kellerrohrback.com

                             Christopher L. Springer (SBN 291180)
                             KELLER ROHRBACK L.L.P.
                             801 Garden Street, Suite 301 Santa Barbara, CA 93101

Tel: (805) 456-1496
cspringer@kellerrohrback.com

DATED: July 23, 2024   By: /s/ Gayle Meryl Blatt
Gayle Meryl Blatt (SBN 122048)
CASEY GERRY SCHENK FRANCAVILLA BLATT &
PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
gmb@cglaw.com

DATED: July 23, 2024   By: /s/ Norman E. Siegel
Norman E. Siegel (pro hac vice)
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
Tel: 816 714-7100
siegel@stuevesiegel.com

*Co-Lead Counsel for Plaintiffs*

2   Case No. 24-md-03098-EMC
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

**CERTIFICATE OF SERVICE**

I certify that on July 23, 2024, I filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

        */s/ Ian C. Ballon*
        Ian C. Ballon