Cari Campen Laufenberg (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
*claufenberg@kellerrohrback.com*

Gayle Meryl Blatt (SBN 122048)
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
*gmb@cglaw.com*

Norman E. Siegel (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
Tel: 816 714-7100
*siegel@stuevesiegel.com*

*Interim Co-Lead Counsel for Plaintiffs*

Ian Ballon (SBN 141819)
GREENBERG TRAURIG LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
(650) 328-8500
Fax: (650) 328-8508
*ballon@gtlaw.com*

Rebekah S. Guyon (SBN 291037)
*guyonr@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

Kristin O'Carroll (SBN 312902)
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415-655-1300

*Attorneys for Defendant 23andMe, Inc..*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 24-md-03098-EMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: August 13, 2024<br>Time: 2:30 p.m.<br><br>The Honorable Edward M. Chen |

On July 30, 2024, the Court held a Case Management Conference, during which the Parties reported that a term sheet had been executed and they were working on a formal Settlement Agreement. The Court scheduled a Case Management Conference to be held on August 13, 2024 at 2:30 p.m. for the purpose of checking in with the Parties regarding the status of the negotiation of the Settlement Agreement and ordered the Parties to file a Joint Case Management Statement seven days before the status conference. (ECF No. 87).

The Parties are continuing to work on a formal Settlement Agreement and will report to the Court on the status of the process at the status conference set for August 13, 2024.

DATED:  August 6, 2024          By:  /s/ Rebekah S. Guyon
                                     Rebekah S. Guyon (SBN 291037)
                                     GREENBERG TRAURIG LLP
                                     1840 Century Park East, Suite 1900
                                     Los Angeles, California 90067
                                     Telephone: 310-586-7700
                                     guyonr@gtlaw.com

                                     *Attorney for Defendant 23andMe, Inc.*

DATED:  August 6, 2024          By:  /s/ Cari Campen Laufenberg
                                     Cari Campen Laufenberg (pro hac vice)
                                     KELLER ROHRBACK L.L.P.
                                     1201 Third Avenue, Suite 3200
                                     Seattle, WA 9f8101
                                     Tel: (206) 623-1900
                                     claufenberg@kellerrohrback.com

                                     Christopher L. Springer (SBN 291180)
                                     KELLER ROHRBACK L.L.P.
                                     801 Garden Street, Suite 301 Santa Barbara, CA 93101
                                     Tel: (805) 456-1496
                                     cspringer@kellerrohrback.com

DATED:  August 6, 2024          By:  /s/ Gayle Meryl Blatt
                                     Gayle Meryl Blatt (SBN 122048)
                                     CASEY GERRY SCHENK FRANCAVILLA BLATT &
                                     PENFIELD LLP
                                     110 Laurel Street
                                     San Diego, CA 92101

| | |
|---|---|
| | Tel: (619) 238-1811 |
| | gmb@cglaw.com |
| DATED:  August 6, 2024 | By:  */s/ Norman E. Siegel* |
| | Norman E. Siegel (pro hac vice) |
| | STUEVE SIEGEL HANSON LLP |
| | 460 Nichols Road |
| | Suite 200 |
| | Kansas City, MO 64112 |
| | Tel: 816 714-7100 |
| | siegel@stuevesiegel.com |
| | |
| | *Co-Lead Counsel for Plaintiffs* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Cari Campen Laufenberg, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of August, 2024, at Seattle, Washington.

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg

## CERTIFICATE OF SERVICE

I certify that on August 6, 2024, I filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

　　　　　　　　　　　　　　　/s/   Sarah Skaggs
　　　　　　　　　　　　　　　Sarah Skaggs