OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

## CIVIL MINUTES

**Date:** July 30, 2024  **Time:** 1:02-1:05  **Judge:** EDWARD M. CHEN
3 minutes

**Case No.:** 3:24-md-03098-EMC  **Case Name:** IN RE: 23ANDME, Inc., Customer Data Security Breach Litigation

**Attorneys for Plaintiffs:** Gayle Blatt, Jillian Dent, Cari Laufenberg
**Attorneys for Defendant:** Ian Ballon, Rebekah Guyon

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** Marla Knox

### PROCEEDINGS HELD BY ZOOM WEBINAR

Further Case Management Conference – Held

### Summary

Parties stated appearances.

Parties signed the term sheet and are working on a settlement agreement.

Defendant expects to issue an 8K form before filing a motion for preliminary approval.

Parties expect to file for preliminary approval within the next thirty days.

Court maintains the further case management conference on 8/13/2024 and will convert from in-person to Zoom. The deadline of 8/20/2024, to respond to the complaint will be deferred pending further Court order.

CASE CONTINUED TO: **8/13/2024, at 2:30 PM, for a Further Case Management Conference via Zoom.** Joint case management statement **due by 8/6/2024.**