# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California
## CIVIL MINUTES

**Date:** August 13, 2024  **Time:** 2:36-2:40  **Judge:** EDWARD M. CHEN
4 minutes

**Case No.:** 24-md-03098  **Case Name:** IN RE: 23ANDME, Inc., Customer Data Security Breach Litigation

**Attorneys for Plaintiffs:** Gayle M. Blatt, Cari Laufenberg, Norm Siegel
**Attorney for Defendant:** Rebekah S. Guyon

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** Kelly Shainline

## PROCEEDINGS HELD BY ZOOM WEBINAR

Further Case Management Conference – Held.

## SUMMARY

Parties stated appearances.

Settlement: Plaintiff stated they were on track to return a draft settlement proposal to Defendant by August 14, 2024. Parties stated they still intend to submit a motion for preliminary approval with the Court by August 29, 2024.

CASE CONTINUED TO: **9/10/2024, at 2:30 PM for a Further Case Management Conference via Zoom.** Joint case management statement due by 09/3/2024.