Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811
Facsimile: 619.544.9232

Cari Campen Laufenberg
*claufenberg@kellerrohrback.com*
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206.623.1900
Facsimile: 206.623.3384

Norman E. Siegel (MO 44378) (*pro hac vice*)
*siegel@stuevesiegel.com*
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816.714.7100
Facsimile: 816.714.7101

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION

CASE NO. 3:24-md-03098-EMC

**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS FOR BRIEFING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Judge: The Honorable Edward M. Chen
Courtroom 5 – 17th Floor

Plaintiffs hereby move for leave to extend the page limit for their Motion for Preliminary Approval of Class Action Settlement ("Motion") in excess of the page limitations imposed by Local Rule 7-2. Plaintiffs seek this relief to sufficiently address the issues set forth in the Northern District's Procedural Guidance for Class Action Settlements, and to otherwise address the fairness, reasonableness and adequacy of the proposed settlement. In particular, Plaintiffs request an extension of the page limit for their Motion from 25 to 40 pages.

On July 16, 2024, the parties informed the Court that they had reached a settlement of this class action in principle, having accepted mediator Randall Wulff's mediator's proposal. Since that date, the parties have been working to finalize the necessary documentation of the settlement, and Interim Co-Lead Counsel have been preparing Plaintiffs' motion for preliminary approval. Northern District Local Rule 7-2 provides that motions filed in this Court shall be no greater than 25 pages in length, absent court approval. Local Rule 7-11 addresses the recognition that during case proceedings, a party may require a Court order with respect to administrative matters, including motions to exceed otherwise applicable page limitations. Such is the basis of this motion.

Review of class action settlements requires a rigorous and detailed analysis by the Court of the fairness of the proposed Settlement to absent class members. Plaintiffs will endeavor to be as concise as possible, however, in order to present the Court with a full record upon which to consider Plaintiffs' Motion, Plaintiffs request the Court grant the requested relief, and increase the permissible page limit for Plaintiffs' Motion to 40 pages, exclusive of exhibits and declarations. The parties conferred on this issue and Defendant has no objection to Plaintiffs' request.

Dated: August 23, 2024

CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP

By: */s/ Gayle M. Blatt*

Gayle M. Blatt
110 Laurel Street
San Diego, California 92101
Telephone: 619.238.1811
Facsimile: 619.544.9232
gmb@cglaw.com

Dated: August 23, 2024

KELLER ROHRBACK L.L.P.

By: */s/ Cari Campen Laufenberg*

Cari Campen Laufenberg
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206.623.1900
Facsimile: 206.623.3384
*claufenberg@kellerrohrback.com*

Dated: August 23, 2024

STUEVE SIEGEL HANSON LLP

By: */s/ Norman E. Siegel*

Norman E. Siegel (MO 44378) (pro hac vice)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816.714.7100
Facsimile: 816.714.7101
*siegel@stuevesiegel.com*

*Interim Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

I certify that on August 23, 2024, I filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

*/s/ Gayle M. Blatt*