1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS FOR BRIEFING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: The Honorable Edward M. Chen<br>Courtroom 5 – 17th Floor |

The Court, having considered Plaintiffs' Unopposed Administrative Motion to Extend Page Limits for Briefing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, and good cause appearing, HEREBY GRANTS the motion.

The page limitation for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is extended to 40 pages, exclusive of exhibits and declarations.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Edward M. Chen
United States District Judge