| | |
|---|---|
| Gayle M. Blatt, SBN 122048 | Ian Ballon SBN 141819 |
| gmb@cglaw.com | ballon@gtlaw.com |
| **CASEY GERRY SCHENK** | **GREENBERG TRAURIG LLP** |
| **FRANCAVILLA BLATT & PENFIELD, LLP** | 1900 University Avenue, 5th Floor |
| | East Palo Alto, CA 94303 |
| 110 Laurel Street | Telephone (650) 328-8500 |
| San Diego, CA 92101 | Fax: (650) 328-8508 |
| Telephone: 619.238.1811 | |
| Facsimile: 619.544.9232 | Rebekah S. Guyon SBN 291037 |
| | Rebekah.guyon@gtlaw.com |
| Cari Campen Laufenberg | 1840 Century Park East, Suite 1900 |
| claufenberg@kellerrohrback.com | Los Angeles, CA 90067 |
| **KELLER ROHRBACK L.L.P.** | Telephone: 310-586-7700 |
| 1201 Third Avenue, Suite 3200 | |
| Seattle, WA 98101 | Kristin O'Carroll SBN 312902 |
| Telephone: 206.623.1900 | ocarrollk@gtlaw.com |
| Facsimile: 206.623.3384 | 101 Second Street, Suite 2200 |
| | San Francisco, CA 94105-3668 |
| Norman E. Siegel (MO 44378) (*pro hac vice*) | Telephone: 415-655-1300 |
| siegel@stuevesiegel.com | |
| **STUEVE SIEGEL HANSON LLP** | |
| 460 Nichols Road, Suite 200 | *Attorneys for Defendant 23andMe, Inc.* |
| Kansas City, Missouri 64112 | |
| Telephone: 816.714.7100 | |
| Facsimile: 816.714.7101 | |

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC<br><br>**JOINT STATUS REPORT REGARDING FILING DATE OF MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge: The Honorable Edward M. Chen<br>Courtroom 5 – 17th Floor |

At the Status Conference on July 30, 2024, and at the Case Management Conference held on August 13, 2024, Co-lead Counsel informed the Court of their expectation to file Plaintiffs' Motion for Preliminary Approval on August 29, 2024. Co-Lead Counsel ("Counsel") have been working diligently on preparing the Motion but require more time to get it on file.

The Parties submit this Joint Status Report to notify the Court of Counsel's revised intended filing date of September 12, 2024, although Counsel will file earlier if possible. Currently, the Court has a Status Conference scheduled with the Parties for September 10, 2024, at 2:30 p.m.  The Parties request the Status Conference remain on calendar so the Parties may discuss any necessary issues or provide the Court an update as to the scheduled filing.

Dated:  August 28, 2024                CASEY GERRY SCHENK
                                       FRANCAVILLA BLATT & PENFIELD, LLP


                                       By:    /s/ Gayle M. Blatt
                                              Gayle M. Blatt
                                              110 Laurel Street
                                              San Diego, California 92101
                                              Telephone:  619.238.1811
                                              Facsimile:  619.544.9232
                                              gmb@cglaw.com


Dated: August 28, 2024                 KELLER ROHRBACK L.L.P.


                                       By:    /s/ Cari Campen Laufenberg
                                              Cari Campen Laufenberg
                                              1201 Third Avenue, Suite 3200
                                              Seattle, WA 98101
                                              Telephone:  206.623.1900
                                              Facsimile:  206.623.3384
                                              claufenberg@kellerrohrback.com


Dated: August 28, 2024                 STUEVE SIEGEL HANSON LLP


                                       By:    /s/ Norman E. Siegel
                                              Norman E. Siegel (MO 44378) (pro hac vice)
                                              460 Nichols Road, Suite 200
                                              Kansas City, Missouri 64112

2                         Case No. 3:24-md-03098-EMC
JOINT STATUS REPORT

|  |  |
|---|---|
|  | Telephone: 816.714.7100<br>Facsimile: 816.714.7101<br>siegel@stuevesiegel.com |
|  | *Interim Co-Lead Class Counsel* |
| Dated: August 28, 2024 | GREENBERG TRAURIG LLP<br><br>*/s/ Rebekah S. Guyon*<br>Rebekah S. Guyon (SBN 291037)<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Telephone: 310-586-7700<br>*Rebekah.guyon@gtlaw.com*<br><br>Ian Ballon<br>Greenberg Traurig LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>(650) 328-8500<br>Fax: (650) 328-8508<br>ballon@gtlaw.com<br><br>Kristin O'Carroll (SBN 312902)<br>101 Second Street, Suite 2200<br>San Francisco, California 94105-3668 Telephone: 415-655-1300<br>ocarrollk@gtlaw.com<br><br>*Attorneys for Defendant 23andMe, Inc.* |

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2024, I filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

*/s/ Gayle M. Blatt*