| | |
|---|---|
| Gayle M. Blatt, SBN 122048<br>gmb@cglaw.com<br>**CASEY GERRY SCHENK**<br>**FRANCAVILLA BLATT & PENFIELD, LLP**<br>110 Laurel Street<br>San Diego, CA  92101<br>Telephone: 619.238.1811<br>Facsimile: 619.544.9232<br><br>Cari Campen Laufenberg<br>claufenberg@kellerrohrback.com<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone:  206.623.1900<br>Facsimile:  206.623.3384<br><br>Norman E. Siegel (MO 44378) (*pro hac vice*)<br>siegel@stuevesiegel.com<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone:  816.714.7100<br>Facsimile:  816.714.7101<br><br>*Interim Co-Lead Class Counsel* | Ian Ballon<br>ballon@gtlaw.com<br>**GREENBERG TRAURIG LLP**<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Telephone (650) 328-8500<br>Fax: (650) 328-8508<br><br>Stephen L. Saxl (*pro hac vice application pending*)<br>saxls@gtlaw.com<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-8184<br><br>Rebekah S. Guyon SBN 291037<br>Rebekah.guyon@gtlaw.com<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br><br>Kristin O'Carroll SBN 312902<br>ocarrollk@gtlaw.com<br>101 Second Street, Suite 2200<br>San Francisco, CA 94105-3668<br>Telephone: (415) 655-1300<br><br>*Attorneys for Defendant 23andMe, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  September 10, 2024<br>Time:  2:30 p.m.<br>Courtroom 5, 17th Floor<br><br>The Honorable Edward M. Chen |

The Parties are currently addressing a final issue, that if resolved will clear the way to allow Plaintiffs to file their motion and memorandum in support of preliminary approval. The Parties will file an updated Joint Case Management Statement with the Court regarding the progress of their efforts by September 5, 2024.

Dated:  September 3, 2024          CASEY GERRY SCHENK
                                   FRANCAVILLA BLATT & PENFIELD, LLP


                                   By:   */s/ Gayle M. Blatt*
                                         Gayle M. Blatt
                                         110 Laurel Street
                                         San Diego, California 92101
                                         Telephone:  619.238.1811
                                         Facsimile:  619.544.9232
                                         *gmb@cglaw.com*


Dated: September 3, 2024           KELLER ROHRBACK L.L.P.


                                   By:   */s/ Cari Campen Laufenberg*
                                         Cari Campen Laufenberg
                                         1201 Third Avenue, Suite 3200
                                         Seattle, WA 98101
                                         Telephone:  206.623.1900
                                         Facsimile:  206.623.3384
                                         *claufenberg@kellerrohrback.com*


Dated: September 3, 2024           STUEVE SIEGEL HANSON LLP


                                   By:   */s/ Norman E. Siegel*
                                         Norman E. Siegel (MO 44378) (pro hac vice)
                                         460 Nichols Road, Suite 200
                                         Kansas City, Missouri 64112
                                         Telephone:  816.714.7100
                                         Facsimile:  816.714.7101
                                         *siegel@stuevesiegel.com*

                                         *Interim Co-Lead Class Counsel*

| | |
|---|---|
| Dated September 3, 2024 | */s/ Rebekah S. Guyon* <br> Ian Ballon <br> ballon@gtlaw.com <br> Rebekah Guyon <br> *Rebekah.Guyon@gtlaw.com* <br> Greenberg Traurig LLP <br> 1900 University Avenue, 5th Floor <br> East Palo Alto, CA 94303 <br> (650) 328-8500 <br> Fax: (650) 328-8508 <br><br> *Attorneys for Defendant 23andMe, Inc.* |

### **CERTIFICATE OF SERVICE**

I certify that on September 3, 2024, I filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

*/s/ Rebekah S. Guyon*
Rebekah S. Guyon