| | |
|---|---|
| Gayle M. Blatt, SBN 122048<br>*gmb@cglaw.com*<br>**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: 619.238.1811<br>Facsimile: 619.544.9232<br><br>Cari Campen Laufenberg (*pro hac vice*)<br>*claufenberg@kellerrohrback.com*<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: 206.623.1900<br>Facsimile: 206.623.3384<br><br>Norman E. Siegel (*pro hac vice*)<br>*siegel@stuevesiegel.com*<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: 816.714.7100<br>Facsimile: 816.714.7101<br><br>*Interim Co-Lead Class Counsel* | Ian C. Ballon, SBN 141819<br>*ballon@gtlaw.com*<br>**GREENBERG TRAURIG LLP**<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Telephone (650) 328-8500<br>Fax: (650) 328-8508<br><br>Stephen L. Saxl (*pro hac vice application pending*)<br>*saxls@gtlaw.com*<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-8184<br><br>Rebekah S. Guyon, SBN 291037<br>*Rebekah.guyon@gtlaw.com*<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br><br>Kristin O'Carroll, SBN 312902<br>*ocarrollk@gtlaw.com*<br>101 Second Street, Suite 2200<br>San Francisco, CA 94105-3668<br>Telephone: (415) 655-1300<br><br>*Attorneys for Defendant 23andMe, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: September 10, 2024<br>Time: 2:30 p.m.<br>Courtroom 5, 17th Floor<br><br>The Honorable Edward M. Chen |

-1- Case No. 3:24-md-03098-EMC
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1  The Parties have executed a Settlement Agreement, which will be submitted to the Court as soon as possible, but no later than September 12, 2024.

The Settlement Agreement includes a release on behalf of all residents of the United States on August 11, 2023 whose Personal Information was compromised in the Security Incident disclosed by 23andMe on October 6, 2023 ("Security Incident") in exchange for 23andMe's payment of $30,000,000 towards a Qualified Settlement Fund and its certification of certain business practice commitments related to the security of users' Personal Information. The Settlement provides specialized and comprehensive monitoring available to all Settlement Class Members, monetary relief for qualified Settlement Class Members, and given the Defendant's financial condition a provision for an injunction enjoining Settlement Class Members from pursuing claims arising from the Security Incident (including in arbitration or state court) pending their decision as to whether to request exclusion, and the submission of a valid request to be excluded from the Settlement, among a number of standard terms which will be reflected in the forthcoming motion for preliminary approval.

Dated:  September 5, 2024

CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP

By:  */s/ Gayle M. Blatt*
Gayle M. Blatt (SBN 122048)
110 Laurel Street
San Diego, California 92101
Telephone:  619.238.1811
Facsimile:  619.544.9232
*gmb@cglaw.com*

Dated: September 5, 2024

KELLER ROHRBACK L.L.P.

By:  */s/ Cari Campen Laufenberg*
Cari Campen Laufenberg (*pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone:  206.623.1900
Facsimile:  206.623.3384
*claufenberg@kellerrohrback.com*

Dated: September 5, 2024          STUEVE SIEGEL HANSON LLP

By: */s/ Norman E. Siegel*
Norman E. Siegel (*pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816.714.7100
Facsimile: 816.714.7101
siegel@stuevesiegel.com

*Interim Co-Lead Class Counsel*

Dated September 5, 2024

By: */s/ Rebekah Guyon*
Ian Ballon (SBN 141819)
*ballon@gtlaw.com*
Rebekah Guyon (SBN 291037)
*Rebekah.Guyon@gtlaw.com*
Greenberg Traurig LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
(650) 328-8500
Fax: (650) 328-8508

*Attorneys for Defendant 23andMe, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on September 5, 2024, I filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

/s/ *Gayle M. Blatt*