1  Ethan S. Binder (*pro hac vice*)
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
2  The Helmsley Building
   230 Park Avenue, 24th Floor
3  New York, NY 10169-1820
   Telephone: (212) 223-6444
4  Facsimile:  (212) 223-6334
   ebinder@scott-scott.com
5
   *Attorney for Plaintiffs Scott, DaVeiga, and Beale*
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11

12 | *IN RE: 23ANDME, INC. CUSTOMER DATA* | Case No. 3:24-md-03098-EMC |
13 | *SECURITY BREACH LITIGATION* | **NOTICE OF CHANGE OF ADDRESS** |

14  This Document Relates To: All Actions

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that as of Monday, August 26, 2024, Scott+Scott Attorneys at

3    Law LLP ("Scott+Scott") has changed its New York office address for service of notices and

4    documents in the above-captioned matter.  The new address is as follows:

5    Ethan S. Binder (admitted *pro hac vice*)
     Scott+Scott Attorneys at Law LLP
6    The Helmsley Building
     230 Park Avenue, 24th Floor
7    New York, NY 10169

8    The email addresses and telephone number remain the same.  Scott+Scott's Ohio and

9    California office addresses, email addresses, and telephone numbers also remain the same.

10   Please update your contact and service lists accordingly.

11

12

13   Dated:  September 12, 2024            */s/ Ethan S. Binder*
                                          Ethan S. Binder
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Ethan S. Binder*
Ethan S. Binder

NOTICE OF CHANGE OF ADDRESS
3:24-md-03098-EMC