1  Cari Campen Laufenberg (*pro hac vice*)
   KELLER ROHRBACK L.L.P.
2  1201 Third Avenue, Suite 3400
3  Seattle, WA 98101
   Tel: (206) 623-1900
4  claufenberg@kellerrohrback.com

5  Gayle M. Blatt (SBN 122048)
   CASEY GERRY SCHENK FRANCAVILLA
6  BLATT & PENFIELD, LLP
7  110 Laurel Street
   San Diego, CA  92101
8  Tel.: (619) 238-1811
   gmb@cglaw.com
9

10 Norman E. Siegel (*pro hac vice*)
   STUEVE SIEGEL HANSON LLP
11 460 Nichols Road, Suite 200
   Kansas City, Missouri 64112
12 Tel.: (816) 714-7100
   siegel@stuevesiegel.com
13

14 *Interim Co-Lead Class Counsel*

15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17
                    **SAN FRANCISCO DIVISION**
18

19 IN RE: 23ANDME, INC. CUSTOMER DATA          No. 3:24-md-03098-EMC
   SECURITY BREACH LITIGATION
20                                              **NOTICE OF MOTION AND MOTION**
   This Document Relates to: ALL ACTIONS        **FOR PRELIMINARY APPROVAL OF**
21                                              **CLASS ACTION SETTLEMENT**

22                                              Judge:        Hon. Edward M. Chen
                                                Courtroom:    5, 17th Floor
23                                              Hearing Date: October 17, 2024
                                                Hearing Time: 1:30 p.m.
24

25

26

27

28

1      **TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE THAT** on October 17, 2024, at 1:30 p.m. or as soon thereafter as

3 counsel may be heard, before the Honorable Edward M. Chen, at the United States District Court for

4 the Northern District of California, San Francisco Division, located at 450 Golden Gate Ave. San

5 Francisco, CA  94102, Plaintiffs will and hereby do move this Court, pursuant to Federal Rule of Civil

6 Procedure 23, for an order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class

7 Action Settlement.

8      Plaintiffs base their Motion for Preliminary Approval of Class Action Settlement on this Notice;

9 the Memorandum of Points and Authorities filed in support thereof; the Settlement Agreement and

10 Release ("Settlement Agreement") and all exhibits attached thereto; the Declaration of Cari Campen

11 Laufenberg, Norman E. Siegel and Gayle M. Blatt in Support of Plaintiffs' Motion for Preliminary

12 Approval of Class Action Settlement ("Class Counsel Decl."); the Declaration of Carla A. Peak

13 ("Admin. Decl.") and all exhibits attached thereto; the Declaration of Gerald Thompson ("CyEx Decl.")

14 all other records and papers on file in this action; any oral argument on the Motion; and all other matters

15 properly before the Court.

16      Plaintiffs seek an order pursuant to Federal Rule of Civil Procedure 23(b)(3) certifying the

17 Settlement Class more fully described in the Settlement Agreement filed concurrently herewith;

18 preliminarily approving the Settlement as fair, reasonable, and adequate; directing notice to be

19 disseminated to the Settlement Class in the form and manner proposed by the parties as set forth in the

20 Settlement Agreement and Exhibits 1-4 to the Admin. Decl.; appointing Verita to serve as the

21 Settlement Administrator; appointing Plaintiffs as Class Representatives and the undersigned attorneys

22 as Class Counsel; and setting a hearing date and schedule for final approval of the Settlement and

23 consideration of Class Counsel's forthcoming motion for an award of fees, costs, expenses, and service

24 awards.

25 Dated:  September 12, 2024

26

                By:     */s/ Gayle M. Blatt*

27                      Gayle M. Blatt (SBN 122048)

28

NOTICE OF MOTION AND MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT – 3:24-md-03098-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, California 92101
Tel: (619) 238-1811
gmb@cglaw.com


By:     */s/ Cari Campen Laufenberg*
Cari Campen Laufenberg (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
claufenberg@kellerrohrback.com


By:     */s/ Norman E. Siegel*
Norman E. Siegel (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

*Interim Co-Lead Class Counsel*

NOTICE OF MOTION AND MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT – 3:24-md-03098-EMC

1

**CERTIFICATE OF SERVICE**

2

I, Cass L. Lazar, hereby certify that on September 12, 2024, I electronically filed the foregoing

3

with the Clerk of the United States District Court for the Northern District of California using the

4

CM/ECF system, which shall send electronic notification to all counsel of record.

5

6

/s/ *Cass L. Lazar*
Cass L. Lazar

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT – 3:24-md-03098-EMC