# Exhibit C

**CASE COMPARISON CHART**

| Case | Fund | Class Size | Type of Notice | Type of Claims | Claims Rate and Other Information |
|---|---|---|---|---|---|
| *Premera Blue Cross Data Breach Litig.,* 3:15-md-02633-SI, Docs. 273, 280, 281, 284, 311 (D. Or.) (data breach involving compromise of protected health information)<br><br>Final approval granted on 3/2/2020 | $32,000,000 | 8,855,764 | Direct and publication notice | Negligence; breach of contract; California Confidentiality of Medical Information Act; Washington's Consumer Protect Act | Claims: 691,870<br>Claims Rate: 7.81%<br>$12,752,610.97 in attorneys' fees |
| *Aguallo v. Kemper Corp.,* No. 1:21-cv-01883, Docs. 45, 46, 51, 53, (N.D. Ill) (data breach involving compromise of PII, medical leave information, and workers' compensation claim information)<br><br>Final approval granted on 3/18/2022 | $17,600,000 | 6,148,631 | Direct notice | Common law tort claims, California unfair competition and Legal Remedies Act, CCPA, declaratory judgment, unjust enrichment | Claims: 11,284<br>Claims Rate: <1%<br>$2,500,000 in attorneys' fees<br>Admin costs paid separately outside the fund<br>California claimants receive additional statutory payment of up to $50 |
| *In re Ashley Madison Customer Data Security Breach Litig.,* 4:15-md-02669-JAR, Docs. 344, 383, 384, 389 (E.D. Mo.) (data breach involving compromise of sensitive customer information, including identities of the customers)<br><br>Final approval granted on 11/20/2017 | $11,200,000 | 37,000,000 | Publication notice only | Common law tort claims, consumer protection claims, CCRA, state data breach claims, violations of RICO and Federal Stored Communications Act | Claims: 4,236 submitted with 3,849 valid<br>Claims Rate: <1%<br>Avg. of >$940/claimant<br>33% attorneys' fees<br>~$309,240 in admin costs<br>Cy Pres: $3,320,110.93 |

Exhibit C – Case Comparison Chart

| Case | Fund | Class Size | Type of Notice | Type of Claims | Claims Rate and Other Information |
|---|---|---|---|---|---|
| *Atkinson, et al. v. Minted, Inc.* No. 3:20-cv-03869-VC (N.D. Cal.), Docs. 42, 60, 71, 73 (data breach involving compromise of customers' personally identifiable information)<br><br>Final approval granted on 12/17/2021 | $5,000,000 | 4,198,490 | Publication and direct notice | Violation of CCPA, California Unfair Competition Law, and negligence | Claims: 147,268 Claims Rate: 3.5% $1,187,537.05 (23.75%) in attorneys' fees $200,000 in notice and admin costs |
| *Cochran et al. v. The Kroger Co.* No. 5:21-cv-01887-EJD (N.D. Cal.), Docs. 31, 104, 105, 115 (data breach involving compromise of sensitive personally identifiable information, including social security numbers)<br><br>Final approval granted on 03/24/2022 | $5,000,000 | ~ 3,825,200 | Publication and direct notice | Negligence, breach of implied contract, violations of CCPA and CMIA | Claims: 38,823 Claims Rate: > 1% $1,231,628 (25%) in attorneys' fees California claimants will receive twice the amount of non-CA residents due to CCPA and CMIA claims |
| *Heath v. Insurance Technologies Corp.*, 3:21-cv-01444-N, Docs. 35, 39, 45, 52 (N.D. Tex.) (data breach involving compromise of personally-identifiable information)<br><br>Final approval granted on 01/04/2023 | $11,000,000 | 4,341,523 | Direct and publication notice | Negligence; negligence per se; violation of the CCPA, UCL, and Maryland's and Pennsylvania's privacy and consumer protection acts/laws, declaratory judgment and unjust enrichment | Claims: 17,923 Claims Rate: <1% $3,000,000.00 in attorneys' fees California claimants entitled to statutory payments of $100-300, subject to pro rata reduction |

Exhibit C – Case Comparison Chart

| Case | Fund | Class Size | Type of Notice | Type of Claims | Claims Rate and Other Information |
|---|---|---|---|---|---|
| *Miracle-Pond v. Shutterfly, Inc.*, No. 2019-CH-07050 (Ill. Cir. Ct.) (privacy case involving collection, storage, and use of facial recognition data)<br><br>Final approval granted on 9/9/2021 | $6,750,000 | 950,000 | Direct and publication notice | Violation of Illinois Biometric Information Privacy Act | Claims: 49,453 submitted<br>Claims Rate: ~5%<br>$2,362,500 (35% of settlement value) in attorneys' fees |
| *In re TikTok, Inc., Consumer Privacy Litigation*, No. 1:20-cv-04699 (N.D. Ill.), Docs. 122, 135, 161, 195, 264 (privacy case involving collection, use, and transmission of highly sensitive personal data)<br><br>Final approval granted on granted on 8/22/2022 | $92,000,000 | 89,000,000 | Direct and publication notice | Violation of Illinois Biometric Information Privacy Act; Computer Fraud and Abuse Act; Video Privacy Protection Act; Breach of Contract; Invasion of Privacy; Other State Consumer Protection and Privacy Statutes | Claims: 1,215,541 submitted<br>Claims Rate: ~1%<br>$29,279,203.44 (33.3% of settlement value) in attorneys' fees<br>$3,276,268.43 in admin costs |
| *In Re Facebook Biometric Information Privacy litigation*, 3:15-cv-03747-JD (N.D. Cal.), Docs. 468, 517, 537, 538, 586 (privacy case involving collection, and storage of individuals' biometric data)<br><br>Final approval granted on 02/26/2021 | $650,000,000 | 6,900,000 | Direct and publication notice | Violation of the Illinois Biometric Information Privacy Act | Claims: ~1,500,000<br>Claims Rate: ~22%<br>97,500,000 (15% of total settlement fund) in attorneys' fees<br>$1,828,009.89 in admin |

Exhibit C – Case Comparison Chart

| Case | Fund | Class Size | Type of Notice | Type of Claims | Claims Rate and Other Information |
|---|---|---|---|---|---|
| *In re Vizio, Inc., Consumer Priv. Litig.*, 8:16-ml-02693-JLS-KES, 2019 WL 12966638 (C.D. Cal. July 31, 2019), *judgment entered sub nom. In re VIZIO, Inc., Consumer Priv. Litig.*, 2019 WL 3818854 (C.D. Cal. Aug. 14, 2019) (privacy case involving claims that the company collected and shared data about customers' viewing habits without consent)<br><br>Final approval granted on 07/31/2019 | $17,000,000 | 16,000,000 | Direct and publication notice | Video Privacy Protection Act, Wiretap Act, common law fraud and tort claims, a number of consumer protection claims including the CLRA and UCL | Claims: 511,537 claims for 655,161 TVs<br>Claims Rate: approx. 4%<br>~$16.50/claimant's TV<br>33% attorneys' fees<br>$122,830.65 in admin costs |
| *Fraley v. Facebook, Inc.*, 3:11-cv-1726-RS, 966 F. Supp. 2d 939 and Doc. 351 (N.D. Cal. 2013), *aff'd sub nom. Fraley v. Batman*, 638 F. App'x 594 (9th Cir. 2016) (privacy case involving claims that Facebook used images of users without their consent to sell advertising)<br><br>Final approval granted on 09/09/2013 | $20,000,000 | 150,000,000 | Direct and publication notice | Cal. Civil Code § 3344; Cal. Unfair Competition Law, Business and Professions Code § 17200 | Claims: 614,994<br>Claims Rate: <1%<br>$15/claimant<br>25% attorneys' fees<br>$935,828.21 in admin costs<br>Cy Pres: ~$2 million |

Exhibit C – Case Comparison Chart