1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC <br><br> Hon. Edward M. Chen <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT 23ANDME, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
|---|---|

# [PROPOSED] ORDER

The Court, having considered defendant 23andMe, Inc.'s ("23andMe") Administrative Motion to File Documents Under Seal 23andMe, Inc.'s Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement, and for compelling reasons shown, hereby orders that 23andMe's administrative motion is GRANTED.

23andMe may file the following documents under seal with the Court:

| Exhibit | Document Description | Portions to Seal |
|---|---|---|
| A | Unredacted Declaration of Declaration of Rebekah S. Guyon in Support of Defendant 23andMe, Inc.'s Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement | Portions of ¶¶ 11-21 |

**IT IS SO ORDERED.**

Dated: _____        _____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE