OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** September 10, 2024 | **Time:** 3:23-3:26<br>3 minutes | **Judge:** EDWARD M. CHEN |
| **Case No.:** 24-md-03098 | **Case Name:** IN RE: 23ANDME, Inc., Customer Data Security Breach Litigation | |

**Attorneys for Plaintiffs:** Gayle M. Blatt, Cari Laufenberg, Norm Siegel
**Attorney for Defendant:** Rebekah S. Guyon

| | |
|---|---|
| **Deputy Clerk:** Vicky Ayala | **Court Reporter:** Stephen Franklin |

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Further Case Management Conference – Held.

**SUMMARY**

Parties stated appearances.

Plaintiffs indicated that they would be filing their motion for preliminary approval soon. The Court set a further status conference for 10/1/2024 at 2:30 p.m. That date is subject to change, depending on the filing of the motion for preliminary approval.

CASE CONTINUED TO: **10/1/2024, at 2:30 PM for a Further Case Management Conference via Zoom.** Joint case management statement **due by 09/24/2024.**