John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA  92101
Tel.:    (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This document relates to:<br><br>Case No.:  3:23-cv-05234-EMC<br>Case No.: 3:23-cv-05302-EMC<br>Case No.: 3:23-cv-05332-EMC<br>Case No.: 3:23-cv-05768-EMC | Case No. 3:24-md-03098-EMC<br><br>Judge Edward M. Chen<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOW COME the Plaintiffs, J.S., J.T. and A.L. (Case No. 3:23-cv-05234-EMC), Caroline Greenberg (Case No. 3:23-cv-05302-EMC), Alexandra Hoffman and Alexandra Klawitter (Case No. 3:23-cv-05332-EMC), and Briana Dube (Case No. 3:23-cv-05768), by and through their attorney, John J. Nelson of Milberg, Coleman, Bryson, Phillips & Grossman PLLC, and hereby gives notice of the withdrawal of attorney John J. Nelson.  J.S., J.T. and A.L. will continue to be represented by Maureen Brady of McShane & Brady, LLC and Sharon Jessica Zinns of Zinns Law, LLC, Caroline Greenberg will continue to be represented by Jeff Ostrow, Alexandra Hoffman and Alexandra Klawitter will continue to be represented by Thomas A. Zimmerman, Jr. of Zimmerman Law Offices, P.C., and Briana Dube will continue to be represented by Charles E. Schaffer of Levin Sedran & Berman.

| | |
|---|---|
| Dated:  September 20, 2024 | Respectfully submitted,<br><br>*/s/ John J. Nelson*<br>John J. Nelson (SBN 317598)<br>**MILBERG COLEMAN BRYSON**<br>**PHILLIPS GROSSMAN, PLLC**<br>280 S. Beverly Drive<br>Beverly Hills, CA  90212<br>Tel.:    (858) 209-6941<br>jnelson@milberg.com<br><br>*Attorneys for Plaintiff and the Classes* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 20, 2024, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John J. Nelson*
John J. Nelson
