Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD,**
**LLP**
110 Laurel Street
San Diego, CA  92101
Telephone: 619.238.1811

Cari Campen Laufenberg (*pro hac vice*)
*claufenberg@kellerrohrback.com*
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone:  206.623.1900

Norman E. Siegel (*pro hac vice*)
siegel@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:  816.714.7100

*Interim Co-Lead Class Counsel*

Ian Ballon, SBN 141819
*ballon@gtlaw.com*
**GREENBERG TRAURIG LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone (650) 328-8500

Stephen L. Saxl (*pro hac vice*)
*saxls@gtlaw.com*
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-8184

Rebekah S. Guyon, SBN 291037
*Rebekah.guyon@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310-586-7700

Kristin O'Carroll, SBN 312902
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, CA 94105-3668
Telephone: 415-655-1300

*Attorneys for Defendant 23andMe, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | No. 3:24-md-03098-EMC<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Date:  October 1, 2024<br>Time:  2:30 p.m.<br><br>The Honorable Edward M. Chen |

On September 10, 2024, the Court held a Case Management Conference, during which interim Class Counsel informed the Court that Plaintiffs expected to file their Motion for Preliminary Approval of Class Action Settlement on or before September 12, 2024. The Court scheduled a follow up Status Conference for October 1, 2024 at 2:30 p.m., noting that the date might change based on Plaintiffs' filing of their motion. ("Plaintiffs indicated that they would be filing their motion for preliminary approval soon. The Court set a further status conference for 10/1/2024 at 2:30 p.m. That date is subject to change, depending on the filing of the motion for preliminary approval.") (Dkt. No. 106.)

On September 12, 2024, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement. (Dkt. No. 103). The Court has scheduled the hearing date on Plaintiffs' motion for October 29, 2024 at 3:30 p.m. (Dkt. No. 109).

In light of the filing of the Plaintiffs' Motion for Preliminary Approval and receipt of the scheduled hearing date, the Parties do not have any specific issues to address with the Court on October 1, 2024. Unless the Court has any matters to address with the Parties, the Parties believe the Status Conference may be taken off calendar at this time.

Dated: September 24, 2024

CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP

By:  */s/ Gayle M. Blatt*
     Gayle M. Blatt (SBN 122048)
     110 Laurel Street
     San Diego, California 92101
     Telephone:  619.238.1811
     gmb@cglaw.com

Dated: September 24, 2024

KELLER ROHRBACK L.L.P.

By:  */s/ Cari Campen Laufenberg*
     Cari Campen Laufenberg (*pro hac vice*)
     1201 Third Avenue, Suite 3400
     Seattle, WA 98101
     Telephone:  206.623.1900
     claufenberg@kellerrohrback.com

1   Dated: September 24, 2024                    STUEVE SIEGEL HANSON LLP

2

3                                           By:   */s/ Norman E. Siegel*
                                                 Norman E. Siegel (*pro hac vice*)
4                                                460 Nichols Road, Suite 200
                                                 Kansas City, Missouri 64112
5                                                Telephone:  816.714.7100
                                                 siegel@stuevesiegel.com
6

7                                                *Interim Co-Lead Class Counsel*

8

9   Dated September 24, 2024                     GREENBURG TRAURIG LLP

10

11                                          By:   */s/ Rebekah Guyon*
                                                 Rebekah Guyon
12                                               *Rebekah.Guyon@gtlaw.com*
                                                 Greenberg Traurig LLP
13                                               1840 Century Park East, Suite 1900
                                                 Los Angeles, CA 90067
14                                               Telephone: 310-586-7700

15

16                                               *Attorneys for Defendants 23andMe, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 24, 2024, I filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.


/s/ *Cass L. Lazar*