# EXHIBIT 1

1  Rafey Balabanian (SBN 315962)
   rbalabanian@edelson.com
2  EDELSON PC
   150 California Street, 18th Floor
3  San Francisco, California 94111
4  Tel: 415.212.9300
   Fax: 415.373.9435
5
   (with other counsel list on Complaint)
6
7  *Attorneys for Plaintiff and the Proposed Class*

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
10                        **SAN FRANCISCO DIVISION**

11 | **IN RE 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIG.** | Case No. 24-cv-00487-EMC |
   |---|---|
12 | This Document Relates to: | **DECLARATION OF J. ELI WADE-SCOTT IN SUPPORT OF MOTION TO ENLARGE BRIEFING SCHEDULE REGARDING OBJECTIONS TO PRELIMINARY APPROVAL** |
13 | *ALL ACTIONS* | |

Pursuant to 18 U.S.C. § 1746, I, J. Eli Wade-Scott, declare as follows:

1. I am a partner at Edelson PC and I represent Plaintiffs David Melvin and J.L. (the "Melvin Plaintiffs") in the above-captioned action. I am over the age of eighteen and am fully competent to make this Declaration. This Declaration is based upon my personal knowledge.

2. The Melvin Plaintiffs have identified a host of issues with the proposed class action settlement filed on September 12, 2024. These include significant structural problems that threaten to harm the Settlement Class by causing them to incur potentially unnecessary and/or duplicative notice costs if the settlement is preliminarily approved and notice sent out. The Melvin Plaintiffs submit that these issues warrant additional time to address beyond the default briefing schedule set out in Civil L.R. 7-3(a). This will allow the Court to have comprehensive briefing on these threshold items in advance of the preliminary approval hearing scheduled for October 29, 2024.

3. Absent the requested extension, these issues will not be before the Court in a meaningful way until (assuming the settlement is preliminarily approved and notice goes out) the objection deadline in advance of final approval. By that time, hundreds of thousands of dollars of the Settlement Class's money, from a Defendant with solvency issues, would have been spent on a notice program that may need to be redone entirely.

4. Owing to the pressing need to finalize this motion and file as soon as possible before the currently scheduled opposition deadline, the Melvin Plaintiffs have not sought to modify the briefing schedule pursuant to stipulation (which would have still required a Court order pursuant to Civil L.R. 6-1(b)).

5. This is the Melvin Plaintiffs' first request to extend a deadline in connection with this matter.

6. This requested extension will not affect the timing of any other deadlines set in this case. The proposed extended briefing schedule will still ensure that briefing is completed in advance of the preliminary approval hearing scheduled for October 29, 2024.

1    I declare under penalty of perjury under the laws of the United States of America that the
2    foregoing is true and correct.
3    Executed on this 25th day of September, 2024, in Chicago, Illinois.

*/s/ J. Eli Wade-Scott*
J. Eli Wade-Scott