1  Rafey S. Balabanian (SBN 315962)
   rbalabanian@edelson.com
2  EDELSON PC
   150 California Street, 18th Floor
3  San Francisco, California 94111
   Tel: 415.212.9300
4  Fax: 415.373.9435

5  *Counsel for Plaintiffs David Melvin, J.L., and Putative Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE* **23ANDME, INC. CONSUMER DATA SECURITY BREACH LITIG.**<br><br>This Document Relates to:<br>*ALL ACTIONS* | Case No.: 24-md-03098-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ENLARGE BRIEFING SCHEDULE PURSUANT TO CIVIL L.R. 6-3 REGARDING OBJECTIONS TO PRELIMINARY APPROVAL**<br><br>**Judge:** Hon. Edward M. Chen |

## **[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion to Enlarge Briefing Schedule Pursuant to Civil L.R. 6-3 Regarding Objections to Preliminary Approval. Having considered the parties' submissions and arguments, the motion is **GRANTED**.

The Court hereby orders as follows:

(i) Objections to preliminary approval are due on October 10, 2024;

(ii) Replies to preliminary approval are due on October 21, 2024; and

(iii) the preliminary approval hearing date [remains set for October 29, 2024/is reset to _____].

**IS IT SO ORDERED**.

Dated: _____

_____
Hon. Judge Edward M. Chen