UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No.: 3:24-md-03098-EMC<br><br>Judge: Hon. Edward M. Chen |

**PROPOSED ORDER GRANTING MOTION TO INTERVENE AND DENYING THE MOTION FOR APPROVAL OF PROPOSED SETTLEMENT**

Upon consideration of the Notice of Motion, Motion to Intervene, and the Memorandum in Support thereof, the Court finds that Intervenors Vivian Gonczi, Howard Packer, and Lance Alligood (collectively, "Intervenors"), have stated a valid basis for intervention. Intervenors also seek leave to file an Opposition to the Motion for Preliminary Approval of Settlement.

Accordingly, it is **ORDERED** that the Motion to Intervene (ECF No. \_\_\_) is **GRANTED**. In addition, Intervenors' Motion for Leave to file Their Opposition to the Motion for Preliminary Approval of Settlement is **GRANTED**.

Dated: _____, 2024.

_____
EDWARD M. CHEN
United States District Judge