# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No.: 3:24-md-03098-EMC<br><br>**[PROPOSED] ORDER GRANTING CORRECTED MOTION TO INTERVENE AND DENYING THE MOTION FOR APPROVAL OF PROPOSED SETTLEMENT**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5, 17th Floor<br>Hearing Date: October 17, 2024<br>Hearing Time: 1:30 p.m. |

**PROPOSED ORDER GRANTING CORRECTED MOTION TO INTERVENE AND DENYING THE MOTION FOR APPROVAL OF PROPOSED SETTLEMENT**

Upon consideration of the Notice of Motion, Motion to Intervene, and the Memorandum in Support thereof, the Court finds that Intervenors Vivian Gonczi, Howard Packer, and Lance Alligood (collectively, "Intervenors"), have stated a valid basis for intervention. Intervenors also seek leave to file an Opposition to the Motion for Preliminary Approval of Settlement.

Accordingly, it is **ORDERED** that the Corrected Motion to Intervene (ECF No. 117) is **GRANTED**. In addition, Intervenors' Motion for Leave to file Their Opposition to the Motion for Preliminary Approval of Settlement is **GRANTED**.

Dated: _____

_____
EDWARD M. CHEN
United States District Judge