UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 24-md-03098-EMC<br><br>Judge: Hon Edward M. Chen |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE AND TO FILE OBJECTION TO PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

Upon consideration of the Notice of Motion and Motion to Intervene, and the Memorandum of Law in Support thereof, the Court finds that proposed Intervenors Nancy Adame, Rebecca Adams, Josh Ades, Heather Appleman, and Michael Atkinson-Leon ("Intervenors") have demonstrated a valid basis for intervention in this action to object to the Preliminary Approval of the Proposed Settlement.

Accordingly, it is **ORDERED** that Intervenors' Motion to Intervene and to file their Objection to Preliminary Approval of the Proposed Settlement (ECF No. __) is **GRANTED**.

Dated: _____, 2024

_____
EDWARD M. CHEN
United States District Judge

10/02/2024 6:14 PM