Cari Campen Laufenberg (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
claufenberg@kellerrohrback.com

Gayle M. Blatt (SBN 122048)
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
gmb@cglaw.com

Norman E. Siegel (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
Tel: 816 714-7100
siegel@stuevesiegel.com

*Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to: ALL ACTIONS | No. 3:24-md-03098-EMC<br><br>**DECLARATION OF CARI CAMPEN LAUFENBERG IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO THE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:  Hon. Edward M. Chen<br>Courtroom:  5, 17th Floor |

I, Cari Campen Laufenberg, declare and state as follows:

1. I am a partner at the law firm of Keller Rohrback L.L.P., and co-lead counsel to plaintiffs in *In re: 23andMe, Inc. Customer Data Security Breach Litigation,* No. 23-md-03098-EMC (N.D. Cal.). I am a member in good standing of the bar of the State of Washington and am admitted *pro hac vice* in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. I submit this declaration in support of Plaintiffs' Administrative Motion to File Documents under Seal Relating to Supplemental Brief in Support of Motion for Preliminary Approval of Class Action Settlement ("Supplemental Brief"), and in accordance with Civil Local Rule 79-5.

4. Specifically, Plaintiffs seek to seal: (1) Verita's settlement administration bid in its entirety (Ex. 3 to Supplemental Brief) and (2) limited redactions of references in the Supplemental Brief to the cost of Privacy Shield.

5. Plaintiffs seek to file the settlement administration bid Verita submitted as part of the Notice and Claims Administrator selection process under seal. While not a litigant, Verita's bid contains detailed information regarding its projected costs for administering this Settlement on a task-by-task basis which, if revealed, would cause harm to Verita's competitive standing. Additionally, because Verita's total projected cost for administration of the Settlement has been included in publicly filed documents with this Court (*see* Dkt. 103-1 at p. 39; Dkt. 103-6 at ¶ 49; Dkt. 111 at Section G) and is included in the proposed Class Notice, Plaintiffs believe the Settlement Class will have sufficient information to evaluate the cost of Verita's services in considering whether to participate in or object to the Settlement.

6. Plaintiffs likewise seek to file under seal limited references in the Supplemental Brief that would reveal the cost of Privacy Shield. CyEx is providing this monitoring product to Plaintiffs at, or close to, cost. As such, revealing publicly the cost of Privacy Shield could serve to undermine CyEx's competitive standing. CyEx advises that the Privacy Shield product, while not currently available on the retail market, would retail for approximately $375 per year per Settlement Class Member. *See* Dkt. 103-7, Thompson Decl., ¶ 8. Regardless, Plaintiffs believe the retail value of Privacy

1  Shield provides a more useful measure by which Settlement Class Members can evaluate the benefit
2  of this monitoring product than does the fixed cost which Plaintiffs negotiated with CyEx.
3        7.    True and correct copies of the following documents are attached as follows:
4            (1) A true and correct **unredacted** copy of Plaintiffs' Administrative Motion to File
5  Documents under Seal Relating to Supplemental Brief in Support of Motion for
6  Preliminary Approval of Class Action Settlement is attached hereto.
7            (2) A true and correct **unredacted** copy of Exhibit 3 to the Supplemental Brief in
8  Support of Motion for Preliminary Approval of Class Action Settlement is attached
9  hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of October, 2024 in Seattle, Washington.

                                      */s/ Cari Campen Laufenberg*
                                      Cari Campen Laufenberg