Cari Campen Laufenberg (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
claufenberg@kellerrohrback.com

Gayle M. Blatt (SBN 122048)
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
gmb@cglaw.com

Norman E. Siegel (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
Tel: 816 714-7100
siegel@stuevesiegel.com

*Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to: ALL ACTIONS | No. 3:24-md-03098-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO THE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5, 17th Floor |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Documents under Seal Relating to the Supplemental Brief in Support of Motion for Preliminary Approval of Class Action Settlement. Having considered Plaintiffs' Administrative Motion, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

| | Document | Portions Sought to be Sealed | Basis for Sealing | Ruling |
|---|---|---|---|---|
| 1 | Supplemental Brief in Support of Motion for Preliminary Approval of Class Action Settlement | Limited references on pages 11, 13, 14, 15 | Contains references to the non-public cost of Privacy Shield which could serve to harm CyEx's competitive business dealings. | GRANTED |
| 2 | Exhibit 3 to Supplemental Brief in Support of Motion for Preliminary Approval of Class Action Settlement | Entire document. | Contains Verita's non-public and competitively sensitive business information. | GRANTED |

**IT IS SO ORDERED.**

Date: _____        _____
                                    Hon. Edward M. Chen
                                    United States District Judge