# Exhibit 1

| Firm | Timekeeper | Professional level: Partner (PT), Associate (A), Of Counsel (OC), Fellow (F), Contract (C), or Paralegal (PR), Legal Assistant (LA) | Timekeeper Rate |
|---|---|---|---|
| Barnow and Associates, P.C. | Barnow, Ben | PT | $1,125.00 |
| Barnow and Associates, P.C. | Blue, Nicholas | A | $475.00 |
| Barnow and Associates, P.C. | Parkhill, Anthony | PT | $825.00 |
| Barnow and Associates, P.C. | Prince, Riley | A | $525.00 |
| Berman Tabacco | Buttacavoli, Steven | PT | $1,020.00 |
| Berman Tabacco | Saif, Justin | OC | $875.00 |
| Casey Gerry Schenk Francavilla Blatt & Penfield, LLP | Benke, Michael | A | $850.00 |
| Casey Gerry Schenk Francavilla Blatt & Penfield, LLP | Blatt, Gayle M. | PT | $1,035.00 |
| Casey Gerry Schenk Francavilla Blatt & Penfield, LLP | Casey, David S., Jr. | PT | $1,200.00 |
| Casey Gerry Schenk Francavilla Blatt & Penfield, LLP | Davis, Michelle | PR | $325.00 |
| Casey Gerry Schenk Francavilla Blatt & Penfield, LLP | Guerra, P. Camille | PT | $875.00 |
| Casey Gerry Schenk Francavilla Blatt & Penfield, LLP | Lazar, Cass | PR | $395.00 |
| Casey Gerry Schenk Francavilla Blatt & Penfield, LLP | Robinson, Jeremy | PT | $335.00 |
| Clarkson Law Firm, P.C. | Avaness, Tiara | A | $495.00 |
| Clarkson Law Firm, P.C. | Castillo, Nestor | PR | $360.00 |
| Clarkson Law Firm, P.C. | Clarkson, Ryan | PT | $1,210.00 |
| Clarkson Law Firm, P.C. | Clarkson, Shireen | PT | $1,100.00 |
| Clarkson Law Firm, P.C. | Hart, Yana | PT | $935.00 |
| Clayeo C. Arnold, A Professional Organization | Berry, M. Anderson | PT | $850.00 |
| Clayeo C. Arnold, A Professional Organization | Haroutunian, Gregory | A | $725.00 |
| Clayeo C. Arnold, A Professional Organization | Jack, Brandon | A | $550.00 |
| Clayeo C. Arnold, A Professional Organization | Marentes, Bianca E. | PR | $308.00 |
| Clayeo C. Arnold, A Professional Organization | Martin, Lori | PR | $308.00 |
| Clayeo C. Arnold, A Professional Organization | Zhu, Michelle | A | $400.00 |
| DannLaw | Dann, Marc | pt | $825.00 |
| DannLaw | Flick, Brian | PT | $625.00 |
| DannLaw | White, Kimberly | PR | $200.00 |
| Federman & Sherwood | Federman, William | PT | $1,150.00 |
| Federman & Sherwood | Peintner, Tiffany | PR | $300.00 |
| Federman & Sherwood | Traylor, Frandelind | PR | $300.00 |
| Glancy Prongay & Murray LLP | Linkh, Greg | PT | $1,095.00 |
| Glancy Prongay & Murray LLP | Murray, Brian | PT | $1,225.00 |
| Kantrowitz, Goldhamer & Graifman, P.C. | Cornfield, Cherie | PR | $225.00 |
| Kantrowitz, Goldhamer & Graifman, P.C. | Emert, Melissa | PT | $925.00 |
| Kantrowitz, Goldhamer & Graifman, P.C. | Graifman, Gary | PT | $925.00 |
| Keller Rohrback L.L.P. | Gotto, Maxwell | PR | $410.00 |
| Keller Rohrback L.L.P. | Laufenberg, Cari Campen | PT | $1,140.00 |
| Keller Rohrback L.L.P. | Lindsay, Andrew N. | A | $510.00 |
| Keller Rohrback L.L.P. | Lombardo, Eric G. | A | $510.00 |
| Keller Rohrback L.L.P. | Marriott, Patrick T. | A | $510.00 |
| Keller Rohrback L.L.P. | Springer, Christopher L. | PT | $695.00 |
| Keller Rohrback L.L.P. | Warner, Katy | PR | $440.00 |
| Keller Rohrback L.L.P. | Wilson, Arden R. | PR | $440.00 |
| Laukaitis Law LLC | Laukaitis, Kevin | PT | $925.00 |
| Law Office of Erik H. Langeland | Langeland, Erik | PT | $850.00 |
| Lexington Law Group | Beltman, Star | PR | $240.00 |
| Lexington Law Group | Todzo, Mark | PT | $850.00 |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Gardner, Melissa | PT | $820.00 |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Petterson, Sean | PT | $745.00 |
| Lockridge Grindal Nauen PLLP | Baxter-Kauf, Kate | PT | $1,025.00 |
| Lockridge Grindal Nauen PLLP | Berg, Maureen | OC | $975.00 |
| Lockridge Grindal Nauen PLLP | Johnson, Carey | PR | $430.00 |
| Lockridge Grindal Nauen PLLP | Raak, Amber | PR | $430.00 |
| Lockridge Grindal Nauen PLLP | Riebel, Karen | PT | $1,225.00 |
| McShane & Brady, LLC | Brady, Maureen | PT | $950.00 |
| McShane & Brady, LLC | Johnson, Alexandria | PR | $175.00 |

| Firm | Name | Role | Rate |
|---|---|---|---|
| McShane & Brady, LLC | Ponce, Cassandra | PR | $175.00 |
| Reese LLP | Granade, George | PT | $1,250.00 |
| Reese LLP | Nam, Sue | PT | $1,600.00 |
| Reese LLP | Reese, Michael | PT | $1,600.00 |
| Schubert Jonckheer & Kolbe LLP | Almeida, Nelida | PR | $350.00 |
| Schubert Jonckheer & Kolbe LLP | Jonckheer, Willem F. | PT | $975.00 |
| Schubert Jonckheer & Kolbe LLP | Pulgram, Daniel L. M. | A | $450.00 |
| Schubert Jonckheer & Kolbe LLP | Schubert, Amber L. | PT | $875.00 |
| Schubert Jonckheer & Kolbe LLP | Schubert, Dustin L. | PT | $875.00 |
| Schubert Jonckheer & Kolbe LLP | Schubert, Robert C. | PT | $1,100.00 |
| Scott + Scott Attorneys at Law LLP | Alexander, Carey | PT | $900.00 |
| Scott + Scott Attorneys at Law LLP | Balcita, London | PR | $435.00 |
| Scott + Scott Attorneys at Law LLP | Binder, Ethan | A | $575.00 |
| Scott + Scott Attorneys at Law LLP | Guglielmo, Joe | PT | $1,420.00 |
| Scott + Scott Attorneys at Law LLP | Jager, Kim | PR | $435.00 |
| Scott + Scott Attorneys at Law LLP | Rusi, Anja | A | $665.00 |
| Scott + Scott Attorneys at Law LLP | Shayler, Tara | PR | $435.00 |
| Stueve Siegel Hanson LLP | Brulez, Margaret | PR | $350.00 |
| Stueve Siegel Hanson LLP | Campbell, Michelle | PR | $375.00 |
| Stueve Siegel Hanson LLP | Cervantes, Katrina | PR | $350.00 |
| Stueve Siegel Hanson LLP | David, Stefon | A | $575.00 |
| Stueve Siegel Hanson LLP | Dent, Jillian | PT | $875.00 |
| Stueve Siegel Hanson LLP | Moore, Austin | PT | $975.00 |
| Stueve Siegel Hanson LLP | Reyes, Erika | PR | $350.00 |
| Stueve Siegel Hanson LLP | Siegel, Norman | PT | $1,325.00 |
| Stueve Siegel Hanson LLP | Spates, Brandi | A | $575.00 |
| Tostrud Law Group | Tostrud, Jon | PT | $850.00 |
| Tycko & Zavareei LLP | Chappell, Glenn | OC | $538.00 |
| Tycko & Zavareei LLP | Cooper, Em | F | $437.00 |
| Tycko & Zavareei LLP | Friedman, Leora | A | $538.00 |
| Tycko & Zavareei LLP | Gillis, Dana | PR | $239.00 |
| Tycko & Zavareei LLP | Lawler, David | OC | $1,057.00 |
| Tycko & Zavareei LLP | Lubar, Allegra | LA | $239.00 |
| Tycko & Zavareei LLP | Schilp, Emma | PR | $239.00 |
| Tycko & Zavareei LLP | Soneji, Sabita | PT | $1,057.00 |
| Tycko & Zavareei LLP | Wolinsky, Genna | PR | $239.00 |
| Tycko & Zavareei LLP | Zavareei, Hassan | PT | $1,057.00 |
| Wolf Haldenstein Adler Freeman & Herz LLP | Byrd, Rachele | PT | $850.00 |
| Woods Lonergan PLLC | Woods, James | PT | $650.00 |
| Zimmerman Law Offices, P.C. | Blake, Jeff | A | $610.00 |
| Zimmerman Law Offices, P.C. | De Re, Matt | A | $575.00 |
| Zimmerman Law Offices, P.C. | Harris, Sharon | A | $765.00 |
| Zimmerman Law Offices, P.C. | Zaleski, Jacalyn | PR | $220.00 |
| Zimmerman Law Offices, P.C. | Zimmerman, Tom | PT | $830.00 |
| Zinns Law, LLC | Young, Terri | PR | $175.00 |
| Zinns Law, LLC | Zinns, Sharon | PT | $950.00 |