# Exhibit 2

| Pre-Appointment Hours | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Category Code | | | | | | | | | | | | |
| Firm Name | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 11 | 12 | 13 | Grand Total |
| Barnow and Associates, P.C. | | | | | | | 0.6 | | | | | 37.1 | 37.7 |
| Casey Gerry Schenk Francavilla Blatt & Penfield, LLP | | 1.2 | 19.1 | 0.2 | 30 | 16.8 | 1 | | 76.9 | 175.3 | 10.3 | 80 | 410.8 |
| Clarkson Law Firm, P.C. | | | | | | | 3.2 | | | | | 68.5 | 71.7 |
| Clayeo C. Arnold, A Professional Organization | | | | | | | | | | | 12.8 | 81.6 | 94.4 |
| DannLaw | | | | | | | | | | | | 0.4 | 0.4 |
| Federman & Sherwood | | | | | | | | | | | | 3 | 3 |
| Kantrowitz, Goldhamer & Graifman, P.C. | | | | | | | 0.2 | | | | 5.9 | 62.5 | 68.6 |
| Keller Rohrback L.L.P. | | | 22.2 | | 57.8 | 66 | | 0.4 | 15.1 | 126.2 | | 71.1 | 358.8 |
| Laukaitis Law LLC | | | | | | | | | | | | 38.6 | 38.6 |
| Law Office of Erik H. Langeland | | | | | | | | | | | | 0.4 | 0.4 |
| Lexington Law Group | | | | | | | | | | | | 1.8 | 1.8 |
| Lockridge Grindal Nauen PLLP | | | | | | | | | | | 2.9 | 14 | 16.9 |
| Reese LLP | | | | | | | | | | | | 117 | 117 |
| Schubert Jonckheer & Kolbe LLP | | | | | | | | | | | | 15.8 | 15.8 |
| Scott + Scott Attorneys at Law LLP | | | | | | | | | | | | 52.5 | 52.5 |
| Stueve Siegel Hanson LLP | 5.5 | 9.6 | 31.7 | | 38.4 | 3.1 | | | 38.5 | 61.1 | 1.4 | 153.2 | 342.5 |
| Tostrud Law Group | | | | | | | | | | | | 3.5 | 3.5 |
| Tycko & Zavareei LLP | | | | | | | 4.5 | | | | | 81.1 | 85.6 |
| Wolf Haldenstein Adler Freeman & Herz LLP | | | | | | | | | | | | 1.6 | 1.6 |
| Woods Lonergan PLLC | | | | | | | | | | | | 1.3 | 1.3 |
| Grand Total | 5.5 | 10.8 | 73 | 0.2 | 126.2 | 85.9 | 9.5 | 0.4 | 130.5 | 362.6 | 33.3 | 885 | 1722.9 |

**Categories:** 1. Lead Counsel Calls/Meetings; 2. Co-Lead Duties; 3. Administrative; 4. MDL Status Conf.; 5. Court Appearance; 6. Research; 7. Discovery; 8. Document Analysis & Review; 9. Litigation Strategy & Analysis; 10. Dep. Prep/Take/Defend; 11. Pleadings/Briefs/Pre-trial Motions/Legal Memoranda; 12. Experts/Consultants; 13. Settlement; 14. Trial Prep/Bellwether; 15. Trial; 16. Appeal; 17. Miscellaneous (describe)

| Post-Appointment Hours | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Category Code | | | | | | | | | | | | |
| Firm Name | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 11 | 12 | 13 | Grand Total |
| Barnow and Associates, P.C. | | | 0.8 | | | | | | | 11.5 | | 1.2 | 13.5 |
| Berman Tabacco | | | 0.6 | | | 2.4 | | | | | | | 3 |
| Casey Gerry Schenk Francavilla Blatt & Penfield, LLP | 11.9 | 99 | 1.6 | | 1.5 | 41.7 | 0.2 | | 1.2 | 98.7 | 0.6 | 82 | 338.4 |
| Clarkson Law Firm, P.C. | | | 1.9 | | | | | | | | | | 1.9 |
| Clayeo C. Arnold, A Professional Organization | 4.8 | | 10 | | | 0.7 | 0.1 | 6.2 | 2.3 | 50.4 | 1.7 | 8.6 | 84.8 |
| DannLaw | | | 0.8 | | | | | | | | | | 0.8 |
| Federman & Sherwood | | | 1.9 | | | | | | | 0.3 | | | 2.2 |
| Glancy Prongay & Murray LLP | | | | | | | | | 1.3 | 3.3 | | | 4.6 |
| Kantrowitz, Goldhamer & Graifman, P.C. | 1.5 | | 13.5 | | | | | | 6 | 43.1 | | | 64.1 |
| Keller Rohrback L.L.P. | 21.2 | 54.4 | 35.8 | 2.3 | 0.4 | 15.9 | | | | 252.4 | | 89.3 | 471.7 |
| Law Office of Erik H. Langeland | | | | | | | | | 0.3 | 3.7 | | | 4 |
| Lexington Law Group | | | 0.8 | | | | | | | 1.5 | | | 2.3 |
| Lieff, Cabraser, Heimann & Bernstein, LLP | | | | | | | | | | 2.4 | | 1.3 | 3.7 |
| Lockridge Grindal Nauen PLLP | 1.8 | | | | | | | | | 13.2 | | 0.8 | 15.8 |
| McShane & Brady, LLC | | | | | | | | | | 39.1 | | | 39.1 |
| Reese LLP | | | | | | | | | | 0.8 | | | 0.8 |
| Schubert Jonckheer & Kolbe LLP | | | | | | | | 2.9 | | 0.3 | | | 3.2 |
| Scott + Scott Attorneys at Law LLP | | | 8.3 | | 3.1 | | | | 4.9 | 9.9 | | 6.2 | 32.4 |
| Stueve Siegel Hanson LLP | 2.6 | 74.5 | 22.5 | | 1 | | | | 12.1 | 175.7 | | 131.2 | 419.6 |
| Tostrud Law Group | 0.8 | | | | | 0.7 | | | 4.2 | 2.5 | | | 8.2 |
| Tycko & Zavareei LLP | | | 1.9 | 6 | | | | | 7.5 | 24.3 | | 1.7 | 41.4 |
| Wolf Haldenstein Adler Freeman & Herz LLP | | | 0.2 | | | | | | | 0.1 | | | 0.3 |
| Woods Lonergan PLLC | | | | | | 6.7 | | | | 5.2 | | 0.6 | 12.5 |
| Zimmerman Law Offices, P.C. | | | | | | | | 1.7 | 0.7 | 10.4 | | 0.7 | 13.5 |
| Zinns Law, LLC | | | | | | | | | | 47.3 | | | 47.3 |
| **Grand Total** | **44.6** | **227.9** | **100.6** | **8.3** | **6** | **68.1** | **3.2** | **7.9** | **40.5** | **796.1** | **2.3** | **323.6** | **1629.1** |

Categories: 1. Lead Counsel Calls/Meetings; 2. Co-Lead Duties; 3. Administrative; 4. MDL Status Conf.; 5. Court Appearance; 6. Research; 7. Discovery; 8. Document Analysis & Review;

9. Litigation Strategy & Analysis; 10. Dep. Prep/Take/Defend; 11. Pleadings/Briefs/Pre-trial Motions/Legal Memoranda; 12. Experts/Consultants; 13. Settlement; 14. Trial Prep/Bellwether;

15. Trial; 16. Appeal; 17. Miscellaneous (describe)

### All Hours (Pre- and Post-Appointment)

| Firm Name | Category Code 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 11 | 12 | 13 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnow and Associates, P.C. | | | 0.8 | | | 0.6 | | | | 11.5 | | 38.3 | 51.2 |
| Berman Tabacco | | | 0.6 | | 2.4 | | | | | | | | 3 |
| Casey Gerry Schenk Francavilla Blatt & Penfield, LLP | 11.9 | 100.2 | 20.7 | 0.2 | 31.5 | 58.5 | 1.2 | | 78.1 | 274 | 10.9 | 162 | 749.2 |
| Clarkson Law Firm, P.C. | | | 1.9 | | | | 3.2 | | | | | 68.5 | 73.6 |
| Clayeo C. Arnold, A Professional Organization | 4.8 | | 10 | | | 0.7 | 0.1 | 6.2 | 2.3 | 50.4 | 14.5 | 90.2 | 179.2 |
| DannLaw | | | 0.8 | | | | | | | | | 0.4 | 1.2 |
| Federman & Sherwood | | | 1.9 | | | | | | | 0.3 | | 3 | 5.2 |
| Glancy Prongay & Murray LLP | | | | | | | | | 1.3 | 3.3 | | | 4.6 |
| Kantrowitz, Goldhamer & Graifman, P.C. | 1.5 | | 13.5 | | | | 0.2 | | 6 | 43.1 | 5.9 | 62.5 | 132.7 |
| Keller Rohrback L.L.P. | 21.2 | 54.4 | 58 | 2.3 | 58.2 | 81.9 | | 0.4 | 15.1 | 378.6 | | 160.4 | 830.5 |
| Laukaitis Law LLC | | | | | | | | | | | | 38.6 | 38.6 |
| Law Office of Erik H. Langeland | | | | | | | | | 0.3 | 3.7 | | 0.4 | 4.4 |
| Lexington Law Group | | | 0.8 | | | | | | | 1.5 | | 1.8 | 4.1 |
| Lieff, Cabraser, Heimann & Bernstein, LLP | | | | | | | | | | 2.4 | | 1.3 | 3.7 |
| Lockridge Grindal Nauen PLLP | 1.8 | | | | | | | | | 13.2 | 2.9 | 14.8 | 32.7 |
| McShane & Brady, LLC | | | | | | | | | | 39.1 | | | 39.1 |
| Reese LLP | | | | | | | | | | 0.8 | | 117 | 117.8 |
| Schubert Jonckheer & Kolbe LLP | | | | | | | 2.9 | | | 0.3 | | 15.8 | 19 |
| Scott + Scott Attorneys at Law LLP | | | 8.3 | | 3.1 | | | | 4.9 | 9.9 | | 58.7 | 84.9 |
| Stueve Siegel Hanson LLP | 8.1 | 84.1 | 54.2 | | 39.4 | 3.1 | | | 50.6 | 236.8 | 1.4 | 284.4 | 762.1 |
| Tostrud Law Group | 0.8 | | | | | 0.7 | | | 4.2 | 2.5 | | 3.5 | 11.7 |
| Tycko & Zavareei LLP | | | 1.9 | 6 | | | 4.5 | | 7.5 | 24.3 | | 82.8 | 127 |
| Wolf Haldenstein Adler Freeman & Herz LLP | | | 0.2 | | | | | | | 0.1 | | 1.6 | 1.9 |
| Woods Lonergan PLLC | | | | | | 6.7 | | | | 5.2 | | 1.9 | 13.8 |
| Zimmerman Law Offices, P.C. | | | | | | | | | 1.7 | 0.7 | 10.4 | 0.7 | 13.5 |
| Zinns Law, LLC | | | | | | | | | | 47.3 | | | 47.3 |
| **Grand Total** | 50.1 | 238.7 | 173.6 | 8.5 | 132.2 | 154 | 12.7 | 8.3 | 171 | 1158.7 | 35.6 | 1208.6 | 3352 |

**Categories:** 1. Lead Counsel Calls/Meetings; 2. Co-Lead Duties; 3. Administrative; 4. MDL Status Conf.; 5. Court Appearance; 6. Research; 7. Discovery; 8. Document Analysis & Review; 9. Litigation Strategy & Analysis; 10. Dep. Prep/Take/Defend; 11. Pleadings/Briefs/Pre-trial Motions/Legal Memoranda; 12. Experts/Consultants; 13. Settlement; 14. Trial Prep/Bellwether; 15. Trial; 16. Appeal; 17. Miscellaneous (describe)