# Exhibit 8

*In Re: 23andMe, Inc., Customer Data Security Breach Litigation*
Case No. 24-md-03098-EMC

# Class Action Notice

*Authorized by the U.S. District Court, Northern District of California*



**23andMe's records indicate your information was compromised in the 23andMe data security breach.**



**You ~~are~~ may be eligible for a cash payment and other benefits from a $30 million class action settlement.**

Up to $10,000 for Extraordinary Claims; $100 for Health Information Claims; $100 for Statutory Cash Claims; and 3 years of Privacy & Medical Shield + Genetic Monitoring



**Your options:**
- *Submit a Claim Form* by [date].
- *Opt-Out* by [date].
- *Object* by [date].
- *Do nothing*.

**Key things to know:**
- This is an important legal document.
- If you take no action, you will still be bound by the Settlement, and your rights will be affected.
- You can learn more at **23andMeDataSettlement.com** or by **scanning the QR code**.
- If you have questions or need assistance, please call 1-888-726-1664.

# Court-Approved Legal Notice

**Learn more at 23andMeDataSettlement.com**

This is an important notice about a class action settlement.

<<MAIL ID>>

<<NAME 1>>
<<NAME 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<ADDRESS LINE 3>>
<<ADDRESS LINE 4>>
<<ADDRESS LINE 5>>
<<CITY, STATE ZIP>>
<<COUNTRY>>