John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Tel.:    (858) 209-6941
Jnelson@milberg.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 3:24-md-03098-EMC |
| | **NOTICE OF APPEARANCE OF JOHN J. NELSON ON BEHALF OF PLAINTIFFS VIVIAN GONCZI, HOWARD PACKER AND LANCE ALLIGOOD** |
| | Judge Edward M. Chen |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that John J. Nelson of Milberg Coleman Bryson Phillips Grossman PLLC hereby enters an appearance as counsel for Plaintiffs Vivian Gonczi, Howard Packer, and Lance Alligood in the above-captioned matter. Please serve said counsel with all pleadings and notices in this action:

> John J. Nelson (SBN 317598)
> **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
> 402 W Broadway, Suite 1760
> San Diego, CA 92101
> Tel.:    (858) 209-6941
> jnelson@milberg.com

Dated: October 29, 2024

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By  /s/ *John J. Nelson*
    John J. Nelson (SBN 317598)

    Attorney for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 29, 2024, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John J. Nelson*
John J. Nelson