1  **GREENBERG TRAURIG, LLP**
   Rebekah S. Guyon (SBN 291037)
2  *GuyonR@gtlaw.com*
   1840 Century Park East, Suite 1900
3  Los Angeles, California 90067
   Telephone: 310-586-7700
4

5  Stephen L. Saxl (*admitted pro hac vice*)
   *saxls@gtlaw.com*
6  One Vanderbilt Avenue
   New York, NY 10017
7  Telephone: (212) 801-8184

8  Ian C. Ballon (SBN 141819)
   *Ballon@gtlaw.com*
9  1900 University Avenue, 5th Floor
   East Palo Alto, California 94303
10 Telephone: 650-328-8500

11
   Kristin O'Carroll (SBN 312902)
12 *ocarrollk@gtlaw.com*
   101 Second Street, Suite 2200
13 San Francisco, California 94105-3668
   Telephone: 415-655-1300
14

15 *Attorneys for Defendant 23andMe, Inc.*

16

17                   **UNITED STATES DISTRICT COURT**

18                   **NORTHERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 24-md-03098-EMC<br><br>Hon. Edward M. Chen<br><br>**DEFENDANT 23ANDME, INC.'S NOTICE OF SUBMISSION OF UNREDACTED DECLARATION OF REBEKAH S. GUYON IN SUPPORT OF 23ANDME, INC.'S MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT PER ECF NO. 147** |

Pursuant to this Court's order dated October 29, 2024 (ECF No. 147), Defendant respectfully submits the following unredacted Declaration of Rebekah S. Guyon in Support of 23andMe, Inc.'s Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 104), attached hereto as Exhibit A. The following chart identifies the document being refiled pursuant to the October 29, 2024 order:

| Exhibit | Document Description | Sealed Document Number |
|---|---|---|
| A | Unredacted Declaration of Declaration of Rebekah S. Guyon in Support of Defendant 23andMe, Inc.'s Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement | ECF No. 104 |

Dated: November 5, 2024

**GREENBERG TRAURIG LLP**

*/s/ Rebekah S. Guyon*
Rebekah S. Guyon

*Attorneys for Defendant 23andMe, Inc.*