# Exhibit C

Email Notice – Not Known on Dark Web (clean)

To:
From: admin@23andMeDataSettlement.com
Subject: 23andMe Customer Data Security Breach Litigation Settlement

**ClaimID:** _____
**PIN:** _____
**Monitoring Enrollment Code:** _____

# Your Information was Compromised in the 23ANDME CUSTOMER DATA SECURITY BREACH.
# You May be Eligible for a Cash Payment and Other Benefits from a $30 Million Class Action Settlement.

*Para la notificación en Español visite nuestro sitio web.*

如需西班牙语通知，请访问我们的网站。

A federal court has authorized this Notice. This is not a solicitation from a lawyer.

A Settlement has been reached between Defendant, 23andMe, Inc. ("23andMe") and Plaintiffs in a class action lawsuit pending in the United States District Court for the Northern District of California over a cyberattack announced by 23andMe on October 6, 2023, which resulted in the theft of Personal Information in its databases concerning nearly 6.4 million United States residents. (the "Security Incident"). Plaintiffs claim that 23andMe did not adequately protect their Personal Information. 23andMe denies any wrongdoing. No judgment or determination of wrongdoing has been made.

➢ **Who Is Included?**

You received this email because records indicate you are included in this Settlement as a Settlement Class Member. **Your information may have been exposed on the dark web and you are entitled to benefits under the Settlement.** The Settlement Class includes the approximately 6.4 million U.S. residents identified by 23andMe whose Personal Information was compromised in the Security Incident.

➢ **What Does the Settlement Provide?**

23andMe will establish a $30 million non-reversionary Settlement Fund. The Settlement Fund will be used to provide Settlement Class Members with:

- Three years of free Privacy & Medical Shield + Genetic Monitoring;
- Reimbursement of up to $10,000 for Extraordinary Claims incurred as a result of the Security Incident;
- Health Information Claim payments of $100 for Settlement Class Members that received notice from 23andMe that their health information was involved in the Security Incident; and
- Statutory Cash Claim payments of approximately $100 for Settlement Class Members that resided in Alaska, California, Illinois, or Oregon on August 11, 2023.

The Settlement Fund will also be used to pay for the costs of notice and administration (currently estimated to be up to $1,038,000, but may change subject to the number of claims filed), and any payment of attorneys' fees (of up to 25% of the Settlement Fund and not to exceed $7,500,000) and expenses (not to exceed $350,000) and Service Awards for the Settlement Class Representatives (of $500 each for a total of $15,500), subject to court approval. Payments of the Extraordinary Claims and Statutory Cash Claims may be adjusted *pro rata* depending

on the number of Settlement Class Members that participate in the Settlement, as outlined in the Settlement Benefits Plan available at www.23andMeDataSettlement.com.

23andMe has also agreed to substantial Business Practice Commitments to strengthen the security of Settlement Class Members' Personal Information. For example, 23andMe has instituted enhanced password protection, mandated use of multi-factor authentication by all customers and made changes to its Retention of Personal Information policy. 23andMe will be solely responsible for the cost of implementing and maintaining these enhanced security commitments.

➤ **How can Privacy & Medical Shield + Genetic Monitoring help me?**

You are being offered three years of Privacy & Medical Shield + Genetic Monitoring which will:
- monitor the dark web and other known data trafficking sites;
- provide you alerts if your private medical, genetic or other information is found for sale or trade;
- offer a variety of functions to help you reduce your digital footprint over time;
- provide the opportunity for you to transact online activities in a secure environment;
- prevent online tracking;
- provide ongoing opt outs of data broker sales;
- allow you to manage your passwords and store and transmit important documents safely;
- provide assistance and insurance if you are a victim of identity or medical fraud;
- and more.

The retail value of this monitoring service is estimated to be $375 per year and is being provided at no charge for three years to all class members who enroll. You can learn more about this service and the additional benefits it provides by clicking **here**.

➤ **How To Get Benefits:**

1. **Extraordinary Claims:** Submit a Claim Form with documentation and an attestation supporting your out-of-pocket unreimbursed expenses related to the Security Incident.
2. **Health Information Claims Cash Payments:** Submit a Claim Form indicating that 23andMe notified you that your Health Information was involved in the Security Incident.
3. **Statutory Claims Cash Payments:** Residents of Alaska, California, Illinois or Oregon on August 11, 2023 are eligible to submit a Claim Form attesting to your residential address.
4. **Three years of Privacy & Medical Shield + Genetic Monitoring:** To pre-enroll in this service, please **use the link below**. You will receive an email containing instructions on how to begin this service once the Settlement is approved and becomes final.

**Use your unique ClaimID and PIN (located at the top of this email) to file your Claim Form and pre-enroll in monitoring services online at** www.23andMeDataSettlement.com. You can also download a Claim Form from the Settlement Website or request one by calling toll free 1-888-726-1664. The deadline to submit or mail (postmark) your Claim Form is **Month XX, 2025** for **all cash benefits**.

➤ **Your Other Options**

1. **Opt-Out**: If you do not want to be legally bound by the Settlement or receive any benefits from it, you must Opt-Out of the Settlement by **Month XX, 2025**. If you Opt-Out of the Settlement, you will retain your right to sue, continue to sue, or pursue claims against 23andMe arising out of this Security Incident, and will not receive any of the Settlement benefits.
2. **Object:** If you do not exclude yourself, and you want the Judge to know you that you don't like the Settlement and/or the request for attorneys' fees and expenses or service awards, you may submit an objection. Objections must be filed electronically or in person with the Court or may be mailed to the

Court and postmarked on or before **Month XX, 2025**. If you object to the Settlement and/or attorneys' fees and expenses or service awards, you are choosing to stay in the Settlement Class and must submit a Claim Form to receive a cash payment and other benefits.

3. **Do Nothing**: If you file a Claim Form, object to the Settlement and/or attorneys' fees and expenses or service awards, or do nothing, you are choosing to stay in the Settlement Class. You will be legally bound by all orders of the Court, and you will not be able to start, continue, or be part of any other lawsuit against 23andMe or Related Entities about the Security Incident.

Instructions on how to act on your options are available at www.23andMeDataSettlement.com.

➢ **When will the Court decide whether to finally approve the Settlement?**

The Court has scheduled a Final Approval Hearing in this case for **Month XX, 2025**, to consider: (1) whether to approve the Settlement; (2) whether to approve attorneys' fees of up to 25% (or $7,500,000) of the Settlement Fund plus expenses not to exceed $350,000; (3) whether to approve Service Awards of up to $500 for each of the 31 Settlement Class Representatives (up to a total of $15,500); and (4) whether any of the objections should be sustained. You or your own lawyer, if you have one, may ask to appear and speak at the Final Approval Hearing at your own expense, but you do not have to.

➢ **How Can I Get More Information?**

For complete information about all of your rights and options, as well as to obtain a Claim Form, view the Class Notice, the Settlement Agreement, and other related documents, visit www.23andMeDataSettlement.com, call 1-888-726-1664 or access the Court Electronic Records (PACER) system online at https://ecf.cand.uscourts.gov.

NOTICE AUTHORIZED BY: United States District Court for the Northern District of California