# Exhibit J

Opt-out form (redlined)

Class Members will login using their Claim ID and PIN

*In Re: 23andMe, Inc., Customer Data Security Breach Litigation*
Case No. 24-md-03098-EMC

**Must Be Submitted No Later Than 11:59 p.m. PST on MONTH XX, 2025**

# OPT-OUT FORM (ONLINE)

**CLASS MEMBER INFORMATION** (section prepopulated where applicable w/ability to make changes if filed online)

First Name          M.I.     Last Name

Email Address **associated with your** 23andMe **account**

Primary Address

Primary Address Continued

City          State     Zip

**I understand that by signing and submitting this Opt-Out Form, I am stating to the Court that I DO NOT want to be part of the Settlement. I also understand that: (1) I will not be eligible to receive any Settlement benefits; (2) I cannot object to the Settlement; (3) I will not be legally bound by anything that happens in this lawsuit; and (4) I may be able to pursue (or continue to pursue) a claim against 23andMe or any of the Released Parties in the future.**

**I affirm under the laws of the United States that the information I have supplied is true and correct to the best of my knowledge and attest that: (1) I was a resident of the United States on August 11, 2023; (2) I am a past and/or current user of 23andMe; and (3) the following is my personally-signed signature.**

Signature: _____       Date: _____

Print Name: _____

If you are submitting this form on behalf of a person under your legal guardianship (such as a minor child). Print their name below.

First Name          M.I.     Last Name

==Class Members will access a prepopulated form when using their Claim ID and PIN==

*In Re: 23andMe, Inc., Customer Data Security Breach Litigation*
Case No. 24-md-03098-EMC

**Must Be Postmarked No Later Than Month XX, 2025**

# OPT-OUT FORM ==(MAILED)==

**CLASS MEMBER INFORMATION**

First Name                                         M.I.         Last Name

Email Address **associated with your** 23andMe **account**

Primary Address

Primary Address Continued

City                                                                          State      Zip

**I understand that by signing and submitting this Opt-Out Form, I am stating to the Court that I <u>DO NOT</u> want to be part of the Settlement. I also understand <u>that:</u> (1) I will not be eligible to receive any Settlement benefits; (2) I cannot object to the Settlement; (3) I will not be legally bound by anything that happens in this lawsuit; and (4) I may be able to pursue (or continue to pursue) a claim against 23andMe or any of the Released Parties in the future.**

**<u>I affirm under the laws of the United States that the information I have supplied is true and correct to the best of my knowledge and attest that: (1) I was a resident of the United States on August 11, 2023; (2) I am a past and/or current user of 23andMe; and (3) the following is my personally-signed signature.</u>**

Signature: _____     Date: _____

Print Name: _____

If you are submitting this form on behalf of a person under your legal guardianship (such as a minor child). Print their name below~~—~~<u>.</u>

First Name                                         M.I.         Last Name

**Mail your completed and signed form to:**

23andMe Settlement Administrator
Attn: Exclusions
PO Box 301172
Los Angeles, CA 90030-1172

**Must Be Postmarked No Later Than <mark>Month XX, 2025</mark>**

4855-1454-6169, v. 1
4855-1454-6169, v. 1