# Exhibit K

Revised Schedule (clean)

AMENDED SETTLEMENT SCHEDULE

| EVENT | PROPOSED TIME FOR COMPLIANCE |
|---|---|
| 23andMe shall serve or cause to be served the notice required by the CAFA | 10 days following the filing of the Motion for Preliminary Approval |
| 23andMe shall deposit the Notice Payment into the Qualified Settlement Fund for purposes of facilitating the Notice Program | 10 days following the Preliminary Approval Order |
| 23andMe shall, for the purpose of facilitating Notice, provide or cause to be provided to the Notice and Claims Administrator information about the Settlement Class Members as set forth in SA ¶ 75 to effectuate the Notice Program | 20 days following the Preliminary Approval Order |
| Notice Program substantial completion deadline ("Notice Deadline") | 60 days following the Preliminary Approval Order |
| Class Counsel shall file a motion for fees, expenses, costs, and Service Awards | 35 days before the Objection Deadline (60 days following the Preliminary Approval Order) |
| Deadline for objections ("Objection Deadline") | 35 days after the Notice Deadline (95 days following the Preliminary Approval Order) |
| Deadline for opt-outs ("Opt-Out Deadline") | 45 days after the Notice Deadline (105 days following the Preliminary Approval Order) |
| Notice and Claims Administrator shall provide a final report to Class Counsel that summarizes the number of opt-outs received to date | 10 days after the Opt-Out Deadline (105 days following the Preliminary Approval Order) |
| Class Counsel shall file all papers in support of the application for the Final Approval Order and Final Judgment | 65 days after the Notice Deadline (125 days following the Preliminary Approval Order) |
| Deadline for submitting a claim ("Claims Deadline") | 90 days from the Notice Deadline (150 days following the Preliminary Approval Order) |
| Deadline for 23andMe to report on compliance with Business Practice Commitments | 14 days before Final Approval Hearing |

AMENDED SETTLEMENT SCHEDULE

| | |
|---|---|
| Hearing on Final Approval of the Settlement | At least 35 days after the filing of Motion for Final Approval (Civil LR 7-2(a)) |