| | |
|---|---|
| Gayle M. Blatt, SBN 122048 | Rebekah S. Guyon, SBN 291037 |
| gmb@cglaw.com | *Rebekah.guyon@gtlaw.com* |
| CASEY GERRY SCHENK | GREENBERG TAURIG LLP |
| FRANCAVILLA BLATT & PENFIELD, LLP | 1840 Century Park East, Suite 1900 |
| 110 Laurel Street | Los Angeles, CA 90067 |
| San Diego, CA 92101 | Telephone: (310) 586-7700 |
| Telephone: 619.238.1811 | |
| Facsimile: 619.544.9232 | Stephen L. Saxl (*pro hac vice*) |
| | saxls@gtlaw.com |
| Cari Campen Laufenberg (*pro hac vice*) | One Vanderbilt Avenue |
| claufenberg@kellerrohrback.com | New York, NY 10017 |
| KELLER ROHRBACK L.L.P. | Telephone: (212) 801-9200 |
| 1201 Third Avenue, Suite 3400 | |
| Seattle, WA 98101 | Ian C. Ballon, SBN 141819 |
| Telephone: 206.623.1900 | ballon@gtlaw.com |
| Facsimile: 206.623.3384 | 1900 University Avenue, 5th Floor |
| | East Palo Alto, CA 94303 |
| Norman E. Siegel (*pro hac vice*) | Telephone (650) 328-8500 |
| siegel@stuevesiegel.com | Fax: (650) 328-8508 |
| STEVE SIEGEL HANSON LLP | |
| 460 Nichols Road, Suite 200 | Kristin O'Carroll, SBN 312902 |
| Kansas City, MO 64112 | ocarrollk@gtlaw.com |
| Telephone: 816.714.7100 | 101 Second Street, Suite 2200 |
| Facsimile: 816.714.7101 | San Francisco, CA 94105-3668 |
| | Telephone: (415) 655-1300 |
| *Interim Co-Lead Class Counsel* | |
| | *Attorneys for Defendant 23andMe, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC <br><br> **JOINT RESPONSE TO ORDER CONDITIONALLY GRANTING MOTION FOR PRELIMINARY APPROVAL (ECF NO. 160)** |

On December 4, 2024, the Court issued an order (ECF No. 160) conditionally granting the Motion for Preliminary Approval (ECF No. 103) and requesting the Settling Parties report back on the following issues within two weeks:

**1. Confirming Whether Modifications Have Been Made Consistent With The Court's December 4, 2024 Order (ECF No. 160)**

23andMe has considered the Court's December 4, 2024 Order, which approved the proposed settlement "conditioned on certain modifications." ECF No. 160 at 25. Among other modifications, the Court ordered "the settlement class definition agreed to by the parties must be modified to exclude those 23andMe customers who have chosen to exercise their right to arbitrate, whether by making a mere demand for arbitration or by filing a formal complaint with the arbitral forum" and "[t]he Court's granting of the motion for preliminary approval is conditioned on the Settling Parties' agreement to a modified definition." *Id.* at 19.

23andMe is continuing to consider the modifications in the Court's December 4, 2024 Order. The modified settlement class definition does not appear financially feasible, but 23andMe is continuing to evaluate whether or not it can proceed with the modified terms. As part of this consideration, 23andMe has obtained an agreement from attorneys representing the Arbitrating Objectors to participate in a mediation.

The Settling Parties have met and conferred and agreed, subject to the approval of the Court, to allow 23andMe until January 17, 2025, to consider whether it can proceed with the modified settlement terms. With the Court's approval, by January 17, 2025, the Settling Parties will update the Court as to 23andMe's position or will propose a deadline for 23andMe's response to the Consolidated Amended Complaint, in the event 23andMe elects not to proceed with the modified settlement.

//
//
//
//
//
//

2. **Drafting Language Of A Notice To Be Issued To Individuals Seeking Arbitration Who Have Been Excluded From The Class Definition**

Because 23andMe to date has not agreed to the modified class definition, the Settling Parties have not conferred with the Arbitrating Objectors regarding notice to those individuals who would be excluded from the class definition by the Court's December 4, 2024 Order.

Dated: December 18, 2024

/s/ *Casey Gerry Schenk*
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
Gayle M. Blatt, SBN 122048
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811
Facsimile: 619.544.9232
*gmb@cglaw.com*

Dated: December 18, 2024

/s/ *Cari Campen Laufenberg*
KELLER ROHRBACK L.L.P.
Cari Campen Laufenberg (*pro hac vice*)
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206.623.1900
Facsimile: 206.623.3384
*claufenberg@kellerrohrback.com*

Dated:  December 18, 2024

/s/ *Norman E. Siegel*
STUEVE SIEGEL HANSON LLP
Norman E. Siegel (*pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.714.7100
Facsimile: 816.714.7101
*siegel@stuevesiegel.com*

Interim Co-Lead Class Counsel

Dated: December 14, 2024

/s/ *Rebekah S. Guyon*
GREENBERG TRAURIG, LLP
Rebekah S. Guyon, SBN 291037

Rebekah.Guyon@gtlaw.com
Greenberg Traurig LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
(310) 586-7700

Stephen L. Saxl (*pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-8184
*saxls@gtlaw.com*

Attorneys for Defendant 23andMe, Inc.
