Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811
Facsimile: 619.544.9232

Cari Campen Laufenberg (*pro hac vice*)
*claufenberg@kellerrohrback.com*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone:  206.623.1900
Facsimile:  206.623.3384

Norman E. Siegel (*pro hac vice*)
*siegel@stuevesiegel.com*
STEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:  816.714.7100
Facsimile:  816.714.7101

*Interim Co-Lead Class Counsel*

Rebekah S. Guyon, SBN 291037
*Rebekah.guyon@gtlaw.com*
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Stephen L. Saxl (*pro hac vice*)
*saxls@gtlaw.com*
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200

Ian C. Ballon, SBN 141819
*ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone (650) 328-8500
Fax: (650) 328-8508

Kristin O'Carroll, SBN 312902
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, CA 94105-3668
Telephone: (415) 655-1300

*Attorneys for Defendant 23andMe, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC<br><br>**JOINT STATUS UPDATE IN RESPONSE TO ORDER (ECF NO. 162)** |

On December 4, 2024, the Court issued an order (ECF No. 160) conditionally granting the Motion for Preliminary Approval (ECF No. 103) and requesting 1) the Settling Parties report back on whether modifications have been made consistent with the Court's December 4, 2024 Order; and 2) the Settling Parties and Arbitrating Objectors report back on the language of a notice to be issued to individuals seeking arbitration who have been excluded from the class definition, within two weeks.

On December 18, 2024, the Settling Parties requested the Court to allow 23andMe until January 17, 2025, to consider and advise the Court whether it can proceed with the modified settlement terms. ECF No. 161. The Court granted the request on December 20, 2024. ECF No. 162.

23andMe has scheduled a mediation with Randall Wulff on January 22, 2025. The attorneys representing the Arbitrating Objectors and the attorneys representing the State Court Objectors, and counsel for 23andMe, will participate in the January 22, 2025 mediation with Mr. Wulff.  Plaintiffs' Co-Lead Counsel will also attend.

The Settling Parties have met and conferred and agreed, subject to the approval of the Court, to allow the Settling Parties to report back to the Court two weeks after the January 22, 2025 Mediation to advise the Court whether 23andMe can proceed with the modified settlement terms, or, in the event 23andMe elects not to proceed with the modified settlement, to propose a deadline for 23andMe's response to the Consolidated Amended Complaint.

Dated: January 15, 2025

   /s/ Rebekah S. Guyon
GREENBERG TRAURIG, LLP
Rebekah S. Guyon, SBN 291037
Rebekah.Guyon@gtlaw.com
Greenberg Traurig LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
(310) 586-7700

Stephen L. Saxl (*pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-8184
*saxls@gtlaw.com*

Attorneys for Defendant 23andMe, Inc.

Dated: January 15, 2025

_/s/ Gayle M. Blatt_
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
Gayle M. Blatt, SBN 122048
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811
Facsimile: 619.544.9232
_gmb@cglaw.com_

Dated: January 15, 2025

_/s/ Cari Campen Laufenberg_
KELLER ROHRBACK L.L.P.
Cari Campen Laufenberg (_pro hac vice_)
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206.623.1900
Facsimile: 206.623.3384
_claufenberg@kellerrohrback.com_

Dated: January 15, 2025

_/s/ Norman E. Siegel_
STUEVE SIEGEL HANSON LLP
Norman E. Siegel (_pro hac vice_)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.714.7100
Facsimile: 816.714.7101
_siegel@stuevesiegel.com_

Interim Co-Lead Class Counsel