Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811
Facsimile: 619.544.9232

Cari Campen Laufenberg (*pro hac vice*)
*claufenberg@kellerrohrback.com*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone:  206.623.1900
Facsimile:  206.623.3384

Norman E. Siegel (*pro hac vice*)
*siegel@stuevesiegel.com*
STEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:  816.714.7100
Facsimile:  816.714.7101

*Interim Co-Lead Class Counsel*

Rebekah S. Guyon, SBN 291037
*Rebekah.guyon@gtlaw.com*
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Stephen L. Saxl (*pro hac vice*)
*saxls@gtlaw.com*
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200

Ian C. Ballon, SBN 141819
*ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone (650) 328-8500
Fax: (650) 328-8508

Kristin O'Carroll, SBN 312902
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, CA 94105-3668
Telephone: (415) 655-1300

*Attorneys for Defendant 23andMe, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC **JOINT STATUS UPDATE IN RESPONSE TO ORDER (ECF NO. 164)** |

On December 4, 2024, the Court issued an order (ECF No. 160) conditionally granting the Motion for Preliminary Approval (ECF No. 103) and requesting 1) the Settling Parties report back on whether modifications have been made consistent with the Court's December 4, 2024 Order; and 2) the Settling Parties and Arbitrating Objectors report back on the language of a notice to be issued to individuals seeking arbitration who have been excluded from the class definition, within two weeks.

On December 18, 2024, the Settling Parties requested the Court allow 23andMe until January 17, 2025, to consider and advise the Court whether it can proceed with the modified settlement terms. ECF No. 161. The Court granted the request on December 20, 2024. ECF No. 162.

On January 15, 2025, the Settling Parties advised the Court that they were scheduled to attend a mediation with attorneys representing the Arbitrating Objectors and the attorneys representing the State Court Objectors with Randall Wulff on January 22, 2025. The Settling Parties requested the Court allow the Settling Parties to report back to the Court two weeks after the January 22, 2025 Mediation, by February 5, 2025, regarding the status of settlement negotiations and to advise the Court whether the Settling Parties can proceed with the modified settlement terms, or, in the event 23andMe elects not to proceed with the modified settlement, to propose a deadline for 23andMe's response to the Consolidated Amended Complaint. ECF No. 163. The Court granted the request on January 15, 2025. ECF No. 164.

Since attending the mediation on January 22, 2025, 23andMe has been in communication with the attorneys representing the Arbitrating Objectors and the attorneys representing the State Court Objectors regarding resolution of their claims. 23andMe requires nine more days while it is in discussions with the Arbitrating Objectors and the State Court Objectors to advise the Court whether it will go forward with the modified settlement terms.

The Settling Parties have met and conferred and agreed, subject to the approval of the Court, to allow 23andMe to report back to the Court nine days after February 5, 2025 regarding the status of settlement negotiations and to advise the Court whether the Settling Parties can proceed with the modified settlement terms, or, in the event 23andMe elects not to proceed with the modified settlement, to propose a deadline for 23andMe's response to the Consolidated Amended Complaint.

Dated:  February 5, 2025

*/s/ Gayle M. Blatt*

CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
Gayle M. Blatt, SBN 122048
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811; Fax: 619.544.9232
*gmb@cglaw.com*

Dated:  February 5, 2025

*/s/ Cari Campen Laufenberg*

KELLER ROHRBACK L.L.P.
Cari Campen Laufenberg (*pro hac vice*)
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206.623.1900; Fax: 206.623.3384
*claufenberg@kellerrohrback.com*

Dated: February 5, 2025

*/s/ Norman E. Siegel*

STUEVE SIEGEL HANSON LLP
Norman E. Siegel (*pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.714.7100; Fax: 816.714.7101
*siegel@stuevesiegel.com*

Interim Co-Lead Class Counsel

Dated:  February 5, 2025

*/s/ Rebekah S. Guyon*

GREENBERG TRAURIG, LLP
Rebekah S. Guyon, SBN 291037
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
*Rebekah.Guyon@gtlaw.com*

Stephen L. Saxl (*pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-8184
*saxls@gtlaw.com*

Attorneys for Defendant 23andMe, Inc.