| | |
|---|---|
| Gayle M. Blatt, SBN 122048 | Rebekah S. Guyon, SBN 291037 |
| gmb@cglaw.com | *Rebekah.guyon@gtlaw.com* |
| CASEY GERRY SCHENK | GREENBERG TRAURIG LLP |
| FRANCAVILLA BLATT & PENFIELD, LLP | 1840 Century Park East, Suite 1900 |
| 110 Laurel Street | Los Angeles, CA 90067 |
| San Diego, CA 92101 | Telephone: (310) 586-7700 |
| Telephone: 619.238.1811 | |
| Facsimile: 619.544.9232 | Stephen L. Saxl (*pro hac vice*) |
| | saxls@gtlaw.com |
| Cari Campen Laufenberg (*pro hac vice*) | One Vanderbilt Avenue |
| claufenberg@kellerrohrback.com | New York, NY 10017 |
| KELLER ROHRBACK L.L.P. | Telephone: (212) 801-9200 |
| 1201 Third Avenue, Suite 3400 | |
| Seattle, WA 98101 | Ian C. Ballon, SBN 141819 |
| Telephone: 206.623.1900 | ballon@gtlaw.com |
| Facsimile: 206.623.3384 | 1900 University Avenue, 5th Floor |
| | East Palo Alto, CA 94303 |
| Norman E. Siegel (*pro hac vice*) | Telephone (650) 328-8500 |
| siegel@stuevesiegel.com | Fax: (650) 328-8508 |
| STEVE SIEGEL HANSON LLP | |
| 460 Nichols Road, Suite 200 | Kristin O'Carroll, SBN 312902 |
| Kansas City, MO 64112 | ocarrollk@gtlaw.com |
| Telephone: 816.714.7100 | 101 Second Street, Suite 2200 |
| Facsimile: 816.714.7101 | San Francisco, CA 94105-3668 |
| | Telephone: (415) 655-1300 |
| *Interim Co-Lead Class Counsel* | |
| | *Attorneys for Defendant 23andMe, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC  <br><br>**JOINT STATUS UPDATE IN RESPONSE TO ORDER (ECF NO. 166)** |

On December 4, 2024, the Court issued an order (ECF No. 160) conditionally granting the Motion for Preliminary Approval (ECF No. 103) and ordering 1) the Settling Parties to report back on whether modifications have been made consistent with the Court's December 4, 2024 Order; and 2) the Settling Parties and Arbitrating Objectors to report back on the language of a notice to be issued to individuals seeking arbitration who have been excluded from the class definition, within two weeks.

On December 18, 2024, the Settling Parties requested the Court allow 23andMe until January 17, 2025, to consider and advise the Court whether it can proceed with the modified settlement terms. ECF No. 161. The Court granted the request on December 20, 2024. ECF No. 162.

On January 15, 2025, the Settling Parties advised the Court that they were scheduled to attend a mediation with attorneys representing the Arbitrating Objectors and the attorneys representing the State Court Objectors with Randall Wulff on January 22, 2025. The Settling Parties requested the Court allow the Settling Parties to report back to the Court two weeks after the January 22, 2025 Mediation, by February 5, 2025, regarding the status of settlement negotiations and to advise the Court whether the Settling Parties can proceed with the modified settlement terms, or, in the event 23andMe elects not to proceed with the modified settlement, to propose a deadline for 23andMe's response to the Consolidated Amended Complaint. ECF No. 163. The Court granted the request on January 15, 2025. ECF No. 164.

Since attending the mediation on January 22, 2025, 23andMe has been in communication with the attorneys representing the Arbitrating Objectors and the attorneys representing the State Court Objectors regarding resolution of their claims. On February 5, 2025, 23andMe requested an additional 9 days—to February 14, 2025—to report to the Court regarding the status of settlement negotiations and to advise the Court whether 23andMe can proceed with the modified settlement terms. The Court granted the request on February 6, 2025. ECF No. 166.

23andMe requires two more weeks, to February 28, 2025, while it is in discussions with the Arbitrating Objectors and the State Court Objectors to advise the Court whether it will go forward with the modified settlement terms. If 23andMe agrees to go forward with the modified settlement terms, the Settling Parties will present to the Court the modified notice (ECF No. 160) on or before March 14, 2025.

Plaintiffs have no objection to the extension, but propose that if 23andMe does not accept the modified settlement terms on or before February 28, 2025, the following deadlines shall apply:

1    Deadline to respond to the Consolidated Class Action Complaint: April 1, 2025

2    Deadline to file a response to any Motion to Dismiss: May 1, 2025

3    Deadline to file a reply in support of any Motion to Dismiss: May 22, 2025

4    23andMe does not object to the above proposed schedule, should the Court enter a schedule for
5    responsive pleadings deadlines at this time.

6    The parties have agreed to meet and confer on further scheduling deadlines in the event 23andMe
7    does not accept the modified settlement terms on or before February 28. 2025.

Dated: February 14, 2025

By: */s/* *Gayle M. Blatt*
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
Gayle M. Blatt, SBN 122048
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811; Fax: 619.544.9232
*gmb@cglaw.com*

Dated: February 14, 2025

By: */s/* *Cari Campen Laufenberg*
KELLER ROHRBACK L.L.P.
Cari Campen Laufenberg (*pro hac vice*)
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206.623.1900; Fax: 206.623.3384
*claufenberg@kellerrohrback.com*

Dated: February 14, 2025

By: */s/* *Norman E. Siegel*
STUEVE SIEGEL HANSON LLP
Norman E. Siegel (*pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.714.7100; Fax: 816.714.7101
*siegel@stuevesiegel.com*

*Interim Co-Lead Class Counsel*

Dated: February 14, 2025

By: /s/ *Rebekah S. Guyon*
GREENBERG TRAURIG, LLP
Rebekah S. Guyon, SBN 291037
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
*Rebekah.Guyon@gtlaw.com*

Stephen L. Saxl (*pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-8184
*saxls@gtlaw.com*

*Attorneys for Defendant 23andMe, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Cari Campen Laufenberg, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of February, 2025, at Fort Lauderdale, Florida.

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg

**CERTIFICATE OF SERVICE**

I, Sarah Skaggs, hereby certify that on February 14, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Sarah Skaggs*
Sarah Skaggs