Gayle M. Blatt, SBN 122048
gmb@cglaw.com
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811
Facsimile: 619.544.9232

Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206.623.1900
Facsimile: 206.623.3384

Norman E. Siegel (*pro hac vice*)
siegel@stuevesiegel.com
STEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.714.7100
Facsimile: 816.714.7101

*Interim Co-Lead Class Counsel*

Rebekah S. Guyon, SBN 291037
*Rebekah.guyon@gtlaw.com*
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Stephen L. Saxl (*pro hac vice*)
*saxls@gtlaw.com*
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200

Ian C. Ballon, SBN 141819
*ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone (650) 328-8500
Fax: (650) 328-8508

Kristin O'Carroll, SBN 312902
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, CA 94105-3668
Telephone: (415) 655-1300

*Attorneys for Defendant 23andMe, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC<br><br>**JOINT STATUS UPDATE IN RESPONSE TO ORDER (ECF NO. 168)** |

On December 4, 2024, the Court issued an order (ECF No. 160) conditionally granting the Motion for Preliminary Approval (ECF No. 103) and ordering 1) the Settling Parties to report back on whether modifications have been made consistent with the Court's December 4, 2024 Order; and 2) the Settling Parties and Arbitrating Objectors to report back on the language of a notice to be issued to individuals seeking arbitration who have been excluded from the class definition, within two weeks.

On December 18, 2024, the Settling Parties requested the Court allow 23andMe until January 17, 2025, to consider and advise the Court whether it can proceed with the modified settlement terms. ECF No. 161. The Court granted the request on December 20, 2024. ECF No. 162.

On January 15, 2025, the Settling Parties advised the Court that they were scheduled to attend a mediation with attorneys representing the Arbitrating Objectors and the attorneys representing the State Court Objectors with Randall Wulff on January 22, 2025. The Settling Parties requested the Court allow the Settling Parties to report back to the Court two weeks after the January 22, 2025 Mediation, by February 5, 2025, regarding the status of settlement negotiations and to advise the Court whether the Settling Parties can proceed with the modified settlement terms, or, in the event 23andMe elects not to proceed with the modified settlement, to propose a deadline for 23andMe's response to the Consolidated Amended Complaint. ECF No. 163. The Court granted the request on January 15, 2025. ECF No. 164.

Since attending the mediation on January 22, 2025, 23andMe has been in communication with the attorneys representing the Arbitrating Objectors and the attorneys representing the State Court Objectors regarding resolution of their claims. On February 5, 2025, 23andMe requested an additional 9 days—to February 14, 2025—to report to the Court regarding the status of settlement negotiations and to advise the Court whether 23andMe can proceed with the modified settlement terms. The Court granted the request on February 6, 2025. ECF No. 166. On February 14, 2025, 23andMe requested an additional 14 days, until February 28, 2025, to advise the Court whether 23andMe can proceed with the modified settlement terms. The Court granted the request on the same day, February 14, 2025, and ordered that if 23andMe does not accept the modified settlement terms, then the parties shall immediately meet and confer regarding a briefing schedule and hearing date for a motion to dismiss. ECF No. 168.

23andMe continues to confer with the Arbitrating Objectors and State Court Objectors. 23andMe requires 12 more days, to March 12, 2025, while it is in discussions with the Arbitrating Objectors and the

1  State Court Objectors to advise the Court whether it will go forward with the modified settlement terms. If
2  23andMe agrees to go forward with the modified settlement terms, the Settling Parties will present to the
3  Court the modified notice (ECF No. 160) on or before March 14, 2025.
4      Plaintiffs have no objection to an extension through March 7, 2025, but propose that if 23andMe
5  does not accept the modified settlement terms on or before March 7, 2025, the following deadlines shall
6  apply:
7      Deadline to respond to the Consolidated Class Action Complaint: April 8, 2025
8      Deadline to file a response to any Motion to Dismiss: May 8, 2025
9      Deadline to file a reply in support of any Motion to Dismiss: May 29, 2025
10     23andMe does not object to the above proposed schedule, should the Court enter a schedule for
11 responsive pleadings deadlines at this time.
12     The parties have agreed to meet and confer on further scheduling deadlines in the event 23andMe
13 does not accept the modified settlement terms.

Dated: February 28, 2025

/s/ Gayle M. Blatt
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
Gayle M. Blatt, SBN 122048
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811; Fax: 619.544.9232
*gmb@cglaw.com*

Dated: February 28, 2025

/s/ Cari Campen Laufenberg
KELLER ROHRBACK L.L.P.
Cari Campen Laufenberg (*pro hac vice*)
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206.623.1900; Fax: 206.623.3384
*claufenberg@kellerrohrback.com*

Dated: February 28, 2025

/s/ *Norman E. Siegel*
STUEVE SIEGEL HANSON LLP
Norman E. Siegel (*pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.714.7100; Fax: 816.714.7101
*siegel@stuevesiegel.com*

Interim Co-Lead Class Counsel

Dated: February 28, 2025

/s/ *Rebekah S. Guyon*
GREENBERG TRAURIG, LLP
Rebekah S. Guyon, SBN 291037
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
*Rebekah.Guyon@gtlaw.com*

Stephen L. Saxl (*pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-8184
*saxls@gtlaw.com*

Attorneys for Defendant 23andMe, Inc.

4   Case No. 3:24-md-03098-EMC
JOINT STATUS UPDATE IN RESPONSE TO ORDER (ECF NO. 168)