| | |
|---|---|
| Gayle M. Blatt, SBN 122048<br>gmb@cglaw.com<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: 619.238.1811<br>Facsimile: 619.544.9232<br><br>Cari Campen Laufenberg (*pro hac vice*)<br>claufenberg@kellerrohrback.com<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>Telephone: 206.623.1900<br>Facsimile: 206.623.3384<br><br>Norman E. Siegel (*pro hac vice*)<br>siegel@stuevesiegel.com<br>STEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Telephone: 816.714.7100<br>Facsimile: 816.714.7101<br><br>*Interim Co-Lead Class Counsel* | Rebekah S. Guyon, SBN 291037<br>*Rebekah.guyon@gtlaw.com*<br>GREENBERG TRAURIG LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br><br>Stephen L. Saxl (*pro hac vice*)<br>*saxls@gtlaw.com*<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-9200<br><br>Ian C. Ballon, SBN 141819<br>*ballon@gtlaw.com*<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Telephone (650) 328-8500<br>Fax: (650) 328-8508<br><br>Kristin O'Carroll, SBN 312902<br>*ocarrollk@gtlaw.com*<br>101 Second Street, Suite 2200<br>San Francisco, CA 94105-3668<br>Telephone: (415) 655-1300<br><br>*Attorneys for Defendant 23andMe, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC<br><br>**JOINT STATUS UPDATE IN RESPONSE TO ORDER (ECF NO. 170)** |

On December 4, 2024, the Court issued an order (ECF No. 160) conditionally granting the Motion for Preliminary Approval (ECF No. 103) and ordering 1) the Settling Parties to report back on whether modifications have been made consistent with the Court's December 4, 2024 Order; and 2) the Settling Parties and Arbitrating Objectors to report back on the language of a notice to be issued to individuals seeking arbitration who have been excluded from the class definition, within two weeks.

On December 18, 2024, the Settling Parties requested the Court allow 23andMe until January 17, 2025, to consider and advise the Court whether it can proceed with the modified settlement terms. ECF No. 161. The Court granted the request on December 20, 2024. ECF No. 162.

On January 15, 2025, the Settling Parties advised the Court that they were scheduled to attend a mediation with attorneys representing the Arbitrating Objectors and the attorneys representing the State Court Objectors with Randall Wulff on January 22, 2025. The Settling Parties requested the Court allow the Settling Parties to report back to the Court two weeks after the January 22, 2025 Mediation, by February 5, 2025, regarding the status of settlement negotiations and to advise the Court whether the Settling Parties can proceed with the modified settlement terms, or, in the event 23andMe elects not to proceed with the modified settlement, to propose a deadline for 23andMe's response to the Consolidated Amended Complaint. ECF No. 163. The Court granted the request on January 15, 2025. ECF No. 164.

Since attending the mediation on January 22, 2025, 23andMe has been in communication with the attorneys representing the Arbitrating Objectors and the attorneys representing the State Court Objectors regarding resolution of their claims. On February 5, 2025, 23andMe requested an additional 9 days—to February 14, 2025—to report to the Court regarding the status of settlement negotiations and to advise the Court whether 23andMe can proceed with the modified settlement terms. The Court granted the request on February 6, 2025. ECF No. 166. On February 14, 2025, 23andMe requested an additional 14 days, until February 28, 2025, to advise the Court whether 23andMe can proceed with the modified settlement terms. The Court granted the request on the same day, February 14, 2025, and ordered that if 23andMe does not accept the modified settlement terms, then the parties shall immediately meet and confer regarding a briefing schedule and hearing date for a motion to dismiss. ECF No. 168. On February 28, 2025, 23andMe requested an additional 14 days, until March 12, 2025, to advise the Court whether 23andMe can proceed

with the modified settlement terms. On March 3, 2025, the Court granted the request and ordered that if 23andMe does not accept the modified settlement terms, then the parties shall immediately meet and confer regarding a briefing schedule and hearing date for a motion to dismiss. ECF No. 170.

The Settling Parties intend to go forward with the Settlement as informed by the Court on December 4, 2024. The parties are evaluating the appropriate notice modifications (ECF No. 160) and will provide the Court these documents for consideration on or before March 28, 2025.

Dated: March 12, 2025        /s/ Gayle M. Blatt
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
Gayle M. Blatt, SBN 122048
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811; Fax: 619.544.9232
gmb@cglaw.com

Dated: March 12, 2025         /s/ Cari Campen Laufenberg
KELLER ROHRBACK L.L.P.
Cari Campen Laufenberg (*pro hac vice*)
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206.623.1900; Fax: 206.623.3384
claufenberg@kellerrohrback.com

Dated: March 12, 2025        /s/ Norman E. Siegel
STUEVE SIEGEL HANSON LLP
Norman E. Siegel (*pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.714.7100; Fax: 816.714.7101
siegel@stuevesiegel.com

Interim Co-Lead Class Counsel

Dated: March 12, 2025        /s Rebekah S. Guyon
GREENBERG TRAURIG, LLP
Rebekah S. Guyon, SBN 291037
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Rebekah.Guyon@gtlaw.com

Stephen L. Saxl (*pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-8184
*saxls@gtlaw.com*

Attorneys for Defendant 23andMe, Inc.