Gayle M. Blatt, SBN 122048
gmb@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811
Facsimile: 619.544.9232

Cari Campen Laufenberg
claufenberg@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200 Seattle, WA 98101
Telephone: 206.623.1900
Facsimile: 206.623.3384

Norman E. Siegel (MO 44378) (*pro hac vice*)
siegel@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816.714.7100
Facsimile: 816.714.7101

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION <br><br> This Document Related to: ALL ACTIONS | CASE NO. 3:24-md-03098-EMC <br><br> **NOTICE OF SETTLEMENT** <br><br> Judge: Hon. Edward M. Chen |

Case No. 3:24-md-03098-EMC

NOTICE OF SETTLEMENT

1  NOTICE is hereby given that, as set forth in the Parties' March 12, 2025, Joint Status
2  Report [ECF No. 171], the Parties have agreed to the terms of the Settlement as preliminarily
3  approved on a conditional basis by the Court in its December 4, 2024 Order Conditionally Granting
4  Motion for Preliminary Approval [ECF No. 160].

                                Respectfully submitted,

Dated: March 24, 2025

/s/ Gayle M. Blatt
Gayle M. Blatt (SBN 122048)
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
gmb@cglaw.com

Dated: March 24, 2025

/s/ Cari Campen Laufenberg
Cari Campen Laufenberg
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206.623.1900
Facsimile: 206.623.3384
claufenberg@kellerrohrback.com

Dated: March 24, 2025

/s/ Norman E. Siegel
Norman E. Siegel (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

*Interim Co-Lead Counsel*

-1-   Case No. 3:24-md-03098-EMC

NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

I, Sarah Skaggs, hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                       */s/ Sarah Skaggs*
                                       Sarah Skaggs