
Rebekah S. Guyon, SBN 291037
*Rebekah.guyon@gtlaw.com*
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Stephen L. Saxl (*pro hac vice*)
*saxls@gtlaw.com*
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200

Ian C. Ballon, SBN 141819
*ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone (650) 328-8500
Fax: (650) 328-8508

Kristin O'Carroll, SBN 312902
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, CA 94105-3668
Telephone: (415) 655-1300

*Attorneys for Defendant 23andMe, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC<br><br>**NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY FOR 23ANDME HOLDING CO., ET AL., AND AUTOMATIC STAY OF PROCEEDINGS** |

**PLEASE TAKE NOTICE** that on **March 23, 2025**, 23andMe Holding Co. and certain of its direct and indirect subsidiaries, including 23andMe, Inc. (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Missouri (the "Bankruptcy Court"). The Debtors' chapter 11 cases are being jointly administered under the lead case In re 23andMe Holding Co., Case No. 25-40976 (collectively, the "Chapter 11 Cases"). A copy of the voluntary petition of Debtor 23andMe, Inc. is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement against any of the Debtors or against any property of each of the Debtors' bankruptcy estates of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates.[1] No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtors' Chapter 11 Cases may be obtained by (a) reviewing, free of charge, the docket of the Debtors' Chapter 11 Cases on the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC, at https://restructuring.ra.kroll.com/23andMe, (b) reviewing the docket of the Debtors' Chapter 11 Cases on PACER at https://pacer.uscourts.gov/ (login and password required) in accordance with the procedures and fees set forth therein, or (c) contacting the following proposed counsel for the Debtors: Thomas H. Riske, Nathan R. Wallace, and Jackson J. Gilkey, Carmody MacDonald P.C., 120 S. Central Avenue, Suite 1800, St. Louis, MO 63105, Telephone: (314) 854-8600; and Paul M. Basta,

---

[1] Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned cases. The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

Christopher Hopkins, Jessica I. Choi, and Grace C. Hotz, Paul, Weiss, Rifkind, Wharton & Garrison LLP 1285 Avenue of the Americas, New York, NY 10019, Telephone: (212) 373-3000.

DATED: March 26, 2025

GREENBERG TRAURIG, LLP

By:   /s/Rebekah S. Guyon
GREENBERG TRAURIG, LLP
Rebekah S. Guyon, SBN 291037
Rebekah.Guyon@gtlaw.com
Greenberg Traurig LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
(310) 586-7700

Stephen L. Saxl (*pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-8184
*saxls@gtlaw.com*

Attorneys for Defendant 23andMe, Inc.