**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Counsel for Plaintiffs Max Alperstein and Arya Shoaee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 3:24-md-03098-EMC<br><br>**PLAINTIFFS MAX ALPERSTEIN'S AND ARYA SHOAEE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to:<br><br>*Alperstein, et al., v. 23andMe, Inc.,* Case No. 3:23-cv-05541-EMC | |

**TO THE COURT AND ALL PARTIES OF RECORD:** Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Max Alperstein and Arya Shoaee ("Plaintiffs"), named Plaintiffs in Case No. 3:23-cv-05541-EMC, a case consolidated under the above captioned matter—voluntarily dismiss their claims in the above captioned matter against Defendant 23andMe, Inc., ("Defendant") without prejudice to their participation and/or recovery in this matter as absent class members. Defendant has not yet served its answer nor other responsive pleadings.

DATED: April 14, 2025

**CLARKSON LAW FIRM, P.C.**

By: */s/ Yana Hart*
Ryan J. Clarkson, Esq.
Yana Hart, Esq.

*Attorneys for Plaintiffs Max Alperstein and Arya Shoaee*