| | |
|---|---|
| Gayle M. Blatt, SBN 122048<br>*gmb@cglaw.com*<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: 619.238.1811<br>Facsimile: 619.544.9232<br><br>Cari Campen Laufenberg (*pro hac vice*)<br>*claufenberg@kellerrohrback.com*<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>Telephone: 206.623.1900<br>Facsimile: 206.623.3384<br><br>Norman E. Siegel (*pro hac vice*)<br>*siegel@stuevesiegel.com*<br>STEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Telephone: 816.714.7100<br>Facsimile: 816.714.7101<br><br>*Interim Co-Lead Class Counsel* | Rebekah S. Guyon, SBN 291037<br>*Rebekah.guyon@gtlaw.com*<br>GREENBERG TRAURIG LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br><br>Stephen L. Saxl (*pro hac vice*)<br>*saxls@gtlaw.com*<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-9200<br><br>Ian C. Ballon, SBN 141819<br>*ballon@gtlaw.com*<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Telephone (650) 328-8500<br>Fax: (650) 328-8508<br><br>Kristin O'Carroll, SBN 312902<br>*ocarrollk@gtlaw.com*<br>101 Second Street, Suite 2200<br>San Francisco, CA 94105-3668<br>Telephone: (415) 655-1300<br><br>*Attorneys for Defendant 23andMe, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: May 27, 2025<br><br>Time: 2:30 p.m.<br><br>The Honorable Edward M. Chen |

On April 1, 2025, the Court issued an order (ECF No. 176) scheduling a Further Case Management Conference to be held on May 27, 2025 at 2:30 PM and ordering the Parties to file a Joint Case Management Statement by May 20, 2025. The Parties jointly provide the following update and respectfully request a continuance of the Case Management Conference for the reasons set forth below.

### I.   Update On Bankruptcy Proceedings

On March 23, 2025, 23andMe Holding Co. and certain of its direct and indirect subsidiaries, including 23andMe, Inc. (collectively, the "Debtors" or "23andMe"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Missouri (the "Bankruptcy Court"). The Debtors' chapter 11 cases are being jointly administered under the lead case *In re 23andMe Holding Co.*, Case No. 25-40976 (collectively, the "Chapter 11 Cases").

On March 26, 2025, 23andMe filed a *Notice of Suggestion of Pendency of Bankruptcy for 23andMe Holding Co., et al., and Automatic Stay of Proceedings* (ECF No. 175) informing this Court of the commencement of the Chapter 11 Cases and the resulting stay of, among other things, the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (the "Automatic Stay"). 23andMe and the Settling Parties agree that the Automatic Stay, by operation of chapter 11 of title 11 of the U.S. Code (the "Bankruptcy Code"), stays all litigation against the Debtors, including the above-captioned action in which the sole defendant is a Debtor to whom the Automatic Stay applies, and that as of the date hereof, no order has been entered in the Chapter 11 Cases granting relief from the Automatic Stay with respect to such action.

The Debtors have been authorized to commence a sale of substantially all their assets through a chapter 11 plan or pursuant to section 363 of the Bankruptcy Code. Pursuant to certain bidding procedures approved by the Bankruptcy Court, the Debtors conducted a three-day auction for the sale of the Debtors' assets on May 14 through May 16, 2025. On May 19, 2025, the Debtors announced that the successful bidder is Regeneron Pharmaceuticals, Inc. A hearing for the Bankruptcy Court to consider and approve the sale is currently scheduled for June 17, 2025. If the sale is approved, the Debtors will seek to distribute the proceeds of the sale pursuant to the terms of a confirmable plan that is approved by the Bankruptcy Court in the Chapter 11 Cases.

The Debtors and the Settling Parties have engaged in discussions regarding, among other things, treatment of the Settling Parties' claims in the context of the Chapter 11 Cases as well as a potential global resolution of claims arising from the security incident in early October 2023 whereby 23andMe learned that an unauthorized third party was able to gain access to certain customer profile information that users had opted into sharing through the DNA Relatives feature (the "Security Incident").

## II. The Case Management Conference

Given the Automatic Stay, the Debtors believe that a Case Management Conference should not be required at this time and that the Parties' and Court's resources will be conserved in favor of judicial economy if the Case Management Conference is continued and this case remains stayed, consistent with the Automatic Stay. Plaintiffs have no objection to continuing the Case Management Conference but are prepared to appear at the currently scheduled Case Management Conference to address any questions the Court may have regarding this matter.

Dated: May 20, 2025

/s/ Gayle M. Blatt
CASEY GERRY
FRANCAVILLA BLATT LLP
Gayle M. Blatt, SBN 122048
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811; Fax: 619.544.9232
gmb@cglaw.com

Dated: May 20, 2025

/s/ Cari Campen Laufenberg
KELLER ROHRBACK L.L.P.
Cari Campen Laufenberg (*pro hac vice*)
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206.623.1900; Fax: 206.623.3384
claufenberg@kellerrohrback.com

Dated: May 20, 2025

/s/ Norman E. Siegel
STUEVE SIEGEL HANSON LLP
Norman E. Siegel (*pro hac vice*)

```
                             460 Nichols Road, Suite 200
                             Kansas City, MO 64112
                             Telephone: 816.714.7100; Fax: 816.714.7101
                             siegel@stuevesiegel.com

                             Interim Co-Lead Class Counsel
```

Dated: May 20, 2025         /s/ Rebekah S. Guyon
                            GREENBERG TRAURIG, LLP
                            Rebekah S. Guyon, SBN 291037
                            1840 Century Park East, Suite 1900
                            Los Angeles, CA 90067
                            Telephone: (310) 586-7700
                            Rebekah.Guyon@gtlaw.com

                            Stephen L. Saxl (*pro hac vice*)
                            One Vanderbilt Avenue
                            New York, NY 10017
                            Telephone: (212) 801-8184
                            saxls@gtlaw.com

                            Attorneys for Defendant 23andMe, Inc.