**FILED**

**JUN 10 2025**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Susan E. Scott
POB # 245
4501 Main Street
Hemlock, NY 14466
June 3, 2025

Re: 23 and Me
MDL 3098
"Cyber Class Action"
MDL No 3098

Honorable Edward M. Chen
US District Court for Northern District of California
17 th Floor, Room 5
450 Golden Gate Avenue
San Francisco, CA. 94102

Dear Honorable Edward M. Chen:

I am writing about two matters that could be of interest to you. As background my spouse is Susan E. Scott and she is a 23 and Me participant, and she on 6/4/25 will mail the Cyber Security Incident Proof of Claim Form in print to the New York address.

When we printed the information about 5/31/2025 it was all available, however, when we tried to print the blank application today 6/3/25 the contact site was not available as our computer, for the first time ever, gave a red alarming notices that using or accessing their site would cause virus's to enter our computer. We were blocked from entering the site to get information. I assume other claimants would experience this. Consideration should be given to extending the deadline to file a claim assuming there is no access to their site at this time.

Calling their toll free number you get a person that is very difficult to understand and said he is from offshore. After " Bill" checks with someone else, with a noisy background, he says they cannot email us the forms. He will mail them. I wonder, if it happens, how long it will take. ( On the forms filed we erased all the draft pencil marks to get a somewhat clear form)

My larger concern is presented in the May 22, 2025 Science Journal article

at the end where it says genetic trove for " large-scale genetics research to improve the way society treats and prevents illness overall".

There needs to be strong, viable, long term commitments to prevent any security lapses. This should be presented now and part of the transfer process, with written notice and followup by Regeneron after the acquisition is completed. I assume Regeneron is a for profit organization and it would seem that those who volunteered their privacy and genetic information and substantial amount of other personal information should have some economic benefit from Regeneron as they apply the acquired information, or an option for a person like Susan E. Scott to have all of their information verifiably deleted from any further use. We don't have a positive level of trust with Regeneron.

By Robert K. Scott with POA for Susan E. Scott
enc/ Science article , Kroll Post Card To Susan

*Robert K. Scott w/POA for Susan E. Scott*

University of Cambridge virologist Charlotte Houldcroft, who was not part of the research.

As bacteria adapt to specialize in new hosts, they often shed genes they no longer need. Comparing the samples taken from ancient teeth from different periods, the team charted how the *B. recurrentis* genome shifted and shrank over time. Working backward, they estimate that as recently as 6000 years ago, the bacterium diverged from its tick-borne ancestor, which could infect a variety of mammals, from humans to deer.

Then, about 5000 years ago, it began to lose those generalist genes as it adapted to exclusively infect humans via their body lice. "They're adapting to both us and the louse host," says University College Dublin geneticist Kevin Daly, who was not involved in the new study. "That's amazing to see in real time."

The findings reinforce data reported by University of Copenhagen geneticist Martin Sikora in an unpublished preprint in 2023. Surveying more than 1000 published European genomes dating back 37,000 years, Sikora and colleagues found a sharp increase in *B.

metal tools and introduced wool clothing. Swali points to that advance as a potential driver of recurring fever infections: By allowing body lice to hide, thrive, and spread from person to person, wool clothing might have driven the pathogen to evolve into a louse specialist.

Disentangling potential disease drivers such as living closer to animals and intensively using their products from the concurrent rise in population density isn't easy. After all, wool clothing might have helped infected lice spread from person to person, but that wouldn't have happened without lots of people living together in one place. "It might have been urbanization, or agriculture more broadly, rather than intensified domestication," Daly says. "It's a question the entire field is grappling with now."

The new findings don't mean illnesses such as recurring fever and plague were unknown before the Bronze Age. A paper Sikora coauthored last year reported traces of both pathogens in the skeletons of Stone Age Scandinavian farmers 5300 years ago. "We can't know for sure the louse was already the

## IN OTHER NEWS

### 23ANDME DATA TO CHANGE HANDS

The biotech company Regeneron will buy 23andMe, which widely popularized personalized genetic testing, in a court-supervised bankruptcy sale, the firms announced this week. 23andMe filed for bankruptcy in March after slashing its workforce and shuttering its drug discovery and therapeutic programs. The move stoked concerns about the privacy of the millions of users whose genetic data and other personal information the company stores. As part of the $256 million sale, Regeneron has said it would continue direct-to-consumer genetic testing services and vowed to comply with 23andMe's privacy policies. Regeneron, which has developed treatments for inflammatory conditions, eye disease, and cancer, said it would use the genetic trove for "large-scale genetics research to improve the way society treats and prevents illness overall." —*Kelly Servick*

---

IN RE 23ANDME HOLDING CO., NO. 25-40976-357 (BANKR. E.D. MO. 2025)
**IMPORTANT LEGAL NOTICE**
*Read this Notice carefully.*
*Your rights may be affected.*

23andMe Holding Co. and its subsidiaries (the "Debtors") filed bankruptcy cases in the U.S. Bankruptcy Court for the Eastern District of Missouri (the "Court"). You have been identified as a former or current customer of the Debtors. This notice sets forth the deadline for asserting claims against the Debtors, as well as other information.

You may have claims against the Debtors, including for monetary loss or personal injury. **Any holder of a claim that fails to timely file a proof of claim in the appropriate form shall not be treated as a creditor with respect to such claim for the purposes of voting on any plan of reorganization filed in this case and participating in any distribution on account of such claim.**

For more information, including access free-of-charge to all documents filed with the Court, please visit the Debtors' case website at https://restructuring.ra.kroll.com/23andMe or contact Kroll, the Debtors' claims and noticing agent, at (888) 367-7556 (toll free in the U.S. and Canada) or +1 (646) 891-5055. For legal advice you should contact an attorney.

KROLL RESTRUCTURING ADMINISTRATION LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

First Class Mail
U.S. Postage
**PAID**
Toppan Merrill



23andMe 3850 SRF 88323 PackID: 420269 ADRID: 28504628

SCOTT, SUSAN
4501 MAIN ST
HEMLOCK NY 14466-9741

---

# multilateral action.

**World Health Organization Director-General Tedros Adhanom Ghebreyesus**, in a statement celebrating the World Health Assembly's 20 May adoption of the pandemic treaty, which aims to improve the global response to future pandemics and promote equitable access to drugs and vaccines.