Susan E Scott
POB 245
450 1 Main Street
Hemlock, New York

Honorable Edward M Chen
US District Court for Northern District of California
17th Floor, Room 5
450 Golden Gate Avenue
San Francisco, CA 94102

US POSTAGE IMI PITNEY BOWES
Correction
$ 006.76⁰
JUN 04 2025
ZIP 14466
02 7H
0001342291

CERTIFIED MAIL®

7018 0360 0001 2109 2462

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Edward M Chen
US Dist. Court for Northern Dist
17th Floor Rm 5 SF, CA
450 Golden Gate Ave 94102

9590 9402 2010 6123 7591 52

2. Article Number (Transfer from service label)
7019 0500 0001 4109 2462

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...tricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt