| | |
|---|---|
| Gayle M. Blatt, SBN 122048<br>gmb@cglaw.com<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: 619.238.1811<br>Facsimile: 619.544.9232<br><br>Cari Campen Laufenberg (*pro hac vice*)<br>claufenberg@kellerrohrback.com<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>Telephone:  206.623.1900<br>Facsimile:  206.623.3384<br><br>Norman E. Siegel (*pro hac vice*)<br>siegel@stuevesiegel.com<br>STEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Telephone:  816.714.7100<br>Facsimile:  816.714.7101<br><br>*Interim Co-Lead Class Counsel* | Rebekah S. Guyon, SBN 291037<br>*Rebekah.guyon@gtlaw.com*<br>GREENBERG TRAURIG LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br><br>Stephen L. Saxl (*pro hac vice*)<br>*saxls@gtlaw.com*<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-9200<br><br>Ian C. Ballon, SBN 141819<br>*ballon@gtlaw.com*<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Telephone (650) 328-8500<br>Fax: (650) 328-8508<br><br>Kristin O'Carroll, SBN 312902<br>*ocarrollk@gtlaw.com*<br>101 Second Street, Suite 2200<br>San Francisco, CA 94105-3668<br>Telephone: (415) 655-1300<br><br>*Attorneys for Defendant 23andMe, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: August 26, 2025<br><br>Time: 2:30 p.m.<br><br>The Honorable Edward M. Chen |

On May 22, 2025, the Court issued a Clerk's Notice Rescheduling Further Case Management Conference (ECF No. 179) scheduling a Further Case Management Conference to be held on August 26, 2025 at 2:30 PM and ordering the Parties to file a Joint Case Management Statement by August 26, 2025. The Parties jointly provide the following update and respectfully request a continuance of the Case Management Conference for the reasons set forth below.

I.  **Update On Bankruptcy Proceedings**

As previously reported to the Court in the May 20, 2025 Joint Case Management Statement (ECF No. 178), on March 23, 2025, 23andMe Holding Co. and certain of its direct and indirect subsidiaries, including 23andMe, Inc. (collectively, the "Debtors" or "23andMe"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Missouri (the "Bankruptcy Court"). The Debtors' chapter 11 cases are being jointly administered under the lead case *In re 23andMe Holding Co.*, Case No. 25-40976 (collectively, the "Chapter 11 Cases").

On March 26, 2025, 23andMe filed a *Notice of Suggestion of Pendency of Bankruptcy for 23andMe Holding Co., et al., and Automatic Stay of Proceedings* (ECF No. 175) informing this Court of the commencement of the Chapter 11 Cases and the resulting stay of, among other things, the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (the "Automatic Stay"). 23andMe and the Settling Parties agree that the Automatic Stay, by operation of chapter 11 of title 11 of the U.S. Code (the "Bankruptcy Code"), stays all litigation against the Debtors, including the above-captioned action in which the sole defendant is a Debtor to whom the Automatic Stay applies, and that as of the date hereof, no order has been entered in the Chapter 11 Cases granting relief from the Automatic Stay with respect to such action.

On June 27, 2025, the Bankruptcy Court approved the sale of substantially all of the Debtors' assets through a sale pursuant to section 363 of the Bankruptcy Code to TTAM Research Institute ("TTAM") and on July 14, 2025, the Debtors and TTAM consummated the sale transaction.

Throughout the pendency of the Chapter 11 Cases, the Debtors and the Settling Parties engaged in discussions to resolve claims arising from the security incident in early October 2023 whereby 23andMe

learned that an unauthorized third party was able to gain access to certain customer profile information that users had opted into sharing through the DNA Relatives feature (the "Security Incident").

On August 4, 2025, the Debtors and the Settling Parties executed a settlement agreement (the "Settlement Agreement") to resolve issues relating to the Security Incident, including, among other things, the Settling Parties' authorization to file a class proof of claim on behalf of U.S. settlement class members and the treatment of claims held by certain U.S. settlement class members in the context of the Chapter 11 Cases, which Settlement Agreement remains subject to Bankruptcy Court approval.

On August 15, 2025, the Debtors filed their chapter 11 plan (the "Plan") and the disclosure statement related thereto, which documents incorporate the key terms of the Settlement Agreement. The Debtors and the Settling Parties intend to seek approval of the Settlement Agreement through a standalone motion to be filed in the Chapter 11 Cases or through the Plan confirmation process.

**II.     The Case Management Conference**

Given the Automatic Stay and the pending settlement in Bankruptcy Court, the Debtors believe that a Case Management Conference should not be required at this time and that the Parties' and Court's resources will be conserved in favor of judicial economy if the Case Management Conference is continued and this case remains stayed, consistent with the Automatic Stay. Plaintiffs have no objection to continuing the Case Management Conference but are prepared to appear at the currently scheduled Case Management Conference to address any questions the Court may have regarding this matter.

/ / /

| | |
|---|---|
| Dated: August 20, 2025 | /s/ Gayle M. Blatt<br>CASEY GERRY<br>FRANCAVILLA BLATT LLP<br>Gayle M. Blatt, SBN 122048<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: 619.238.1811; Fax: 619.544.9232<br>gmb@cglaw.com |
| Dated: August 20, 2025 | /s/ Cari Campen Laufenberg<br>KELLER ROHRBACK L.L.P.<br>Cari Campen Laufenberg (*pro hac vice*)<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>Telephone: 206.623.1900; Fax: 206.623.3384<br>claufenberg@kellerrohrback.com |
| Dated: August 20, 2025 | /s/ Norman E. Siegel<br>STUEVE SIEGEL HANSON LLP<br>Norman E. Siegel (*pro hac vice*)<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Telephone: 816.714.7100; Fax: 816.714.7101<br>siegel@stuevesiegel.com<br><br>Interim Co-Lead Class Counsel |
| Dated: August 20, 2025 | /s/ Rebekah S. Guyon<br>GREENBERG TRAURIG, LLP<br>Rebekah S. Guyon, SBN 291037<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br>*Rebekah.Guyon@gtlaw.com*<br><br>Stephen L. Saxl (*pro hac vice*)<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-8184<br>*saxls@gtlaw.com*<br><br>Attorneys for Defendant 23andMe, Inc. |