1  **KAPLAN FOX & KILSHEIMER LLP**
   Laurence D. King (SBN 206243)
2  1999 Harrison Street, Suite 1501
   Oakland, CA  94612
3  Telephone: (415) 772-4700
   Facsimile:  (415) 772-4707
4  Email:     *lking@kaplanfox.com*

5  *Attorney for Plaintiff Julie MacMillan*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE 23ANDME INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 3:24-cv-03098-EMC<br><br>Class Action<br><br>**NOTICE OF CHANGE OF ADDRESS (SUITE NUMBER ONLY)**<br><br>Judge: Hon. Edward M. Chen |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective immediately, Kaplan Fox & Kilsheimer LLP's Oakland office has changed suite numbers. The updated address information is:

Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612

All other contact information, the telephone number, facsimile number, and email addresses for attorney of record Laurence D. King remains the same.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: October 7, 2025    By: /s/ *Laurence D. King*
             Laurence D. King

Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email:    lking@kaplanfox.com

*Attorney for Plaintiff Julie MacMillan*