1  Gayle M. Blatt, SBN 122048
   *gmb@cglaw.com*
2  CASEY GERRY
3  FRANCAVILLA BLATT LLP
   110 Laurel Street
4  San Diego, CA 92101
   Telephone: (619) 238-1811
5  Facsimile: (619) 544-9232

6  Cari Campen Laufenberg (*pro hac vice*)
7  *claufenberg@kellerrohrback.com*
   KELLER ROHRBACK L.L.P.
8  1201 Third Avenue, Suite 3400
   Seattle, WA 98101
9  Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
10
11 Norman E. Siegel (*pro hac vice*)
   *siegel@stuevesiegel.com*
12 STEVE SIEGEL HANSON LLP
   460 Nichols Road, Suite 200
13 Kansas City, MO 64112
   Telephone: (816) 714-7100
14 Facsimile: (816) 714-7101
15
   *Interim Co-Lead Class Counsel*
16

Rebekah S. Guyon, SBN 291037
*Rebekah.guyon@gtlaw.com*
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Stephen L. Saxl (*pro hac vice*)
*saxls@gtlaw.com*
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200

Ian C. Ballon, SBN 141819
*ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone (650) 328-8500
Facsimile: (650) 328-8508

Kristin O'Carroll, SBN 312902
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, CA 94105-3668
Telephone: (415) 655-1300

*Attorneys for Defendant 23andMe, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-md-03098-EMC<br><br>**JOINT UPDATED STATUS REPORT AND [PROPOSED] ORDER**<br><br>The Honorable Edward M. Chen |

On January 2, 2026, the Court issued an order for the Parties to file an Updated Joint Statement by February 2, 2026, scheduling a Further Case Management Conference to be held on April 7, 2026 at 2:30 PM and directing the Parties to file a Joint Case Management Statement by March 31, 2026. ECF No. 186. The Parties jointly provide the following update:

On January 13, 2026, the U.S. Data Breach Settlement Class filed their Motion for Final Approval of Class Action Settlement [Docket No. 1808], and the Bankruptcy Court heard the Motion on January 20, 2026. On January 30, 2026, the Bankruptcy Court entered an Order Granting the Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, Expenses, and Service Awards [Docket No. 1875]. The Settlement will proceed under the supervision of Judge Brian Walsh of the United States Bankruptcy Court for the Eastern District of Missouri.

Pursuant to the Settlement Agreement, the Plaintiffs intend to move to dismiss this Action with prejudice and without costs to any Party [Docket No. 1226 at 60]. As such, the Parties request that the Case Management Conference currently scheduled for April 7, 2026 be taken off calendar at this time. The Parties remain available to meet with the Court at its convenience to answer any questions.

Dated:  February 2, 2026        /s/ Gayle M. Blatt
CASEY GERRY FRANCAVILLA BLATT LLP
Gayle M. Blatt, SBN 122048
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811; Fax: 619.544.9232
gmb@cglaw.com

Dated:  February 2, 2026        /s/ Cari Campen Laufenberg
KELLER ROHRBACK L.L.P.
 Cari Campen Laufenberg (*pro hac vice*)
 1201 Third Avenue, Suite 3400
Seattle, WA 98101
 Telephone: 206.623.1900; Fax: 206.623.3384
claufenberg@kellerrohrback.com

Dated: February 2, 2026        /s/ Norman E. Siegel
STUEVE SIEGEL HANSON LLP
Norman E. Siegel (*pro hac vice*)
460 Nichols Road, Suite 200

|  |  |
|---|---|
|  | Kansas City, MO 64112
Telephone: 816.714.7100; Fax: 816.714.7101
*siegel@stuevesiegel.com* |
|  | Interim Co-Lead Class Counsel |
| Dated: February 2, 2026 | */s/ Rebekah S. Guyon*
GREENBERG TRAURIG, LLP
Rebekah S. Guyon, SBN 291037
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
*Rebekah.Guyon@gtlaw.com*

Stephen L. Saxl (*pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-8184
*saxls@gtlaw.com*

Attorneys for Defendant 23andMe, Inc. |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and for good cause shown, IT IS ORDERED THAT the April 7, 2026 Further Case Management Conference is vacated at this time.

DATED: _____

_____
Hon. Edward M. Chen
United States District Court Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Cari Campen Laufenberg, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of February, 2026, at Seattle, Washington.

/s/ *Cari Campen Laufenberg*
Cari Campen Laufenberg

**CERTIFICATE OF SERVICE**

I, Sarah Skaggs, hereby certify that on February 2, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Sarah Skaggs*
Sarah Skaggs