Gayle M. Blatt, SBN 122048
gmb@cglaw.com
CASEY GERRY
FRANCAVILLA BLATT LLP
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Norman E. Siegel (*pro hac vice*)
siegel@stuevesiegel.com
STEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

*Interim Co-Lead Class Counsel*

Rebekah S. Guyon, SBN 291037
Rebekah.guyon@gtlaw.com
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Stephen L. Saxl (*pro hac vice*)
saxls@gtlaw.com
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200

Ian C. Ballon, SBN 141819
ballon@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone (650) 328-8500
Facsimile: (650) 328-8508

Kristin O'Carroll, SBN 312902
ocarrollk@gtlaw.com
101 Second Street, Suite 2200
San Francisco, CA 94105-3668
Telephone: (415) 655-1300

*Attorneys for Defendant 23andMe, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to: ALL ACTIONS | No. 3:24-md-03098-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5, 17th Floor |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiffs[1] and Defendant 23andMe, Inc., through undersigned counsel, that this action is dismissed with prejudice, with all parties to bear their own fees and costs,

---

[1] Herein, "Plaintiffs" refers to the Plaintiffs named in the Consolidated Class Action Complaint, Dkt. No. 78.

1   including but not limited to attorneys' fees.

2   Pursuant to the *Order Granting U.S. Data Breach Class Counsel's Motion for Final*

3   *Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, Expenses, and*

4   *Service Awards* ("Final Approval Order") by the United States Bankruptcy Court for the Eastern

5   District of Missouri (the "Bankruptcy Court") in the chapter 11 cases jointly administered under

6   the lead case *In re Chrome Holding Co.(f/k/a 23andMe Holding Co.),* Case No. 25-40976

7   (collectively, the "Chapter 11 Cases"), the Bankruptcy Court "retains exclusive jurisdiction with

8   respect to all matters arising from or related to the implementation, interpretation, and

9   enforcement" of the Final Approval Order in the Chapter 11 Cases.

10  STIPULATED AND AGREED:

11

12  Dated February 13, 2026

    */s/ Gayle M. Blatt*

13  CASEY GERRY FRANCAVILLA BLATT LLP
    Gayle M. Blatt, SBN 122048

14  110 Laurel Street
    San Diego, CA 92101

15  Telephone: 619.238.1811; Fax: 619.544.9232
    *gmb@cglaw.com*

16

17  Dated February 13, 2026.

    */s/ Cari Campen Laufenberg*

18  KELLER ROHRBACK L.L.P.
    Cari Campen Laufenberg (pro hac vice)

19  1201 Third Avenue, Suite 3400
    Seattle, WA 98101

20  Telephone: 206.623.1900; Fax: 206.623.3384
    *claufenberg@kellerrohrback.com*

21

22  Dated February 13, 2026

    */s/ Norman E. Siegel*

23  STUEVE SIEGEL HANSON LLP
    Norman E. Siegel (pro hac vice)

24  460 Nichols Road, Suite 200
    Kansas City, MO 64112

25  Telephone: 816.714.7100; Fax: 816.714.7101
    *siegel@stuevesiegel.com*

26

27  Interim Co-Lead Class Counsel

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated February 13, 2026

/s/ Rebekah S. Guyon
GREENBERG TRAURIG, LLP
Rebekah S. Guyon, SBN 291037
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
*Rebekah.Guyon@gtlaw.com*

Stephen L. Saxl *(pro hac vice)*
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-8184
*saxls@gtlaw.com*

Attorneys for Defendant 23andMe, Inc

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and for good cause shown, IT IS ORDERED THAT this action is hereby dismissed with prejudice, with all parties to bear their own fees and costs, including but not limited to attorneys' fees.

DATED:      _____

_____
Hon. Edward M. Chen
United States District Court Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Cari Campen Laufenberg, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February, 2026, at Seattle, Washington.

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg

**CERTIFICATE OF SERVICE**

I, Sarah Skaggs, hereby certify that on February 13, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Sarah Skaggs*
Sarah Skaggs