| | |
|---|---|
| Gayle M. Blatt, SBN 122048 | Rebekah S. Guyon, SBN 291037 |
| *gmb@cglaw.com* | *Rebekah.guyon@gtlaw.com* |
| CASEY GERRY | GREENBERG TRAURIG LLP |
| FRANCAVILLA BLATT LLP | 1840 Century Park East, Suite 1900 |
| 110 Laurel Street | Los Angeles, CA 90067 |
| San Diego, CA 92101 | Telephone: (310) 586-7700 |
| Telephone: (619) 238-1811 | |
| Facsimile: (619) 544-9232 | Stephen L. Saxl (*pro hac vice*) |
| | *saxls@gtlaw.com* |
| Cari Campen Laufenberg (*pro hac vice*) | One Vanderbilt Avenue |
| *claufenberg@kellerrohrback.com* | New York, NY 10017 |
| KELLER ROHRBACK L.L.P. | Telephone: (212) 801-9200 |
| 1201 Third Avenue, Suite 3400 | |
| Seattle, WA 98101 | Ian C. Ballon, SBN 141819 |
| Telephone: (206) 623-1900 | *ballon@gtlaw.com* |
| Facsimile: (206) 623-3384 | 1900 University Avenue, 5th Floor |
| | East Palo Alto, CA 94303 |
| Norman E. Siegel (*pro hac vice*) | Telephone (650) 328-8500 |
| *siegel@stuevesiegel.com* | Facsimile: (650) 328-8508 |
| STEVE SIEGEL HANSON LLP | |
| 460 Nichols Road, Suite 200 | Kristin O'Carroll, SBN 312902 |
| Kansas City, MO 64112 | *ocarrollk@gtlaw.com* |
| Telephone: (816) 714-7100 | 101 Second Street, Suite 2200 |
| Facsimile: (816) 714-7101 | San Francisco, CA 94105-3668 |
| | Telephone: (415) 655-1300 |
| *Interim Co-Lead Class Counsel* | |
| | *Attorneys for Defendant 23andMe, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: 23ANDME, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to: ALL ACTIONS | No. 3:24-md-03098-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5, 17th Floor |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiffs[1] and Defendant 23andMe, Inc., through undersigned counsel, that this action is dismissed with prejudice, with all parties to bear their own fees and costs,

---

[1] Herein, "Plaintiffs" refers to the Plaintiffs named in the Consolidated Class Action Complaint, Dkt. No. 78.

including but not limited to attorneys' fees.

Pursuant to the *Order Granting U.S. Data Breach Class Counsel's Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, Expenses, and Service Awards* ("Final Approval Order") by the United States Bankruptcy Court for the Eastern District of Missouri (the "Bankruptcy Court") in the chapter 11 cases jointly administered under the lead case *In re Chrome Holding Co.(f/k/a 23andMe Holding Co.),* Case No. 25-40976 (collectively, the "Chapter 11 Cases"), the Bankruptcy Court "retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement" of the Final Approval Order in the Chapter 11 Cases.

STIPULATED AND AGREED:

Dated February 13, 2026

*/s/ Gayle M. Blatt*
CASEY GERRY FRANCAVILLA BLATT LLP
Gayle M. Blatt, SBN 122048
110 Laurel Street
San Diego, CA 92101
Telephone: 619.238.1811; Fax: 619.544.9232
*gmb@cglaw.com*

Dated February 13, 2026.

*/s/ Cari Campen Laufenberg*
KELLER ROHRBACK L.L.P.
Cari Campen Laufenberg (pro hac vice)
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206.623.1900; Fax: 206.623.3384
*claufenberg@kellerrohrback.com*

Dated February 13, 2026

*/s/ Norman E. Siegel*
STUEVE SIEGEL HANSON LLP
Norman E. Siegel (pro hac vice)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.714.7100; Fax: 816.714.7101
*siegel@stuevesiegel.com*

Interim Co-Lead Class Counsel

| | |
|---|---|
| Dated February 13, 2026 | */s/ Rebekah S. Guyon*<br>GREENBERG TRAURIG, LLP<br>Rebekah S. Guyon, SBN 291037<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br>*Rebekah.Guyon@gtlaw.com*<br><br>Stephen L. Saxl *(pro hac vice)*<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-8184<br>*saxls@gtlaw.com*<br><br>Attorneys for Defendant 23andMe, Inc |

**ORDER**

PURSUANT TO STIPULATION, and for good cause shown, IT IS ORDERED THAT this action is hereby dismissed with prejudice, with all parties to bear their own fees and costs, including but not limited to attorneys' fees.

DATED:    February 18, 2026

_____
Hon. Edward M. Chen
United States District Court Judge